## DECLARATION OF FTC INVESTIGATOR MATTHEW J. THACKER PURSUANT TO 28 U.S.C. § 1746

I, Matthew J. Thacker, declare that I have personal knowledge of the facts set forth below. If called as a witness before any court, I could and would testify as follows:

1.     I am over the age of 21 and competent to give this declaration. Prior to July 2017, I was a Federal Trade Investigator with the Federal Trade Commission (FTC), located at 1999 Bryan Street, Suite 2150, Dallas, Texas 75201. I am currently a Special Agent with the United States Army Criminal Investigation Command. I am a Certified Fraud Examiner and have a Bachelor of Science degree in Criminal Justice. I have more than ten years of investigative experience in civil and criminal matters.

2.     As an Investigator with the FTC, my primary duties included, but were not limited to: identifying patterns of unfair and deceptive trade practices; conducting computer research using a variety of Internet search engines, public record and law enforcement databases, and computer software-based investigative tools; capturing online content and videos using capture tools; requesting, receiving, and examining information provided by third parties, including information provided by financial institutions, state agencies, and other organizations; and analyzing data related to possible violations of the Federal Trade Commission Act and other laws enforced by the FTC.

3.     As part of my duties with the FTC, I was assigned to work on the investigation of Bitcoin Funding Team (BFT), an Internet operation that claims to be a crowdfunding platform.

### Websites and Videos Associated With BFT

4.      During the course of my investigation into BFT, I conducted general Internet searches for websites, video and audio recordings, and documents related to BFT. Through these searches, I located several such websites, videos and audio recordings, and other materials. The materials I captured are described below; certain of the materials are attached to this Declaration and marked "Thacker Declaration Attachment."

5.      I captured websites using Adobe Acrobat X Pro software and Camtasia Studio. Adobe Acrobat X Pro software is a tool that allows users to create a copy of a website and save it as a PDF file. Camtasia Studio allows users to create a video recording of a website. On April 19, May 3, and May 19 of 2017, I captured each of the following websites:

> a.      bitcoinfundingteam.com (captured with Camtasia on April 19, 2017)
> (Attachment 1);
>
> b.      bitcoinfundingteam.blogspot.com (captured on May 3, 2017)
> (Attachment 2);
>
> c.      teamallbitcoin.com (captured on May 19, 2017) (Attachment 3); and
>
> d.      2020travel.blogspot.com (captured on May 3, 2017).

6.      I captured videos and audio recordings using Real Downloader. Real Downloader is a tool that allows users to download and preserve video and audio files. On April 10, April 19, May 3, May 19, and June 2 of 2017, I captured each of the following video and audio recordings:

> a.      "Don't Miss This All About Bitcoin!! Tonight is Ladies Night with
> Bitcoin Funding Team" (captured from

2

bitcoinfundingteam.blogspot.com on May 3, 2017) (Attachment 4);

b. "Thomas Dluca Bitcoin Funding Team Founder Speaks" (captured from YouTube on April 10, 2017) (Attachment 5);

c. "Bitcoin Funding Team Compensation Plan Made Simple" (captured from YouTube on April 19, 2017) (Attachment 6);

d. "Bitcoin Funding Team Call with Brent Scott Troy Tuesday Ni[ght]" (captured from bitcoinfundingteamblogspot.com on May 3, 2017) (Attachment 7);

e. "Sunday's 3 5 2017 Training Call for Bitcoin Funding Team" (captured from YouTube on May 3, 2017) (Attachment 8);

f. "The Call Where Bitcoin Crowdfunding Collide!" (captured from YouTube on May 3, 2017) (Attachment 9);

g. "Thursday Night Call 9 PM Central Time – Why Bitcoin Why Bitcoin Funding Team" (captured from bitcoinfundingteamblogspot.com on May 3, 2017) (Attachment 10);

h. "Bitcoin Funding Team call 3 7 17" (captured from teamallbitcoin.com on May 19, 2017) (Attachment 11);

i. "Bitcoin Funding Team Call with Founder Thomas Dluca 30th March" (captured from YouTube on May 19, 2017) (Attachment 12);

j. "Bitcoin Funding Team Overview" (captured from teamallbitcoin.com on May 19, 2017) (Attachment 13);

k. "Bitcoin Funding Team Sunday Night Call" (captured from teamallbitcoin.com on May 19, 2017) (Attachment 14);

3

l.   "How to Get Started with Coinbase to Bitcoin Funding Team"
     (captured from YouTube on June 2, 2017) (Attachment 15);

m.   "BitCoin Funding Team Funnel Video 2" (captured from
     bitcoinfundingteamblogspot.com on May 3, 2017) (Attachment 16);

n.   "Bitcoin Funding Team How to Pay First Platform Fee" (captured
     from teamallbitcoin.com on May 19, 2017) (Attachment 17);

o.   "Getting Started In The Bitcoin Funding Team" (captured from
     YouTube on May 3, 2017) (Attachment 18);

p.   "What is Bitcoin2" (captured from teamallbitcoin.com on May 19,
     2017) (Attachment 19);

q.   "Bitcoin Funding Team 30k Training Webinar 3-21-17" (captured
     from bitcoinfundingteamblogspot.com on May 3, 2017);

r.   "Bitcoin Funding Team Automated 100% Paid to You Residual
     Bitcoin Monthly with Alecia McMath" (captured from YouTube on
     May 3, 2017);

s.   "Bitcoin Funding Team-Overview (5 min 22 sec)" (captured from
     YouTube on May 3, 2017);

t.   "Bitcoin Funding Team, How it works" (captured from YouTube on
     May 3, 2017);

u.   "Bitcoin Funding Team Explained" (captured from YouTube on May
     3, 2017);

v.   "How to Receive 84 bitcoins Donations Over & Over Monthly"
     (captured from bitcoinfundingteamblogspot.com on May 3, 2017);

4

w.   "Bitcoin Funding Team Back Office Training" (captured from teamallbitcoin.com on May 19, 2017);

x.   "Bitcoin Funding Team Simple 2 Step Duplication" (captured from teamallbitcoin.com on May 19, 2017);

y.   "Create Multiple Bitcoin Wallets in One Single Blockchain Info Account" (captured from teamallbitcoin.com on May 19, 2017);

z.   "Power of 2" (captured from teamallbitcoin.com on May 19, 2017);

aa.   "Bitcoin Funding Team Spanish Overview" (captured from teamallbitcoin.com on May 19, 2017);

bb.   "Bitcoin is Gold 2.0" (captured from teamallbitcoin.com on May 19, 2017);

cc.   "Monday Team Call 05 15 17" (captured from teamallbitcoin.com on May 19, 2017) ;

dd.   "The Main Event- Why Bitcoin Why Join The Bitcoin Funding Team" (captured from teamallbitcoin.com on May 19, 2017);

ee.   "Saturday Training Call 5 13 2017" (captured from teamallbitcoin.com on May 19, 2017); and

ff.   "Kevin Young on Team ALL Bitcoin" (captured from YouTube on May 3, 2017).

I declare, under penalty of perjury, that the foregoing statement is true and correct.

Executed on _August 14_, 2017, at El Paso, Texas.

Matthew J. Thacker

5

bitcoin funding team

🔲 | 🔍 | More ▼   Next Blog»                                                                    Create Blog   Sign In

# bitcoin funding team

**Sunday, April 9, 2017**

## BitCoin Team Funding Funnel Video 2



Posted by Bitcoin Funding Team at 3:52 AM   No comments: 

**Tuesday, March 28, 2017**

## Cryptocurrency | What Is It All About?



Posted by Bitcoin Funding Team at 1:40 PM   No comments: 

**Tuesday, March 21, 2017**

**About Me**

  🔵 **Bitcoin Funding Team**

View my complete profile

**Blog Archive**

▼ 2017 (9)
  ▼ April (1)
    BitCoin Team Funding Funnel Video 2
  ► March (4)
  ► February (4)

http://bitcoinfundingteam.blogspot.com/[5/3/2017 3:05:23 PM]

**Thacker Declaration Attachment 2**
**App. 006**

## Bitcoin Funding Team30k Training Webinar 3- 21-17



Posted by Bitcoin Funding Team at 11:23 PM    No comments:    

**Friday, March 3, 2017**

## DON'T MISS THIS All About Bitcoin !! TONIGHT IS LADIES NIGHT with Bitcoi...

***DON'T MISS THIS !! TONIGHT IS LADIES NIGHT***

Jennifer Simms Garland and Mary Spychalla. Come hang with two of the industries best. These two awesome ladies of the Bitcoin Funding Team will be setting you up for success in 12 days.

Jennifer will explain to you how she is "CRUSHING IT" with her 12-day Challenge Strategy.

10 PM EST, 9 PM CENTRAL, 8 PM MOUNTAIN, 7 PM PACIFIC, BITCOIN FUNDING TEAM INTRODUCTORY CALL.



Posted by Bitcoin Funding Team at 9:59 PM    No comments:

**Thursday, March 2, 2017**

## Thursday Night Call 9 PM Central Time - WHY BITCOIN WHY BITCOIN FUNDING ...

**Thacker Declaration Attachment 2**
**App. 007**

**Thursday Night Call 9 PM Central Time -**

**\*\*FACT\*\*  WHY BITCOIN ?? WHY BITCOIN FUNDING TEAM??**

Bitcoin is different than any currency you've used before, so it's very important to understand some key points. Unlike government-issued money, that can be inflated at will, the supply of bitcoin is mathematically limited to twenty-one million bitcoins, and that can never be changed.



Posted by Bitcoin Funding Team at 8:46 PM    No comments

Tuesday, February 28, 2017

## Bitcoin Funding Team Call with Brent Scott

**Bitcoin Funding Team Call with Brent Scott & Troy**
**Tuesday Night 02-28-17 9:00PM EST**



Posted by Bitcoin Funding Team at 6:49 PM    No comments

Monday, February 27, 2017

**Thacker Declaration Attachment 2**
**App. 008**

## How to Receive 84 Bitcoins Donations Over and Over Monthly!

MILLIONAIRE'S ARE BEING CREATED FROM HAVING BITCOIN.
WE CAN SHOW YOU HOW TO GET 84 COINS EVERY MONTH!!



Posted by Bitcoin Funding Team at 12:21 AM    No comments:    

Home                                                    Older Posts

Subscribe to: Posts (Atom)

Simple theme. Powered by Blogger.

**Thacker Declaration Attachment 2**
**App. 009**

# Welcome To Team ALL Bitcoin

## It is not too late to           on the
## *Global Bitcoin Phenomenon!*

  

Bitcoin

**Thacker Declaration Attachment 3-1**
**App. 010**

*Watch ALL 3 Videos Below to Understand*

*What Team All Bitcoin is All About!!*

# Learn How You Can Totally Crush-it With The World's No.1

*Pay-It-Forward* Business Model And Start Building

# Your Very Own Bank Of Bitcoin Today.

**Thacker Declaration Attachment 3-1**
**App. 011**

*Watch ALL 3 Videos Below for*

**The Whole Overview of Team All Bitcoin!**

**1) What is Bitcoin and how does it work?**

**Thacker Declaration Attachment 3-1**
**App. 012**

# 2) Bitcoin is Gold 2.0

# 3) What is TEAM ALL BITCOIN ?

## Watch in

## English or Spanish

*English Version
Below*                    *Spanish Version
Below*

**Whatever you have tried in the past may or may**

**not have succeeded…either**

# way that's in the past!

## Today is your time and now is your opportunity to create the future you want…

## and the Bitcoin Funding Team offers you the means by which you can achieve it!

## Bitcoin is the simplest way to exchange money at very low cost.

## Bitcoins for Individuals

## Bitcoins for Businesses

Bitcoin on mobiles allows you to pay with a simple two step scan-and-pay. No need to sign up, swipe your card, type a PIN, or sign anything. All you need to receive Bitcoin payments is to display the QR code in your Bitcoin wallet app and let your friend scan your mobile, or touch the two phones together (using NFC radio technology).

-Bitcoin transactions are secured by military grade cryptography. Nobody can charge you money or make a payment on your behalf. So long as you take the required steps to protect your wallet, Bitcoin can give you control over your money and a strong level of protection against many types of fraud.

- Just like with email, you don't need to ask your family to use the same software or the same service providers. Just let them stick to their own favorites. No problem there; they are all compatible as they use the same open technology. The Bitcoin network never sleeps, even on holidays!

-There is no fee to receive Bitcoins, and many wallets let you control how large a fee to pay when spending. Most wallets have reasonable default fees, and higher fees can encourage faster confirmation of your transactions. Fees are unrelated to the amount transferred, so it's possible to send 100,000 Bitcoins for the same fee it costs to send 1 Bitcoin.

-Any business that accepts credit cards or PayPal knows the problem of payments that are later reversed. Chargeback frauds result in limited market reach and increased prices, which in turn penalizes customers. Bitcoin payments are irreversible and secure, meaning that the cost of fraud is no longer pushed onto the shoulders of the merchants.

-Sending Bitcoins across borders is as easy as sending them across the street. There are no banks to make you wait three business days, no extra fees for making an international transfer, and no special limitations on the minimum or maximum amount you can send.

**Thacker Declaration Attachment 3-1**
**App. 017**

Sending Bitcoins across borders is as easy as sending them across the street. There are no banks to make you wait three business days, no extra fees for making an international transfer, and no special limitations on the minimum or maximum amount you can send.

-There is no fee to receive Bitcoins, and many wallets let you control how large a fee to pay when spending. Most wallets have reasonable default fees, and higher fees can encourage faster confirmation of your transactions. Fees are unrelated to the amount transferred, so it's possible to send 100,000 Bitcoins for the same fee it costs to send 1 Bitcoin.

-With Bitcoin, there is no credit card number that some malicious actor can collect in order to impersonate you. In fact, it is even possible to send a payment without revealing your identity, almost like with physical money. You should however take note that some effort can be required to protect your privacy.

-

Accepting credit cards online typically requires extensive security checks in order to comply with the PCI standard. Bitcoin still requires you to secure your wallet and your payment requests. However, you do not carry the costs and responsibilities that come with processing sensitive information from your customers like credit card numbers.

-Bitcoin is an emerging market of new customers who are searching for ways to spend their Bitcoins. Accepting them is a good way to get new customers and give your business some new visibility. Accepting a new payment method has often shown to be a clever practice for online businesses.

-Bitcoin also includes a multi-signature feature which allows Bitcoins to be spent only if a subset of a group of people authorize the transaction. This can be used by a board of directors to prevent any member to make expenditures without enough consent from other members, as well as to track which members allowed each payment.

**Thacker Declaration Attachment 3-1**
**App. 018**



-Many organizations are required to produce accounting documents about their activity. Using Bitcoin allows you to offer the highest level of transparency since you can provide information your members can use to verify your balances and transactions. Non-profit organizations can also allow the public to see how much they receive in donations.

# Who Can Use Bitcoin Funding Team?

## TEAM ALL BITCOIN is for anyone wanting a little more from life.

This unique Pay-It-Forward crowdfunding platform is ideal to gather donations for the causes and organizations that are most important to you. Don't forget about yourself

**Thacker Declaration Attachment 3-1**
**App. 019**

though.
Use TAB to receive Bitcoin donations yourself as well.

If you have not already begun to accumulate Bitcoin, you need to begin right now! It is not to late to capitalize on the continued explosive growth of Bitcoin. Watch as the world begins to discover how Bitcoin benefits are spreading around the globe! See what that does to the value of the Bitcoins you receive!



Bitcoin

**Bitcoin**

## THE FACEBOOK GROUP

Once you Join our team you will be added to an elite Facebook group for training and success stories of our incredible team.

This is the ideal place for you to interact with our leaders and share ideas with other like-minded individuals that have a passion for success and will not accept ANYTHING less..!!



**Thacker Declaration Attachment 3-1**
**App. 020**



**Thacker Declaration Attachment 3-1**
**App. 021**

Powered by Bitcoin

**Thacker Declaration Attachment 3-1**
**App. 022**



**TEAM ALL BITCOIN.COM**

## Step by Step Instructions to Get Started

Follow In Order Starting at Step #1 - Getting Started

### #1 - Choose One Option Below to Fund with BFT:

(Note: Load your Account with Several Different Options)

| **Option #1 - Ole Pay** | **Option #2 - Coinbase** |
|---|---|
| Download PDF Instructions Below | Download PDF Instructions Below |

**Option #1 - Ole Pay**
- ✓ **Ole Pay** Signup by 2:30pm CST - M-Fri - Receive Funds Same Day
- ✓ **Receive:** Reloadable Debit Card
- ✓ **Globally Funding:** Bank Debit Card
- ✓ **Globally Funding:** ACH Bank Account
- ✓ **Globally Funding:** eCheck
- ✓ **Deposit Bitcoin:** Bank Account or Reloadable Debit Card

**Option #2 - Coinbase**
- ✓ **Coinbase** Receive Funds Faster with Debit Card
- ✓ **33 Countries Funded** Bank Account, Debit Card, or Credit Card
- ✓ **Digital Currency Wallet:** Store Digital Currency
- ✓ **33 Countries Deposit:** Bank Account
- ✗ **Purchase Bitcoin:** Limited Amount Per Week
- ✗ **Reloadable Debit Card:** N/A

### #2 AFTER FINISHING STEP ABOVE -

### SIGNUP AND REGISTER for:

### Blockchain and Bitcoin Funding Team

(Note: Blockchain NEEDS to be done before going to Bitcoin Funding Team Site - You will also need your sponsor's replicated site to signup with Bitcoin Fudning Team)

| **STEP #2 - BLOCKCHAIN (Wallet Provider)** | **STEP #3 Bitcoin Funding Team (Platform for your Donations)** |
|---|---|
| Download PDF Below | Download PDF Below |

**STEP #2 - BLOCKCHAIN**
- ✓ **SECURITY** Provides an enchanced level of security
- ✓ **EASY TO USE:** Provides an Easy Mechanism to Securely Transfer Between Parties
- ✓ **PRIVACY:** Choose between public and private if desirable
- ✓ **ACCOUNTING:** Powerful Accounting Auditing Layer
- ✓ **MALLEABLE TECHNOLOGY:** Helps in Minimizing Management Costs

**STEP #3 Bitcoin Funding Team**
- ✓ **Need your Sponsors Replicated Site to Join**
- ✓ **Need your Bitcoin Wallet or Coinbase Wallet to Register**



Writeable Bracket to keep track of your team

Bitcoin Funding Team All Bitcoin - Ask to Join - it's a closed group!

### Watch this Video on
### How to Get Started
### Coinbase to
### Bitcoin Funding Team

Note: PDF is located above - you can printout if you want to walk through the Startup Process Faster - Video is more in Depth on How to Get Started

### Watch this Video on
### How to Get Started
### Blockchain to
### Bitcoin Funding Team

Note: PDF is located above - you can printout if you want to walk through the Startup Process Faster - Video is more in Depth on How to Get Started

Bitcoin Funding Team How To Pay First Platform Fee &

FUNDING FOR TH ▶ N95
YOU NEED IN LIFE

Bitcoin Funding Team How To Pay First Platform Fee &

FUNDING FOR TH ▶ N95
YOU NEED IN LIFE

← C | ⓘ teamallbitcoin.com/first-step-getting-up-account-for-bitcoin-funding-team

Monday and Thursday Nights
10pm Eastern, 9pm Central, 8pm Mountain, 7pm Pacific
Dial the call in number (641) 715-3570 - Pin# 143466

Print out the Getting Started Playbook to Get Started. Following the Instructions to Guide you Step by Step

HOW TO START...

Click Here for the Playbook

Bitcoin Funding Team Back Office Training

Bitcoin Funding Team How To Pay First Platform Fee & Donation

FUNDING FOR TH ▶ N95
YOU NEED IN LIFE

Bitcoin Funding Team Simple 2 Step Duplication

**The Bitcoin Funding Team Back Office Training**

**The Bitcoin Funding Team How To Pay First Platform Fee & Donation**

**Bitcoin Funding Team Simple 2 Step Duplication**

The Power

BE YOUR OWN BANK

↓ Send    ↓ Request

Most Recent Activity                Balances





## Welcome To Team ALL Bitcoin

It is not too late to          on the *Global Bitcoin Phenomenon!*

  

*Watch ALL 3 Videos Below to Understand*
*What Team All Bitcoin is All About!!*

## Learn How You Can Totally Crush-it With The World's No.1
## *Pay-It-Forward* Business Model And Start Building
## Your Very Own Bank Of Bitcoin Today.

*Watch ALL 3 Videos Below for*
The Whole Overview of Team All Bitcoin!

1) What is Bitcoin and how does it work?



*English Version Below*                    *Spanish Version Below*





## Whatever you have tried in the past may or may not have succeeded...either way that's in the past!

**Today is your time and now is your opportunity to create the future you want... and the Bitcoin Funding Team offers you the means by which you can achieve it!**

**Bitcoin is the simplest way to exchange money at very low cost.**

### Bitcoins for Individuals

Bitcoin on mobiles allows you to pay with a simple two step scan and pay. No need to sign up, swipe your card, type a PIN, or sign anything. All you need to receive Bitcoin payments is to display the QR code in your Bitcoin wallet app and let your friend scan your mobile, or touch the two phones together (using NFC radio technology).

Bitcoin transactions are secured by military grade cryptography. Nobody can charge you money or make a payment on your behalf. So long as you take the required steps to protect your wallet, Bitcoin can give you control over your money, and a strong level of protection against many types of fraud.

Just like with email, you don't need to ask your family to use the same software or the same service providers. Just let them stick to their own favorites. No problem there, they are all compatible as they use the same open technology. The Bitcoin network never sleeps, even on holidays!

Sending Bitcoins across borders is as easy as sending them across the street. There are no banks to make you wait three business days, no extra fees for making an international transfer, and no special limitations on the minimum or maximum amount

### Bitcoins for Businesses

There is no fee to receive Bitcoins, and many wallets let you control how large a fee to pay when spending. Most wallets have reasonable default fees, and higher fees can encourage faster confirmation of your transactions. Fees are unrelated to the amount transferred, so it's possible to send 100,000 Bitcoins for the same fee it costs to send 1 Bitcoin.

Any business that accepts credit cards or PayPal knows the problem of payments that are later reversed. Chargeback frauds result in limited market reach and increased prices, which in turn penalizes customers. Bitcoin payments are irreversible and secure, meaning that the cost of fraud is no longer pushed onto the shoulders of the merchants.

Sending Bitcoins across borders is as easy as sending them across the street. There are no banks to make you wait three business days, no extra fees for making an international transfer, and no special limitations on the minimum or maximum amount you can send.

Accepting credit cards online typically requires extensive security checks in order to comply with the PCI standard. Bitcoin still requires you to secure your wallet and your payment requests



There is no fee to receive Bitcoins, and many wallets let you control how large a fee to pay when spending. Most wallets have reasonable default fees, and higher fees can encourage faster confirmation of your transactions. Fees are unrelated to the amount transferred, so it's possible to send 100,000 Bitcoins for the same fee it costs to send 1 Bitcoin.

With Bitcoin, there is no credit card number that some malicious actor can collect in order to impersonate you. In fact, it is even possible to send a payment without revealing your identity, almost like with physical money. You should however take more that some effort can be required to protect your privacy.

... you do not carry the costs and responsibilities that come with processing sensitive information from your customers like credit card numbers.

Bitcoin is an emerging market of new customers who are searching for ways to spend their Bitcoins. Accepting them is a good way to get new customers and give your business some new visibility. Accepting a new payment method has often shown to be a clever practice for online businesses.

Bitcoin also includes a multi-signature feature which allows Bitcoins to be spent only if a subset of a group of people authorize the transaction. This can be used by a board of directors to prevent any member to make expenditures without enough consent from other members, as well as to track which members allowed each payment.

Many organizations are required to produce accounting documents about their activity. Using Bitcoin allows you to offer the highest level of transparency since you can provide information your members can use to verify your balances and transactions. Non-profit organizations can also allow the public to see how much they receive in donations.

# Who Can Use Bitcoin Funding Team?

### TEAM ALL BITCOIN is for anyone wanting a little more from life.

This unique Pay-It-Forward crowdfunding platform is ideal to gather donations for the causes and organizations that are most important to you. Don't forget about yourself though.
Use TAB to receive Bitcoin donations yourself as well.

If you have not already begun to accumulate Bitcoin, you need to begin right now! It is not to late to capitalize on the continued explosive growth of Bitcoin. Watch as the world begins to discover how Bitcoin benefits are spreading around the globe! See what that does to the value of the Bitcoins you receive!



Bitcoin

**BITCOIN** 

### THE FACEBOOK GROUP

Once you join our team you will be added to an elite Facebook group for sharing and success stories of our incredible team.

This is the ideal place for you to interact with our leaders and share ideas with other like-minded individuals that have a passion for success and will not accept ANYTHING less.

f



Powered by Gitcoin



Here is the schedule :

641-715-3570 pin 143466

10PM EST., 9PM CST., 8PM MTN., 7PM PST

AT 12PM CST, 1PM EST, 10AM PST, 11PM MST
CALL (641) 715- 3570 PIN#143466







team

The Call Where Bitcoin & Crowdfunding Collide!

Powered by Bitcoin

**Thacker Declaration Attachment 3-4**
**App. 030**



# *PLAYBOOK*

# Personal Success Plan For

## Name: _____

## Your "Bitcoin Funding Team" Support Team

Name_____Phone_____

Name_____Phone_____

Name_____Phone_____

Website: https://bitcoinfundingteam/ref/your name

Overview Calls   – 9pm CST – 641-715-3570 w/code 143466#
Overview Calls Monday & Thursday Night – 9pm CST

You Tube Channel are all Videos – teamallbitcoin
Website for Videos teamallbitcoin.com – www.teamallbitcoin.com

**Thacker Declaration Attachment 3-5**
**App. 031**



## *The First 48 Hours*

\_\_\_\_ **Enroll by completing application with your sponsor get you Blockchain account.**

\_\_\_\_ **Order your business cards**

\_\_\_\_ **Find you 2 & help them get there 2**

\_\_\_\_ **Identify your top 5 prospects and enroll with your teams help.**

\_\_\_\_ **Repeat this process with your first 2 enrollees and on down their 2 go to 4 to 8 & duplicate!**

## *The First 7 Days*

\_\_\_\_ **Plug into all calls and the with Team ALL Bitcoin.**

\_\_\_\_ **Locate and attend the next live event in your area. Watch for updates**



# Time Management Worksheet
## 48-Hour Assignment

Time is a commodity. We all have a limited amount of time to work, relax, visit with friends and family and build our business. It is important to have a plan to utilize this most valuable commodity wisely. In each time slot for each day, designate one of the following activities: W = Work R = Recreation/Family Time B = Business Time
"I am willing to make the following time commitment for _____ Months."

| Time | Mon | Tue | Wed | Thur | Fri | Sat | Sun |
|------|-----|-----|-----|------|-----|-----|-----|
| 7:00 - 8:00 | | | | | | | |
| 8:00 - 8:30 | | | | | | | |
| 8:30 - 9:00 | | | | | | | |
| 9:00 - 9:30 | | | | | | | |
| 9:30 - 10:00 | | | | | | | |
| 10:00 - 10:30 | | | | | | | |
| 10:30 - 11:00 | | | | | | | |
| 11:00 - 11:30 | | | | | | | |
| 11:30 - 12:00 | | | | | | | |
| 12:00 - 12:30 | | | | | | | |
| 12:30 - 1:00 | | | | | | | |
| 1:00 - 1:30 | | | | | | | |
| 1:30 - 2:00 | | | | | | | |
| 2:00 - 2:30 | | | | | | | |
| 2:30 - 3:00 | | | | | | | |
| 3:00 - 3:30 | | | | | | | |
| 3:30 - 4:00 | | | | | | | |
| 4:00 - 4:30 | | | | | | | |
| 4:30 - 5:00 | | | | | | | |
| 5:00 - 5:30 | | | | | | | |
| 5:30 - 6:00 | | | | | | | |
| 6:00 - 6:30 | | | | | | | |
| 6:30 - 7:00 | | | | | | | |
| 7:00 - 7:30 | | | | | | | |
| 7:30 - 8:00 | | | | | | | |
| 8:00 - 8:30 | | | | | | | |
| 8:30 - 9:00 | | | | | | | |
| 9:00 - 9:30 | | | | | | | |
| 9:30 - 10:00 | | | | | | | |
| 10:00 - 10:30 | | | | | | | |
| 10:30 - 11:00 | | | | | | | |
| 11:00 - 11:30 | | | | | | | |
| 11:30 - 12:00 | | | | | | | |

# Goal Setting

It is important to make an initial sacrifice of time to get your business off to a Quick Start. There is a learning curve in any new business and by making an extra commitment of time you will be able to shorten your learning curve and get off to a Faster Start. We recommend a minimum 3 month initial commitment.

**Develop Your Goals in Writing...** Does goal setting really work? You bet it does! Here's a great example of the impact written goals have on success.

### The Yale Graduating Class of 1953 – Study

3% had put their goals in writing
97% had incomplete goals or none at all!

### Twenty Years Later

The 3% who set goals had greater income than the other 97% combined!
* Dreams become goals when they are written down.
* Find a goal big enough to inspire you, and unleash your power.
* Goals give you a vision that keeps you pressing on.

### Goals Must Be:

**Written** - Dreams become goals when they are **in writing.**

**Specific** - The more specific you can become with your goal, the more likely you will achieve it. Example: I want a ***NEW Vehicle** or the one I drive paid for from bcf* (Even more specific i.e.: color, year, features, etc.). **(Boat paid for)**

**Measurable** - So you know when you hit your goal and when you need to put in more effort. Example: I will earn *4 Bitcoin* (qualify). (2x2)

**Time Focused** - Goals must have a deadline attached to them.
Example: I will achieve *(2-10 personals) by the end of my first 30 days.*



# Goal Setting Worksheet
## 48-Hour Assignment

**I am starting my business for the following reasons. What is important to you?
(Circle all that apply)**

| | | | |
|---|---|---|---|
| Early Retirement | New Car | Vacation Home | Favorite Charity |
| New Home | Travel the World | Helping Family | Children's Education |
| More Family Time | Debt Free | Time Freedom | Financial Security |

What else? Dream... You've been told that you won the Publishers Clearing House $5 million Sweepstakes give away. In order of priority, what would you do or buy with that money? (Be Specific)

1.

2.

3.

What is your most important goal to achieve as a result of your new business?

What is your income goal?

**3 months $_____ 6 months: $_____ 1 year $_____ 3 year $_____**

## Your Perfect Day

Albert Einstein once said, "Your imagination is the preview to life's coming attractions." It is now time to put your imagination to use. Pretend you have just been hired by a famous Hollywood Director to write the screenplay for your perfect day. Write what your perfect day would be like five years from today. Where would you wake up? What time would you wake up? What kind of house would it be? (Describe it in detail) What would you do when you woke up? Where would you go? In what kind of car would you be driving around town? Etc. Write in detail what your perfect day would be like five years from today. Use a separate sheet if necessary.



# Prospect List

If you discovered a goldmine with an unlimited supply, who would you tell about it first? Always remember that you are offering people the gift of health and wealth.

### The DO's and DON'Ts of Making a List

**DO** make your list as long as possible-
· It's your game plan-your greatest asset when starting the business.
· The longer your list, the greater your posture. If you have a list of 10 people and the first five say no, you will feel pressure to sponsor the next five and this can out you into the "begging" mode and will greatly reduce your effectiveness. However, if you have a list of 100, and the first five say no, you have 95 other people to contact and a game plan over the next 30 days.

**DON'T** ever prejudge anyone-
· They will end up in someone else's organization.
· Sift and Sort - You want to give people enough information so they can make a decision as to whether **Bitcoin Funding team** is right for them. Do not try and talk people into doing the business against their will.

### Steps to Developing your Warm Market List

1. Use the Memory Jogger to make a list of **at least** 75 - 200 people that you know on a first name basis and get their email addresses. In addition, you can use the Yellow Pages as a Memory Jogger. Start with the letter A and ask yourself, "Who do I know who is an Accountant, a Banker, and a Carpenter?"

2. Identify those people on your list who:
· Are **Successful (S)**
· Are a **"People" Person (P)**
· Have **Strong Influence** with Others **(I)**

These are the people you will contact first but ONLY with a member of your upline assisting you.

## Refer to the Memory Jogger and Prospect List

# Memory Jogger

## People In Your Life

| Relatives | Who Is Your… | Who is Your… | Who Is Your… |
|---|---|---|---|
| Parents | Hairdresser | Optometrist | Neighbor |
| Grandparents | Doctor | Dry Cleaner | Day Care Provider |
| Brothers | Attorney | Barber | Insurance Agent |
| Sisters | Mechanic | Supervisor | Counselor |
| Aunts | Minister | Pharmacist | Landscaper |
| Uncles | Mailman | Dietician | Aerobics Instructor |
| Cousins | Best Friend | Chiropractor | Accountant |

## Who Do You Know who is a…

| | | | |
|---|---|---|---|
| Golf Pro | Flight Attendant | Actor/Actress | Lab Technician |
| Physical Therapist | Business Owner | Police Chief | Telephone Lineman |
| Chemical Engineer Student | Network Marketer | Carpenter | Surgeon |
| Accountant | Printer | EMT | Architect |
| Electrical Engineer | Baseball Player | College Professor | Company Executive |
| Bartender | Video Store Owner | Podiatrist | Secretary |
| Bank Manager | Attorney | Plant Foreman | Radio Announcer |
| Computer Programmer | Anesthesiologist | Salesperson | Fire Chief |
| Football Player | Airline Pilot | Contractor | Business Manager |
| Politician | Electrician | Police Officer | Real Estate Agent |
| Teacher | Social Worker | T.V, Reporter | Car Salesman |
| Nurse | Financial Planner | Plumber | Receptionist |
| Musician | Veterinarian | Journalist | Photographer |
| Dancer | Artist | Cable Guy | Machinist |

| Who Sold You Your… | Who… | Who… |
|---|---|---|
| House | is on your Christmas list | is from an old job |
| Car/Truck | is very ambitious | teaches your children |
| Furniture | is the life of the party | is a fashion model |
| Boat | is considered a leader | are your golf partners |
| Office Supplies | is looking for a new profession | has a booming business |
| Business Clothes | is known by everyone in town | is in a job |
| Vacuum Cleaner | is a consultant or a trainer | wants more out of life |
| Computer | was in your wedding party | is a waitress |
| Carpets/Tile | is in a high profile job | has a stressful job |
| Curtains | runs a local deli | is from a civic group |
| Storm Windows | do you play cards with | is president of the PTA |
| Aluminum Siding | are your college friends | rides to work on a bus |
| Vacation Package | is active in your church | edits a newspaper |
| Air Conditioner | is a prominent business owner | is friends with the family |
| Groceries | do you respect a great deal | is health conscious |
| Jewelry | are your parents' friends | often seems tired |
| Telephone System | already takes vitamins | wants to lose weight |



# Prospect List
# 48-Hour Assignment

| Name | Phone # | E-Mail Address | Contact Date | Sign Up Date | Training Date |
|------|---------|----------------|--------------|--------------|---------------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |



*BITCOIN BRACKET*

## INSTRUCTIONS TO START OLE PAY FOR BITCOIN FUNDING TEAM MEMBERS ONLY

Ole Pay will allow you to buy bitcoin and sell bitcoin and also to receive a reloadable debit card associated with that transaction. We can cash out and put money on your card and monitze your card if you want.

**To START and setup an Ole Pay account and if you're an active member of Bitcoin Funding Team you must log into this site below:**

🔒 Secure | https://**olepay.com**/registration/bft

1) **Will bring you to fill out all your account information, please fill out every box in the account information (Note: if you don't have a street address just put in NA for not available in other countries)**



2) **Verify your account– make sure to go to your email to verify Ole Pay before you can proceed filling out the rest of the information in Ole Pay's website. NOTE: make sure you check your spam - it might also be in your junk or spam folder**



3) **Hit Login BELOW like your screen shows to VERIFY Ole Pay to proceed to the next step**



**4)** Once you click login to Ole Pay on top it will bring you here to enter in your email address and your password that you previously signed up with at the beginning when you enrolled your account



**5)** This is your Dashboard when it comes up



**6)** Hit the Account Progress – (to the left of it – it shows how much info is updated 33%)



**7)** Opens up Bank Information and User Identification needs to be filled out – So Hit Bank Information



8) **Bank Information – fill out everything in the fields below – you will need type of account, bank name, bank address, give your account a nickname. Account Information on the right side Name, Address, Account Number, Routing Number and Swiss Code Number and then hit submit**



9) **Go Back to Home and then Hit Account Progress again. Then Hit the User Identification and fill out all of that information. Select type of identification and upload that picture and select. We need two identifications for them to accept your account – 1 being a picture ID – passport or drivers license, any kind of proof of billing address – add all the information for your account information, bank information and then Hit Submit.**

10) **Top of the Screen – Hit "Profile" then hit "Financial Details" then to the right of that Hit "Add Bitcoin Wallet" go to enter bitcoin wallet address, upload your qr code if you want and nickname your wallet, so if you have more than one bitcoin wallet address upload it there – Use a seperate new wallet address with Ole Pay – don't use the same wallet address from Bitcoin Funding Team – so to get a new wallet address In Blockchain – Hit "request" in blockchain will get you a new wallet address In Coinbase: - you go to tools and hit addresses at the top and far right – hit +create wallet address - that will give you a new wallet address) – HIT SUBMIT when done**

**11) Go to Profile on the top tab again and hit Account and then Alias – put a name in for Alias and then hit "Add an Alias"**



**12) When you're done filling in all of your information – it will show below that you are 100% and all checkmarks under "Account Progress"**



**NOW YOU'RE READY TO ORDER BITCOIN!!!**

## Instructions – How to Order Reloadable Debit Card and Bitcoin

*Few things to know before we get started:*
Note:  Bitcoin Funding Team or any of the members is not making any money when you signup with Ole Pay.

It will cost $230 to Start  – you will receive a reloadable Debit Card and also 200 Points to Redeem to use for whatever you want (1 point is equal to $1 dollar).  Note:  This will be subject to availability and pricing as Bitcoin fluctuates - Right Now as of May 3, 2017 – you will receive 200 Points that you can do with whatever you want, but most of us will be converting Points to Bitcoin to Start Funding with Bitcoin Funding Team.  All Orders Need to be placed before 2:30pm CST in order to get Funding Same Day.

1) First Step is to hit the Shopping Cart in the top right corner of your Home Page.  This screen will appear below and Fill out all information below – whichever transaction you want to use – credit card, ACH transaction or eCheck for $230.  Hit Submit when done.



2) Fill out all of the information below as in best detail as possible and hit Submit when done:



**3) Your Order Summary will appear and then you need to go to your email to verify transaction.**

Please take a moment to review your order.

| Item Description | Quantity | Amount |
|---|---|---|
| Credit Card Payment ($199) | 1 | |
| **Order Total** | | |

**VIRTUAL CHECKOUT**
# VIRCHEX®
secure | private | instant

Your request has been successfully submitted. We will review it and
email further instructions shortly. Thank you for your time.

**4) This will appear in your email – print out both emails.**

| | Formsite | MPS-BTF Basic Package #11499477 | Inbox | 4 KB | 10:26 PM |
|---|---|---|---|---|---|
| | Formsite | BFT - Cryptocurrency book and membership #11499477 | Inbox | 5 KB | 10:26 PM |

**5) Fill out both emails from formsite and email both back togethert with all your information filled in to: mps.bftorders@virchex.com**

Reply to Formsite

**CREDIT/DEBIT AUTHORIZATION FORM**

I (we) hereby authorize MPS Merchant Solutions, Inc. to initiate entries to my (our) checking savings accounts at [page 183] and, if necessary initiate adjustments for any transactions credited debited in error. This authority will remain in effect until MPS Merchant Solutions, Inc. is notified by me (us) in writing to cancel it in such time as to afford MPS Merchant Solutions, Inc. and my financial institution a reasonable opportunity to act on it

I understand that I will receive this acknowledgement in an eMail sign and return prior to any transaction being processes

**Order Total:** 199 00

_____
**PRINT NAME**

_____
**SIGN HERE**

**RETURN THIS VIA EMAIL TO:** mps.bftorders@virchex.com

**6) Your second email – fill out both and email both together to mps.bftorders@virchex.com**

Reply to Formsite

**One Time Credit Card Payment Authorization Form**

Please sign and complete this form to authorize MPS Merchant Solutions, Inc. to make a onetime debit to the credit card listed below

By signing this form you give MPS Merchant Solutions, Inc. permission to debit the account for the amount indicated on or after the indicated date. This is permission for a single transaction only. and does not provide authorization for any additional unrelated debits or credits to your account

Please complete the information below

I Mark K Spychalla authorize MPS Merchant Solutions, Inc. to charge my credit card account indicated below for the amount of $_____ on or after

This payment is for _____

description of product or item number(s)

Billing address _____ Phone Number _____

City, State & Zip _____ Email _____

*SIGNATURE _____ DATE _____

## How to Signup with Coinbase and Fund your Bitcoin Funding Team Account

1) Grab a piece of paper and write down all of your info – userid/passwords to keep in a safe place
2) Log into google chrome
3) Open up two tabs – log into your email account your going on one tab and then log into the other tab www.coinbase.com
4) Hit "SIGNUP" in top right corner
5) Fill in information name, email your going to use, password 12-14 characters, special characters and numbers, then select your state and check the user agreement privacy policy – now make sure you write down all your info before your proceed on and hit "Create Your Account"
6) Next step before your proceed anywhere you need to "verify your email? In order for coinbase to work. Coinbase has just sent you a verification to your email – you need to verify this before you go on to the next step. Now go to your email and you will see a blue bar on that email and it says "verify email address" once you click it – coinbase will recognize that you verified it and Coinbase will OPEN up a New Browser, then go and close the original browser that you used in coinbase and go back to the New Browser that just opened up
7) Next step hit "individual"
8) Next screen will ask you to enter your cell phone number – hit next
9) This screen will make you grab your cell phone and verify the code that was just sent to you from coinbase for your protection – so look at your code on your cellphone that was just texted to you and then enter in the verification code on the computer and press enter
10) Now we are on the step to START FUNDING YOUR ACCOUNT, we need a source of funds to buy your bitcoin – Grab your Debit Card because that will be the best way to immediately fund your Bitcoin account.
11) This is where you will enter in all your Debit Card Info – PLEASE NOTE BEFORE YOU MOVE ON - PLEASE READ THIS - when you put your billing address in – please spell out the address (like N, E or blvd. ct. - you need to spell out everything in your billing address like – North, East, Boulevard and Court) if you don't spell it out you will be blocked from using your account for 24 hours – so PLEASE MAKE SURE YOU SPELL OUT EVERYTHING IN THE BILLING ADDRESS!!
12) Go to buy/sell and make sure your debit card is in there – to the right of it shows increase limits – hit that and it will ask you to upload your drivers license – best way to do it is through webcam – it's clearer and it goes through faster – so make sure you hold still when you do front and back because it can block you out again for 24 hours if you do it too many times.
13) Now I need to find your wallet address in your coinbase – go to tools and your under the addresses, hit to the right a plus sign to create new address – copy that address and put it in your notepad or notes where you can save this for using in later steps to startup your account on bitcoinfundingteam.com . So keep this in a safe place with the other information your saving.
14) Now go to buy/sell and make sure the green box is around Bitcoin, payment method is your debit card information and then it will tell your weekly limit below it and then you want to in put in .12 btc so you have enough money to send to your bitcoinfundingteam.com account for platform fees and upgrading your account to start. To the right of the box you see what you are buying and the payment method – depositing into your BTC wallet and the wait time is instantly. Then HIT BUY BITCOIN INSTANTLY. GO BACK TO DASHBOARD AND YOU WILL SEE YOUR MONEY ON THE TOP RIGHT SIDE UNDER "YOUR PORTFOLIO"
15) So Open up another tab to setup your www.bitcoinfundingteam.com account under what referral link was sent to you from a friend and/or family – it would be something like this: www.bitcoinfundingteam.com/ref/usernameofreferralperson (username of referral person)
16) Hit "Register" in blue box

17) Make sure sponsors username and sponsors name is correct before proceeding. Leave the placement username and placement name alone as it will automatically place you under the next available open spot under your sponsors name.

18) Under Account Details fill in: desired username, your email, first name, last name, phone, country, security information – password and security question with security answer – remember write everything down in notepad or a piece of paper. You will want to hit the wallet provider and change it to: coinbase and then provide the wallet address you saved in your notepad for coinbase and copy and paste it into the bitcoin wallet address – it will be a long set of numbers and letters WITHOUT the dashes in it.

19) Hit I'm not a robot

20) Click Create Account

21) Now it will ask you to pay for your platform fee of 0.0008 btc which right now is around $10.00 – so you need to copy the red box (wallet address) that says copy and then go to your coinbase account to fund the platform fee.

22) Go to coinbase.com and "Send/Request" on left side of screen

23) Send Funds on the top of screen will show up and under recipient paste the wallet address from bitcoinfundingteam and then go back to the bitcoinfundingteam and hit the blue button (the amount) to copy the amount and go back to coinbase and in the amount field paste the amount. Then Hit Send Funds in the blue box below. Then go back to bitcoinfundingteam.com and at the bottom of that page Hit "I Paid"

24) Next Step go to Home and then hit Dashboard top right. In the dashboard you want to hit "Upgrade" or under my account in the middle of the page hit "activate account" either one will work. This will donate to the user that brought you in 0.10 btc and activate your account.

25) Move down ¼ of the page and your going to donate to the person who brought you in 0.10 btc – copy the red button where it says copy (wallet address) and then go back to coinbase.com and hit "Send/Request" in the email or bitcoin address paste the wallet address, then go back to bitcoinfundingteam and hit the blue copy button (amount donating) and then go back to coinbase and paste it into the amount field and then click the blue box to "Send Funds"

26) You need to copy the transaction hashtag of your whole receipt so they know you donated that account. Your still in coinbase.com and under Dashboard under Recent Activity approx. ¼ down the page – see your "Sent Bitcoin" you just sent – Hit the blue arrow in a circle and hit the blue confirmation that's highlighted in blue. It will bring you to another page where you see Transaction and it say's "Hash" copy that entire hash (long set of numbers and letters) and go back to bitcoinfundingteam.com and at the bottom of the page you just copied, paste it into the "Transaction Hash ID" paste that long link into there and press Enter.

27) Now your complete and you have to wait til your funding goes through and when your referral link will Show up on the top of the screen at your bitcoinfundingteam.com account when your pending approval goes through. This process can take anywhere from 10 minutes to 2 hours or more. Depending upon how many people are using the system at the day and time.



BITCOIN BRACKET

**<u>Sign up on Blockchain (transactions of all your funding site) to Bitcoin Funding Team</u>**

Go to https://blockchain.info/wallet/#/login
Hit Sign up
Put in your email
Put in password twice
Hit – I have read and agree to the Terms of Service
Hit Continue

Now hit the button that says start receiving bitcoin – then a request will come up – copy that wallet address – hit the blue button that says copy – it will then say in green COPIED! Go ahead and X out of that box now! Now email yourself your wallet address and/or write it down in a safe place to use to setup your bitcoinfundingteam site – wallet address is all numbers and letters without the dashes in them.

Go to Security Center tab on the left side of the screen (we need to secure your site before you donate any money)

Hit "verify email" - they sent an email to your email account you signed up with. Before you can Proceed to the next step – go to your email to verify your email – It will say in your email "Blockchain – Welcome to my Wallet" - Open it up and hit the blue box "Yes, this is my email". A new page will show up with a green checkmark saying "Success" go ahead and close out of that tab out and go back to the original tab for blockchain.

Hit Backup Recovery Phrase (Write down your Recovery Phrase and keep it somewhere very safe and secure. Your Recovery Phrase allows you or anyone else with access to it, to restore your wallet and access your funds if you forget your password, or if our service is unavailable. ) Hit the blue box that says Backup Phrase – Print the recovery sheet or get a piece of paper to write down your 12 recovery words – hit the blue box that says next step – write down all the words from 1-4 then hit "next 4 words", write 5-8 words down and hit "next 4 words" then write 9-12 words down and then hit the blue box that says "Final Step" - Now you will need to verify 4 out of the 12 words and type them in and then press "Finish" - now a green circle with a checkmark will appear that you are backed up with your recovery phrase and hit the blue button to "close"

Next security button is to "Create Password Hint" - put a password hint word in and hit the blue "Save" button.

Next step will be to "Link your Mobile Number" put your mobile number in and hit enter. You will now get a text to your mobile phone an SMS message with a verification code. Enter the code that was sent to your phone to verify your mobile phone number – hit the blue "verify" button to verify it. A green checkmark will appear.

Next step will be to "Enable Two Step" (2-Step Verification helps prevent unauthorized access to your wallet by requiring a one-time password after every login attempt. Enabling this option helps keep unauthorized users from being able to access your wallet – Hit the blue button that says "enable" - then a small box will appear – hit the open circle to the right of the solid blue circle and then hit the picture of the cell phone and this will enable your mobile phone.   It will turn green – says "congratulations! Two factor authentication has been successfully enabled.  - then hit the close button

Now on level 3 – hit the "block tor requests" Enable the following option to prevent IP addresses that are known to be part of the Tor anonymizing network from accessing your wallet. The Tor network is frequently used by hackers attempting to access Blockchain users wallets. - then hit the blue box that says BLOCK – you should have a checkmark.   Now your entire security center is DONE!

Hit Settings on the left side of the tabs – this will show your Wallet ID – write your wallet ID down in a safe place or email yourself your Wallet ID (wallet ID is a bunch of letters and numbers with the dashes in it)

Now you can either fund your blockchain from Coinbase or buy Bitcoin from your sponsor to send you Bitcoin to your Blockchain to get started. You will need your Wallet address for this, if you are buying from another person to start your donation.

**BEFORE PROCEEDING WITH BITCOIN FUNDING TEAM WEBSITE YOU NEED TO MAKE SURE YOU HAVE THE FOLLOWING INFORMATION READY BEFORE YOU PROCEED AND ALSO MAKE SURE YOU EITHER SIGNED UP IN BLOCKCHAIN OR COINBASE FIRST:**

**You should have a link from your sponsor that they want you to sign up just like above but with their sponsoruserid name at the end of it – but if your sponsor just signed up - make sure that the sponsor is already done pending in blockchain or coinbase before you proceed to signing up!!!**

**If you signed up in Blockchain or Coinbase – make sure to have your wallet address (your wallet address contains a bunch of numbers and letters without the dashes in it) available before you proceed to signing up.  You also need to make sure you have been funded in your account before you can start to signup also.  Now you can either fund your blockchain from Coinbase or buy Bitcoin from your sponsor to send you Bitcoin to your Blockchain to get started.  You will need your Wallet address for this, if you are buying from another person to start your donation.**

**NOW LET'S GET STARTED WITH YOUR BITCOIN FUNDING TEAM WHEN YOU HAVE THE FOLLOWING INFORMATION ABOVE DONE:**

**Getting Started with Bitcoinfundingteam**

**So Open up another tab to setup your www.bitcoinfundingteam.com account under what referral link was sent to you from a friend and/or family – it would be something like this: www.bitcoinfundingteam.com/ref/usernameofreferralperson (username of referral person)**

**Hit "Register" in blue box**

**Make sure sponsors username and sponsors name is correct before proceeding. Leave the placement username and placement name alone as it will automatically place you under the next available open spot under your sponsors name.**

**Under Account Details fill in: desired username, your email, first name, last name, phone, country, security information – password and security question with security answer – remember write everything down in notepad or a piece of paper. You will want to hit the wallet provider and change it to either blockchain or coinbase (whichever has your money in it to fund your account)  and then provide the wallet address you saved in your**

notepad from blockchain or coinbase and copy and paste it into the bitcoin wallet address – it will be a long set of numbers and letters WITHOUT the dashes in it.

Hit I'm not a robot , Click Create Account

Now it will ask you to pay for your platform fee of 0.0008 btc which right now is around $10 to $15 – so you need to copy and hit the red box (wallet address) that says copy and then go to your blockchain account to fund the platform fee.

Go to your blockchain account and make sure your under transactions and Hit the Send box in the top middle page

A New box will appear and open up, go back to the bitcoinfundingteam.com site and copy the wallet address you are sending the wallet address too – hit the red box that says copy and then go back to the blockchain tab and then paste it into the "To:" box, then go then go back to the bitcoinfundingteam and hit the blue button (the amount) to copy the amount and go back to blockchain and in the amount field BTC: paste the amount. Under description type "platform fee" - then hit "Advanced Fee" then hit "Next Step", next page Hit "
Send" - Then go back to bitcoinfundingteam.com and at the bottom of that page Hit "I Paid"

Your Dashboard should pop up and In the dashboard you want to hit "Upgrade" or under my account in the middle of the page hit "activate account" either one will work. This will donate to the user that brought you in 0.10 btc and activate your account.

Move down ¾ of the page and your going to donate to the person who brought you in 0.10 btc – copy the red button where it says copy (wallet address) and then go to your "then go back to the blockchain tab and then paste it into the "To:" box, then go back to the bitcoinfundingteam and hit the blue button (the amount) to copy the amount and go back to blockchain and in the amount field BTC: paste the amount. Under description type "upgrade to stage 1" - then hit "Advanced Fee" then hit "Next Step", next page Hit "Send" Now you will need a RECEIPT OF PAYMENT – this is where the hashtag number you need. So on that screen hit the RED "SENT" word under the transaction history – it will then open up where you see a blue arrow coming out of the box – HIT THAT – it will open up another tab called "TRANSACTION" under that word you will see a long set of numbers and letters in a gray box – copy it. Then go back to bitcoinfundingteam.com and at the bottom of the page you just copied, paste it into the "Transaction Hash ID" paste that long link into there and press Enter.

Now your complete and you have to wait til your funding goes through and when your referral link will Show up on the top of the screen at your bitcoinfundingteam.com account when your pending approval goes through. This process can take anywhere from 10

minutes to 2 hours or more. Depending upon how many people are using the system at that day and time.

## DECLARATION OF FTC INVESTIGATOR KATHLEEN M. NOLAN
## PURSUANT TO 28 U.S.C. § 1746

I, Kathleen M. Nolan, declare that I have personal knowledge of the facts set forth below. If called as a witness before any court, I could and would testify as follows:

1.      I am over the age of 21 and competent to give this declaration. I am a Federal Trade Investigator with the Federal Trade Commission (FTC), located at 600 Pennsylvania Avenue, NW, CC-10232, Washington, DC 20580. I am a Certified Fraud Examiner and have a Master of Public Policy degree in Public Policy from George Mason University. I have more than ten years of investigative experience in civil and criminal matters.

2.      As an Investigator with the FTC, my primary duties include, but are not limited to: identifying patterns of unfair and deceptive trade practices; conducting computer research using a variety of Internet search engines, public record and law enforcement databases, and computer software-based investigative tools; capturing online content and videos using capture tools; requesting, receiving, and examining information provided by third parties, including information provided by financial institutions, state agencies, and other organizations; and analyzing data related to possible violations of the Federal Trade Commission Act and other laws enforced by the FTC.

3.      As part of my duties with the FTC, I was assigned to work on the investigation of Bitcoin Funding Team (BFT), an Internet operation that claims to allow participants to turn an initial bitcoin "donation" into significant bitcoin revenue.

### Videos and Websites Associated With BFT

4.      During the course of my investigation into BFT, I captured online videos, social media content, and websites, including the materials described below. These materials have been included in the Appendix to Plaintiff's *Ex Parte* Motion for Temporary Restraining Order with Asset Freeze and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue, and Memorandum in Support. The descriptions below include references to the Appendix page numbers. The materials included in the Appendix are true and correct copies of the materials I captured.

5.      On July 6 and 11, 2017 and August 1, 2017, I captured certain videos using Firefox Realplayer. Firefox Realplayer is a software program that allows users to download and preserve video and audio files. I captured each of the following:

a. "My First 60 Days In Bitcoin Funding Team Webinar" (captured from YouTube on July 6, 2017) (App. 608);

b. "Bitcoin Funding Team- My First 30 Days!" (captured from YouTube on August 1, 2017) (App. 609);

c. "Bitcoin Funding Team Presentation by Lou Gatto" (captured from YouTube on July 6, 2017) (App. 610); and

d. "Bitcoin Funding Team Complete Presentation" (captured from YouTube on July 6, 2017) (App. 611).

6. On July 6 and 7, 2017, I captured the following websites using Camtasia Studio, a software program that allows users to take screen shots of webpages:

a. "Bitcoinfundingteam.com" (captured on July 7, 2017) (App. 57-90); and

b. "Bcftglobal.com" (captured on July 6, 2017) (App. 91-98).

7. I have been trained in the use of Firefox Realplayer and Camtasia Studio, and I have used them in investigations for several-+ years.

I declare, under penalty of perjury, that the foregoing statement is true and correct.

Executed on February 16, 2018, at Washington, District of Columbia.

Kathleen M. Nolan

App. 056



## WHY BITCOIN FUNDING TEAM?



## OUR SIMPLE 4-STEP SYSTEM

**Create A Free Account**

Creating an account takes only a couple minutes.

**Find A Cause**

If you were not referred to this site, let our system pick one for you.

**Donate To A Cause**

The donation goes directly to the member. Its fast and easy.

**Share With Others**

Share our amazing, simple system with others.

**START YOUR TEAM NOW**

Fill Out The Form Below To Start The Enrollment Process



## WHAT OUR PEOPLE SAY



" It's about time a program like this got around. It's simple, its fast and most importantly IT WORKS! Great Job Guys "

THE ONLY WAY TO MAKE THIS HAPPEN IS TO TAKE ACTION



HOME   ABOUT   SUPPORT   TERMS   HOW TO   LOGIN   REGISTER

## WHY BITCOIN FUNDING TEAM?



## OUR SIMPLE 4-STEP SYSTEM

# OUR SIMPLE 4-STEP SYSTEM



**Create A Free Account**

Creating an account takes only a couple of steps.



**Find A Cause**

If you were not referred to this site, our system will pick one for you.



**Donate To A Cause**

The donation goes directly to the member, it's fast and easy.

**Share With Others**

Share our amazing simple system with others.



## START YOUR TEAM NOW

Fill Out The Form Below To Start The Enrollment Process

SIGN UP



## WHAT OUR **PEOPLE** SAY

 

" It's about time a program like this got around. It's simple, its fast and most importantly IT WORKS! Great job Guys "

## THE ONLY WAY TO MAKE THIS HAPPEN IS TO TAKE ACTION!



BitcoinFunding

HOME    ABOUT    SUPPORT    TERMS    HOW TO    LOGIN    REGISTER

# ABOUT



## WHAT IS BITCOIN FUNDING TEAM?

Bitcoin Funding Team is focused on making a difference in our friend's lives. one friend at a time. We are bringing together a community of like-minded friends who also have a desire to make a difference in the lives of their friends.

We have created a crowdfunding platform that will help friends gain funds to support their families and others. pay for unexpected medical bills. housing needs. food and clothing. education needs, transportation need wipe out all their debts. get funds for a special project or the many other worthy causes in this world.

Our concept is simple. The more you give, the more you are able to Receive. Our platform starts with giving. Once you decide to contribute to helping friends to take care of their needs and others needs and take the action of contributing to it. you will be put in a position to receive contributions from friends who choose to fund your lives.

There is a real need for what we have put together, together we are engaging friends and impacting lives.

Together we can change the lives of our family and friends lives"

## WHAT IS A CROWD FUNDING TEAM?

Crowdfunding is a powerful way to fund anything you need in life. You can use this model to collect donations. to pay multitudes of different things.

O Unexpected Medical Bills
O College Education
O Hardships
O Critical Illness or Injury
O Family vacation

The options are endless.



## THE ONLY WAY TO MAKE THIS HAPPEN IS TO TAKE ACTION.



## What can we help you with today?

Enter a question, keyword or topic

**Top Help Articles**

How To Find Your Hashtag on Coinbase
How To Find Your Hashtag
What is bitcoin

**Account Upgrades**

How many confirmations do you require?
My transaction is taking longer than normal

**Donating**

How To Find Your Hashtag on Coinbase
How To Find Your Hashtag

**Getting Started**

How the system pays you
How to upgrade
Upgrading your account and getting your hashtag
How to setup a blockchain wallet
How to setup a Coinbase Wallet ( Recommended )
VIEW ALL ●

**Bitcoin / Blockchain**

What is bitcoin
How does bitcoin work?
What is the blockchain

**Referrals**

When do I get my referral link
My referral link goes to someone else

**Accounts**

I did not receive my confirmation email
How to change your wallet address

Be rand systems



**Knowledge Base :  Donating  ›  How To Find Your Hashtag on Coinbase**



Enter a question, keyword or topic...

## How To Find Your Hashtag on Coinbase

ONLY FOLLOW THE STEPS IN RED!

**Step 1 : Open Your Transaction**

**Step 2 : Getting Your Hashtag**

**Was this article helpful? Yes / No**

Powered by Ocean

      




**BitcoinFunding team**

**Knowledge Base › Donating › How To Find Your Hashtag**

Enter a question, na me or a topic...

## How To Find Your Hashtag

**Step 1 : Searching A Wallet On The Blockchain**
Copy the bitcoin receiving address you send your donation too and paste it into the search bar - located at the top of the blockchain info website. Hit enter, submit or return on your keypad and complete the search.



**Step 2 : Verifying Your Search Results**
If your search was successful, you should arrive at a website exactly like the photo below.
You must verify that transaction logs you are looking for are associated with the EXACT bitcoin receiving address you sent your donation too.

**Step 3 : Finding Your Hashtag.**
There are a few things to keep in mind when you are searching for your hashtag.

1. All "incoming / received" transactions are indicated by a GREEN ARROW.

2. The date/time stamp is in a GMT format.
  * If you have a locale containing GMT for local timezone, here is a tool to help you convert:
  **http://www.timeanddate.php**

3. Your donation is usually located at or near the time as they are sent from nearest to oldest by default.

Start from the top down looking for the approximate time you send your transaction



**Step 4 : Finding Your Hashtag Cont...**
If you are unable to find a transaction around the time you sent your donation, wait 10 minutes and look again.
Sometimes "transactions take a while to propagate on each blockchain node.

If you find multiple transactions around the same date and time you must verify the following:
1. The arrow is green
2. The bitcoin receiving address you sent your donation too
3. The amount you donated to that address



** If you cannot verify all 3 requirements above, return to step 3 **

If you CAN verify all 3 requirements above then you have found your hashtag



If you are unable to locate your hashtag please submit a ticket to support@bitcoinfundingteam.com providing all the required documentation.

**Was this article helpful? Yes / No**



**Knowledge Base: Donating › How To Find Your Hashtag**

Enter a question, keyword or topic...

## How To Find Your Hashtag

### Step 1 : Searching A Wallet On The Blockchain

Copy the bitcoin receiving address you send your donation too and paste it into the search box located at the top of the blockchain info website. Hit enter submit or return on your keyboard to complete the search



### Step 2 : Verifying Your Search Results

If your search was successful you should arrive at a website exactly like the photo below

You must verify that transaction logs you are looking at are associated with the **EXACT** bitcoin receiving address you sent your donation too





B[ ] esses are identifiers which you use to send bitcoins to another person.

**Verify that this is the address you donated too.**

| Summary | | Transactions | |
|---|---|---|---|
| Address | 17GUC9PzZJ7X7Egath1FXDPKpUtksRRY3m | No. Transactions | 8 |
| Hash 160 | 44bdb16810cedebad85d1d70fe55b9be8300-bd9e | Total Received | 0.6 BTC |
| Tools | Related Tags - Unspent Outputs | Final Balance | 0 BTC |

### Step 3 : Finding Your Hashtag.

There are a few things to know before you start searching for your hashtag.

1. All **"incoming / received"** transactions are indicated by a **GREEN ARROW.**

2. The date/time shown is in GMT format
*If you have trouble converting GMT to Your local timezone, here is a tool to help you convert.*
**http://www.timebie.com/std/gmt.php**

*3. Your donation is usually located at or near the top, as they are listed from nearest to oldest by default.*

Start from the top down looking for the approximate date/time you sent your transaction.



### Step 4 : Finding Your Hashtag Cond...

If you are unable to find a transaction around the time you sent your donation, wait 10 minutes and look again.
Sometimes transactions take a while to propogate on each blockchain node.

If you find multiple transactions around the same date and time you must verify the following :
1. The arrow is green.
2. The bitcoin receiving address you sent your donation too.
3. The amount you donated to that address.

33U9vfS2YxcSmHi46X8QoLppUSMEdMVCvm (0.45579235 BTC - Output)    →    17GUC9PzZJFX7Fgath1    0.2 BTC
                                                                      3KKMlkxpe1JjdX8mcaC2    0.25516659 BTC

**Look for the approximate time
you sent your donation.
** Note ** This is in GWT time
format.**

0.2 BTC

---

### Step 4 : Finding Your Hashtag Cond...

If you are unable to find a transaction around the time you sent your donation  wait 10 minutes and look again.
Sometimes transactions take a while to propagate on each blockchain node

If you find multiple transactions around the same date and time you must verify the following .

* The arrow is green

2  The bitcoin receiving address you sent your donation too.

3  The amount you donated to that address

fcd96e2166c5d0925107c563a66t534r37c2c571af7a6cc9341265701ccf935          **(Fee: 0.00062576 BTC . 168.22 sat/B - Size: 372 bytes) 2017-03-13 11:42:29**



33U9vfS2YxcSmHi1fIXGQoLppU9MEdMVCvcq (0.45579235 BTC - Output)    →    17GUC9PzZJFX7Fgath1f XDPKpUlksRRY3m - (**Spent**)    0.2 BTC
                                                                      3KKMlkxpe1JjdX8mcaCZmfUUJX6A5MatLX - (**Spent**)   0.25516659 BTC

**1. Arrow is Green**    **2. The bitcoin address
you donated too.**    **3. The amount you
donated.** BTC

---

** If you cannot verify all of 3 requirements above, return to step 3 **

If you **CAN** verify all 3 requirements above then you have found your hashtag.

fcd96e2166c5d0925107c563a66t534r37c2c571af7a6cc9341265701ccf935          **(Fee: 0.00062576 BTC . 168.22 sat/B - Size: 372 bytes) 2017-03-13 11:42:29**



33U9vfS2YxcSmHi1fIXGQoLppU9MEdMVCvq (0.45579235 BTC - Output)    →    17GUC9PzZJFX7Fgath1f XDPKpUlls sRRY3m - (**Spent**)    0.2 BTC
                                                                      3KKMlkxpe1JjdX8mcaCZmfUUJX6A5MatLX - (**Spent**)   0.25516659 BTC

**This is your hashtag.**

0.2 BTC

---

If you are unable to locate your hashtag please submit a ticket to support@bitcoinfundingteam.com providing all the required documentation

**Was this article helpful?** Yes / No

Powered by Group

 


**Knowledge Base : Bitcoin / Blockchain > What is bitcoin**

Enter a question, keyword or topic.

## What is bitcoin





**Was this article helpful? Yes / No**

Powered by Google

      

 BitcoinFunding team

**Knowledge Base : Account Upgrades › How many confirmations do you require?**

Enter a question, - eyword or topic...

## How many confirmations do you require?

Our system is calibrated to only require 1 confirmation on the blockchain to be accepted as a valid transaction

Was this article helpful? Yes / No

Previous    Next »

      

App. 068

Bitcoin Funding team - Yah  ×  | BitCoin Funding Team - Abt  ×  | Knowledge base | bitcoinfun  ×  +

← ①  help.bitcoinfundingteam.com-knowledge_base-topic/my-transaction-is-taking-longer-than-normal    C  | ⌕ Search    ☆ ■ ↓ ♠ ♥ ≡



**Knowledge Base: Account Upgrades › My transaction is taking longer than normal**

Enter a question, keyword or topic...

## My transaction is taking longer than normal

We don't control the blockchain, so we can't control how fast confirmations take place

The average is around 30 minutes per confirmation, however this can happen in less than 1 minute, and as long as 12 hours

Please allow sufficient time for the confirmation to take place, in order for our system to verify the upgrade successful

If you are sending from a blockchain.info wallet, please ensure you are paying the "transaction fee"

**Was this article helpful? Yes / No**

Powered by Groov

       
App. 069



**Knowledge Base : Donating › How To Find Your Hashtag on Coinbase**

Enter a question, keyword or topic...

### How To Find Your Hashtag on Coinbase

ONLY FOLLOW THE STEPS IN RED!

Step 1 : Open Your Transaction

Step 2 : Getting Your Hashtag

Was this article helpful? Yes / No

Powered by Groove

     



Enter a question, e-mail or topic...

## How To Find Your Hashtag

**Step 1 : Searching A Wallet On The Blockchain**
Copy the bitcoin receiving address you send your donation too and paste it into the search bar located at the top of the blockchain info website. Hit enter, submit or return on your keyboard to complete the search



**Step 2 : Verifying Your Search Results**
If your search was successful you should arrive at a webpage exactly like the photo below
You must verify that transaction logs you are looking at are associated with the EXACT bitcoin receiving address you sent your donation too

**Step 3 : Finding Your Hashtag.**
There are a few things to keep in mind before you start searching for your hashtag

1. All "Incoming / received" transactions are indicated by a GREEN ARROW.

2. The date/time shown is in GMT format
If you have trouble converting GMT to your local timezone, here is a tool to help you convert
http://time.timedate.com/widget.php

3. Your donation is usually located at or near the top as they are listed from newest to oldest by default

Start from the top looking for the approximate date/time you sent your transaction

**Step 4 : Finding Your Hashtag Cond...**
If you are unable to find a transaction around the time you sent your donation, wait 10 minutes and look again
Sometimes transactions take a while to propagate on each blockchain node

If you find multiple transactions around the same date and time you must verify the following
1. The arrow is green
2. The bitcoin receiving address you sent your donation too
3. The amount you donated to that address

** If you cannot verify all of 3 requirements above, return to step 3 **

If you CAN verify all 3 requirements above then you have found your hashtag

If you are unable to locate your hashtag please submit a ticket to support@bitcoinfundingteam.com providing all the required documentation

**Was this article helpful? Yes / No**



## BitcoinFunding
### t e a m

**Knowledge Base : Donating › How To Find Your Hashtag**

Enter a question, keyword, or topic

## How To Find Your Hashtag

### Step 1 : Searching A Wallet On The Blockchain

Copy the bitcoin receiving address you send your donation too and paste it into the search box located at the top of the blockchain info website. Hit enter, submit or return on your keyboard to complete the search.



### Step 2 : Verifying Your Search Results

If your search was successful you should arrive at a website exactly like the photo below.

You must verify that transaction/orgs you are looking at are associated with the **EXACT** bitcoin receiving address you sent your donation too.



B**Verify that this is the address you donated too.**esses are identifiers which you use to send bitcoins to another person.

| Summary | | Transactions | |
|---|---|---|---|
| **Address** | 1/GUC9PL__J7X7Egath1rXCPKpUtksHRY3m | No Transactions | 8 |
| **Hash 160** | 43bdb18810edeeac05o1d77e5559be230U3r59e | Total Received | 0.6 BTC |
| Tools | Related Eave Hmpoint Outp u* | Final Balance | C BTC |

### Step 3 : Finding Your Hashtag.

There are a few things to know before you start searching for your hashtag.

* A **"incoming / received"** transaction will indicate by a **GREEN ARROW.**

2. The date time shown is in GMT format.
if you are having trouble converting GMT to your local timezone, here is a tool to help you convert:
*http://www.timeb e.com/std/gmt.php*

3. Your donation is usually received at or around five to ten then the longest from newest to oldest by default.

Start from the top down looking for the approximate date time you sent your transaction.



### Step 4 : Finding Your Hashtag Cond...

If you are unable to find a transaction around the time you sent your donation, wait 10 minutes and look again.
Sometimes transactions take a while to propagate on each blockchain node.

If you find multiple transactions around the same date and time, you must verify the following.

1. The arrow is green.
2. The bitcoin receiving address you sent your donation too.
   The amount you donated to that address



App. 074

... (faded illegible line) ...

(Fee: 0.00062576 BTC · 168.22 sat/B · Size: 372 bytes) 2017-03-13 11:42:29

33J9-FR2Xv-9S-HT1FX8Q-tj-p-9F0Eqli-Oou-0 (t-576336 BTC - Output)  →  1zfGUO5wz7J7X7Egatl- / 3KKt0-v.cul- 1Xc.-xx

**Look for the approximate time you sent your donation.**
**\*\* Note \*\* This is in GWT time format.**

0.7 BTC
0.7buTMovs btC

0.2 BTC

## Step 4 : Finding Your Hashtag Cond...

If you are unable to find a transaction around the time you sent your donation, wait 10 minutes and look again.
Sometimes transactions take a while to propagate on each blockchain node.

If you find multiple transactions around the same date and time you must verify the following:

1. The amount is green.
2. The bitcoin receiving address you sent your donation too.
3. The amount you donated to that address.

(Fee: 0.00062576 BTC · 168.22 sat/B · Size: 372 bytes) 2017-03-13 11:42:29

33J9-FR7Xv-9S-H1FX8Q-tj-p-9F0Eqli-tfv-p-0 (t-576336 BTC - Output)  →  17GUO5Fz7J7X7Egatn1FXDPKp-(Jb-RRY- m  (**Spent**)
3KKt0kxp-t1- 3Xcmxal md.UXL-4X-BLX- (**Spent**)

0.0 BTC
0.7.b1609 BTC

1. Arrow is Green

2. The bitcoin address you donated too.

3. The amount you donated. BTC

## \*\* If you cannot verify all of 3 requirements above, return to step 3 \*\*

If you CAN verify all 3 requirements above then you have found your hashtag.



This is your hashtag.

(Fee: 0.00062576 BTC · 168.22 sat/B · Size: 372 bytes) 2017-03-13 11:42:29

33J9-VZYxp-9S-H1FX8Q-tj-p-9F0Eqli-Jou-p-0 (t-576336 BTC - Output)  →  17GUO5Fz7J7X7Egatn1FXDPKp0b-RRY- m  (**Spent**)
3KKt0kxp-t1- 3Xcmxal md.UX-4X-Glab-x-  (**Spent**)

1.7 BTC
0.41.16T5N BTC

0.2 BTC

If you are unable to locate your hashtag please submit a ticket to support@qtc.info.info and ourteam can provide you all the required documentation.

**Was this article helpful? Yes / No**

# ⓟ BitcoinFunding
## t e a m

Knowledge Base : Getting Started : How the system pays you

Enter a question, keyword or topic...

## How the system pays you



Was this article helpful? Yes / No

Powered by Groove

# BitcoinFunding
## t e a m

Enter a question, keyword or topic...

Knowledge Base : Getting Started : How to upgrade

## How to upgrade



Was this article helpful? Yes / No

Permalink | Comme

Bitcoin Funding team - Yah... ×  BitCoin Funding Team - Ab... ×  Knowledge base | bitcoinfun... ×  +

← → ①  http:.bitcoinfundingteam.com/?mc=ledge_base/topics/upgrading-your-account-and-getting-your-hashtag    ℃ ⋮ ◯ Search    ☆ 🖶 ⬇ 🏠 ♥ ≡



**Knowledge Base :  Getting Started  ›  Upgrading your account and getting your hashtag**

Enter a question, keyword or topic...

## Upgrading your account and getting your hashtag



**Was this article helpful? Yes / No**

Powered by Groove

    

 BitcoinFunding
t e a m

**Knowledge Base: Getting Started › How to setup a blockchain wallet**

Enter a question, keyword or topic...

## How to setup a blockchain wallet



**Was this article helpful? Yes / No**

Powered by Groove.

Bitcoin Funding team - Yah:  x  |  BitCoin Funding Team - Abo  x  |  Knowledge base | bitcoinfun  x  |  +

← → ⟳ ⓘ  help.**bitcoinfundingteam.com**/knowledge_base_topics_how-to-setup-a-coinbase-wallet-recommended      C⁻ | ○ Search      ☆ ⊜ ↓ ↑ ♡ ☰



## BitcoinFunding
### t e a m

**Knowledge Base :  Getting Started  ›  How to setup a Coinbase Wallet ( Recommended )**

Enter a question, keyword or topic...

## How to setup a Coinbase Wallet ( Recommended )



Was this article helpful?  Yes / No

Powered by Groove

App. 079

# BitcoinFunding
### t e a m

Knowledge Base : Bitcoin / Blockchain > What is bitcoin

## What is bitcoin

What is Bitcoin  [4:20]



Enter 2 content, keyword or topic...

Was this article helpful? Yes / No

Powered by Cloque

App. 080

# BitcoinFunding
### t e a m

Enter a question, keyword or topic.

Knowledge Base : Bitcoin / Blockchain > How does bitcoin work?

## How does bitcoin work?



Was this article helpful? Yes / No

Powered by Gleam



Enter a question, keyword or topic.

## What is the blockchain

### What is a 'Blockchain'

A blockchain is a public ledger of all Bitcoin transactions that have ever been executed. It is constantly growing as 'completed' blocks are added to it with a new set of recordings. The blocks are added to the blockchain in a linear, chronological order. Each node (computer connected to the Bitcoin network using a client that performs the task of validating and relaying transactions) gets a copy of the blockchain, which gets downloaded automatically upon joining the Bitcoin network. The blockchain has complete information about the addresses and their balances right from the genesis block to the most recently completed block.

### BREAKING DOWN 'Blockchain'

The blockchain is seen as the main technological innovation of Bitcoin, since it stands as proof of all the transactions on the network. A block is the current part of a blockchain which records some or all of the recent transactions, and once completed goes into the blockchain as permanent database. Each time a block gets completed, a new block is generated. There is a countless number of such blocks in the blockchain. So are the blocks randomly placed in a blockchain? No, they are linked to each other (like a chain) in proper linear, chronological order with every block containing a hash of the previous block.

To use conventional banking as an analogy, the blockchain is like a full history of banking transactions. Bitcoin transactions are entered chronologically in a blockchain just the way bank transactions are. Blocks, meanwhile, are like individual bank statements.

Based on the Bitcoin protocol, the blockchain database is shared by all nodes participating in a system. The full copy of the blockchain has records of every Bitcoin transaction ever executed. It can thus provide insight about facts like how much value belonged a particular address at any point in the past.

The ever-growing size of the blockchain is considered by some to be a problem due to issues like storage and synchronization. On an average, every 10 minutes, a new block is appended to the block chain through mining.

This article was copied from Investopedia
**Orginal Source**

 **Was this article helpful? Yes / No**

help.bitcoinfundingteam.com/knowledge_base/topic/-when-do-i-get-my-referral-link    ⟳  🔍 Search



**Knowledge Base : Referrals › When do I get my referral link**

Enter a question, keyword or topic...

## When do I get my referral link

Your referral link will be active once you have successfully upgraded to stage one.

Was this article helpful? Yes / No

Powered by Groove



**Knowledge Base:  Referrals › My referral link goes to someone else**

Enter a question, keyword or topic...

## My referral link goes to someone else

Before handing out your referral link, please make sure your account has been successfully upgraded to stage 1

Your current stage is listed on your back office dashboard or on the menu bar, if you are using a desktop browser

If the problem persists, please submit a support ticket, and our support staff will look into your account issue

Was this article helpful? Yes / No

Powered by Groove

       
App. 084



## I did not receive my confirmation email

If you have not received your confirmation email visit the link below to resend your confirmation email

**https://bitcoinfundingteam.com/user/resend**

This will resend your account confirmation email. Make sure you add us to your safe senders list, or mark the message received as "not spam" if it arrives in your spam inbox.

** NOTE TO GMAIL USERS **
Some of our messages have been filtered into your promotions folder

Was this article helpful? Yes / No

Powered by  Groove

App. 085

 BitcoinFunding

**Knowledge Base : Accounts › How to change your wallet address**

Enter a question, keyword or topic...

### How to change your wallet address

You can change your wallet address from your back office, under the profile tab

If you have not entered in a wallet address, click "add new" otherwise, click the pencil next to the wallet displayed.

Was this article helpful? Yes / No

Powered by Flora

    
App. 086

 BitcoinFunding TEAM

HOME     ABOUT     SUPPORT     TERMS     HOW TO     LOGIN     REGISTER

# **TERMS** AND CONDITIONS OF USE

By signing up with Bitcoin Funding Team, you agree to the following Terms, Conditions, and Disclaimers: This service is provided on an as is, as available service. We make no warranties of any kind, either expressed or implied.

You also understand that all donations made through the Bitcoin Funding Team platform are voluntary, and guarantee you nothing in return for any donations you make.

You understand that there are specific guidelines and policies in place.

You also understand that you have to avail yourself of how Bitcoin Funding Team works before you join Bitcoin Funding Team, failing to Step-up (Upgrade, make a donation to the person that invited you) will cause the system to delete your account, you are welcome to join again and get a second 48-hour period to decide to participate, failing to participate will get you banned from joining the Bitcoin Funding Team community again.

You have read and understood that "Spamming" and or cross recruiting meaning contacting other participants in an attempt to promote ANY other opportunity to ANY fellow Bitcoin Funding Team participant is grounds for "immediate" account suspension which disqualifies you from receiving spill over, new sign-ups as well as donations.

Under no circumstances, including negligence, shall anyone involved in creating, producing or distributing this service, be liable for any direct, indirect, incidental, special or consequential damages that result from the use of, or inability to use this service, and all the files and software contained within it, including, but not limited to, reliance on any information obtained through this service; or that result from mistakes, omissions, interruptions, deletion of files or e-mail, errors, defects, viruses, delays in operation, or transmission, or any failure of performance, whether or not limited to acts beyond our control, communications failure, theft, destruction or unauthorized access to our records, programs or services.

We reserve the right to add or remove features and modify any functionality, make changes on how the platform works, manage memberships, within Bitcoin Funding Team and otherwise make changes to the service and this agreement without notice.

We may terminate without notice, at our sole discretion, any membership deemed to be in breach of this agreement or otherwise found to be abusing or misusing the service, or harassing the other members or administrator in any way.

In the unlikely event that this program should ever terminate its operations, it's creator, operators, assigns and successors shall not be held liable for any loss whatsoever to our members.

Sites and individuals involved with the following activities are NOT ELIGIBLE: selling, providing or linking to unlicensed content, pornography, warez, pirated software, hacking or spamming software, email address lists or harvesting software, or any materials endorsing violence, hatred, revenge, racism, victimization, or criminal activity.

We make no claims on how much money you can make with our program. Your ability to earn depends on a number of factors, including where and how (and how often) you advertise the program, and the motivation and ability of those in your up lines, to make referrals. Individual results will vary.

Members caught spamming or otherwise causing harm to our program will have their accounts terminated, and may be prosecuted for their actions. We will investigate all allegations before taking action.

All donations you willingly and directly send to a fellow participant are final. No refunds.

You understand that all donations will be made directly by donors to you to your payment processor, and that any problems you have concerning such matters should be taken up with your respective merchant account provider.

You agree to accept email updates regarding Bitcoin Funding Team. We will never inundate you with emails or spam. Report spam and other abuse via the contact form.

Please include the entire spam email with headers.

If any member is caught "stacking". Bitcoin Funding Team reserves the right to remove, suspend, or terminate any account failing to comply. One person cannot own or control more than one account.

If any member is caught "cross sponsoring". Bitcoin Funding Team reserves the right to remove, suspend, or terminate any account failing to comply.

If any member is caught crossing over into other downlines. Bitcoin Funding Team reserves the right to remove, suspend, or terminate any account failing to comply.

**Enjoy giving and receiving donations with Bitcoin Funding Team.**

**The Bitcoin Funding Team**



## 1. **GETTING** STARTED

**Tips On Getting Started**



Video Unavailable

## 2. **SETUP YOUR** BITCOIN WALLET

**A. Blockchain Wallet**          **B. Coinbase Wallet**



Video Unavailable

Video Unavailable

Proceed To Registration



@ BitcoinFunding

HOME    ABOUT    SUPPORT    TERMS    HOW TO    LOGIN

Select Language ▼

REGISTER

## ACCESS YOUR ACCOUNT

**Username**

Enter Username

**Password**

Enter Password

Forgot Password

☐ I'm not a robot

LOGIN

NOT A MEMBER? **REGISTER NOW**
**RESEND ACTIVATION EMAIL**



# CREATE YOUR ACCOUNT

And Only Takes A Single Minute!

If you haven't watched the getting started videos, click the button below

Sponsorship Required!

You must have a sponsor to register for an account on the bitcoin funding team platform.
Either you used an invalid link, or your sponsor is no longer active. Please get back to the person
that referred you to this website.



**Welcome To The BCFT global**

Bitcoin Funding Team

Join The Revolution In Bitcoin And Crypto
Find A New and Business Model And Start Funding
The Very Best Bitcoin Projects Today

**WHAT is BITCOIN AND HOW DOES IT WORK?**

**BITCOIN IS GOLD 2.0**



It! Our concept is simple. The more you give the more you are able to receive. Our platform starts with giving. Grow your network and receive up to 64 Bitcoins or more than you invest.



**Whatever you have tried in the past may or may not have succeeded - either way that's in the past!**



**Who Can Use Bitcoin Funding Team?**

**BCFT**global

First Steps    Fast Start

## Welcome To The BCFT global

It is not too late to          on the *Global Bitcoin Phenomenon!*

Learn How You Can Totally Crush-it With The World's No 1
*Pay-It-Forward* Business Model And Start Building
Your Very Own Bank Of Bitcoin Today

WHAT IS BITCOIN AND HOW DOES IT WORK?

BITCOIN IS GOLD 2.0

BITCOIN IS GOLD 2.0



📢 **Our concept is simple. The more you give, the more you are able to receive. Our platform starts with giving.Grow your Network and receive up to 84 Bitcoins in donations per month.**



FIND YOUR CAUSE AND HELP OTHERS FIND THEIR CAUSE.

## Whatever you have tried in the past may or may not have succeeded...either way that's in the past!

Today is your time and now is your opportunity to create the future you want and the Bitcoin Funding Team offers you the means by which you can achieve it!

Bitcoin is the simplest way to exchange money at very low cost.

Bitcoin is the simplest way to exchange money at very low cost.

Bitcoins for Individuals

Bitcoins for Businesses





# Who Can Use Bitcoin Funding Team?

BCFT is for anyone wanting a little more from life.


# **TERMS** AND CONDITIONS OF USE

By signing up with Bitcoin Funding Team, you agree to the following Terms, Conditions, and Disclaimers: This service is provided on an as is, as available service. We make no warranties of any kind, either expressed or implied.

You also understand that all donations made through the Bitcoin Funding Team platform are voluntary, and guarantee you nothing in return for any donations you make.

You understand that there are specific guidelines and policies in place.

You also understand that you have to avail yourself of how Bitcoin Funding Team works before you join Bitcoin Funding Team, failing to Step-up (Upgrade, make a donation to the person that invited you) will cause the system to delete your account, you are welcome to join again and get a second 48-hour period to decide to participate, failing to participate will get you banned from joining the Bitcoin Funding Team community again.

You have read and understood that "Spamming" and or cross recruiting meaning contacting other participants in an attempt to promote ANY other opportunity to ANY fellow Bitcoin Funding Team participant is grounds for "immediate" account suspension which disqualifies you from receiving spill over, new sign-ups as well as donations.

Under no circumstances, including negligence, shall anyone involved in creating, producing or distributing this service, be liable for any direct, indirect, incidental, special or consequential damages that result from the use of, or inability to use this service, and all the files and software contained within it, including, but not limited to, reliance on any information obtained through this service; or that result from mistakes, omissions, interruptions, deletion of files or e-mail, errors, defects, viruses, delays in operation, or transmission, or any failure of performance, whether or not limited to acts beyond our control, communications failure, theft, destruction or unauthorized access to our records, programs or services.

We reserve the right to add or remove features and modify any functionality, make changes on how the platform works, manage memberships, within Bitcoin Funding Team and otherwise make changes to the service and this agreement without notice.

We may terminate without notice, at our sole discretion, any membership deemed to be in breach of this agreement or otherwise found to be abusing or misusing the service, or harassing the other members or administrator in any way.

In the unlikely event that this program should ever terminate its operations, it's creator, operators, assigns and successors shall not be held liable for any loss whatsoever to our members.

Sites and individuals involved with the following activities are NOT ELIGIBLE: selling, providing or linking to unlicensed content, pornography, warez, pirated software, hacking or spamming software, email address lists or harvesting software, or any materials endorsing violence, hatred, revenge, racism, victimization, or criminal activity.

We make no claims on how much money you can make with our program. Your ability to earn depends on a number of factors, including where and how (and how often) you advertise the program, and the motivation and ability of those in your up lines, to make referrals. Individual results will vary.

Members caught spamming or otherwise causing harm to our program will have their accounts terminated, and may be prosecuted for their actions. We will investigate all allegations before taking action.

All donations you willingly and directly send to a fellow participant are final. No refunds.

You understand that all donations will be made directly by donors to you to your payment processor, and that any problems you have concerning such matters should be taken up with your respective merchant account provider.

You agree to accept email updates regarding Bitcoin Funding Team. We will never inundate you with emails or spam. Report spam and other abuse via the contact form.

Please include the entire spam email with headers.

If any member is caught "slacking". Bitcoin Funding Team reserves the right to remove, suspend, or terminate any account failing to comply. One person cannot own or control more than one account.

If any member is caught "cross sponsoring", Bitcoin Funding Team reserves the right to remove, suspend, or terminate any account failing to comply.

If any member is caught crossing over into other downlines. Bitcoin Funding Team reserves the right to remove, suspend, or terminate any account failing to comply.

**Enjoy giving and receiving donations with Bitcoin Funding Team.**

**The Bitcoin Funding Team**

 **BCFT**global

## You Are Only Minutes Away From Profiting With BCFT Global

**These Short Videos Will Teach You Everything You Need To Know.**

STEP 1 – OPENING YOUR BLOCKCHAIN ACCOUNT

STEP 2 – FUNDING YOUR BLOCKCHAIN ACCOUNT





## Click The Button Below To Open a Blockchain.com Wallet

**Open Your Blockchain Wallet Now!**

STEP 3 – HOW TO BUY BCPT

STEP 4 – HOW TO PAY YOUR BCPT FEE AND LEVEL



