## DECLARATION OF FTC INVESTIGATOR BRENT D. MCPEEK
## PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Brent D. McPeek declares that:

1.      My name is Brent D. McPeek. I am over the age of 21 and competent to give this declaration. I am a Federal Trade Investigator with the Federal Trade Commission (FTC). I have a Bachelor of Science degree in agricultural economics with a minor in finance, as well as a master of science degree in applied economics. I have more than four years' experience as a consultant in corporate litigation. I have been an investigator at the FTC for more than nine years. My business address is Federal Trade Commission, Southwest Region, 1999 Bryan Street, Suite 2150, Dallas, Texas 75201.

2.      As a Federal Trade Investigator, my duties include investigating parties suspected of engaging in unfair or deceptive acts or practices in violation of the FTC Act and any other laws or rules enforced by the FTC.

3.      As part of my duties, I was assigned to work on the FTC's investigation of Bitcoin Funding Team (BFT), My7 Network (M7N), Jetcoin, and related individuals: **Thomas Dluca**; **Louis Gatto**; **Eric Pinkston**; and **Scott Chandler (Defendants)**. In the course of this investigation, I acquired personal knowledge and information about the facts stated here, and, if called, would testify to the same.

### Videos, Websites, and Social Media Pages Associated with BFT

4.      During the course of my investigation, I captured online videos, websites, and social media content. The materials I captured are described in the following paragraphs, and true and correct copies are included in the Appendix to Plaintiff's Ex Parte Motion for Temporary Restraining Order With Asset Freeze and Other Equitable Relief, and Order to Show

Cause Why a Preliminary Injunction Should Not Issue, and Memorandum in Support (**Appendix or App.**).

Videos

5.    I captured videos and audio recordings using Real Downloader. Real Downloader is a tool that allows users to download and preserve video and audio files. I was trained on the use of Real Downloader and I have been using it to capture videos for several years. Beginning in August 2017, I captured the video and audio recordings and true and correct copies are attached in the Appendix as follows:

- a. "Bitcoin Funding Team My 1st Week Update Lou Gatto" (captured from YouTube on August 22, 2017) (**App. 612**)

- b. "The Main Event – Why Bitcoin Why Join The Bitcoin Funding Team" (captured from YouTube on August 29, 2017) ( **App. 613**)

- c. "My7Network Overview" (captured from YouTube on August 31, 2017) (**App. 614**) I also printed the YouTube page for this video, attached at **App. 113.38 – 113.39**.

- d. "My7 Network Litecoin Accumulation Worlds First Litecoin Platform" (captured from YouTube on August 31, 2017) (**App. 615**)

- e. "My 7 Bitcoins Mini Review My 7 Network" (**App. 616**)

- f. "My7 Network Starter Must See Review Earn Bitcoin" (captured from YouTube on August 31, 2017) (**App. 617**)

- g. "My7 Network See Why My 7 Network" (captured from YouTube on August 31, 2017) (**App. 618**)

2

h. "My 7 Network -Your Road To Receiving Bitcoins Over And Over Seamlessly" (captured from YouTube on August 31, 2017) (**App. 619**)

i. "My7 bitcoin opportunity" (captured from YouTube on August 31, 2017) (**App. 620**)

j. "My7 Network Earn Bitcoin With Huge Daily Payouts" (captured from YouTube on August 31, 2017) (**App. 621**)

k. "My 7 BTC Results Info Week 1 Release" (captured from YouTube on August 31, 2017) (**App. 622**)

l. "Jetcoin Review- Why leaders are diversifying in Jet-coin from Ecoinplus" (captured from YouTube on August 31, 2017) (**App. 623**)

m. "Jet-Coin Master Distributor Call (2017-06-07)" (captured from YouTube on August 31, 2017) (**App. 624**). I also printed the YouTube page for this video, attached at **App. 113.40 – 113.41**.

n. "Jet-Coin Master Distributor Call (2017-06-11)" (captured from YouTube on August 31, 2017) (**App. 625**). I also printed the YouTube page for this video, attached at **App. 113.42 – 113.43**.

o. "Jet-Coin Master Distributor Intro Call (2017-05-31)" (captured from YouTube on August 31, 2017) (**App. 626**). I also printed the YouTube page for this video, attached at **App. 113.44 – 113.45**.

p. "JetCoin Introduction" (captured from YouTube on August 31, 2017) (**App. 627**)

q. "Jet-Coin Master Distributor Call (2017-06-14)" (captured from YouTube on September 7, 2017) (**App. 628**). I also printed the YouTube page for this video, attached at **App. 113.46 – 113.49**.

3

r.  "Jet-Coin Master Distributor Call (2017-06-21)" (captured from YouTube on September 7, 2017) (**App. 629**). I also printed the YouTube page for this video, attached at **App. 113.50 – 113.53**.

s.  "My 7 Network Full Business Presentation 12 July 2017" (captured from YouTube on September 7, 2017) (**App. 630**)

t.  "My7 Network Game Plan To Success" (captured from YouTube on September 12, 2017) (**App. 631**)

u.  "V.I.P Special Leaders Invite To My 7 Bitcoins" (captured from YouTube on September 12, 2017) (**App. 632**). I also printed the YouTube page for this video, attached at **App. 113.54 – 113.55**.

v.  "My7Bitcoin 12 Day Challenge to 7 Bitcoins" (captured from YouTube on September 12, 2017) (**App. 633**)

w.  "8th October Announcment [sic] My7Presentation" (captured from YouTube on October 31, 2017) (**App. 634**)

x.  "19 September My7 Litecoin Bitcoin Presentation" (captured from YouTube on November 6, 2017) (**App. 635**)

y.  "My 7 Litecoin Zoom 13th Sept 2017" (captured from YouTube on October 31, 2017) (**App. 636**)

z.  "My7Network 20th September 2017" (captured from YouTube on October 31, 2017) (**App. 637**)

aa. "My7Network Opportunity Presentation 11/16/2017" (captured from YouTube on January 4, 2018) (**App. 638**). I also printed the YouTube page for this video, attached at **App. 113.56 – 113.58**.

4

bb. "My7Training and Annoucement [sic] call 12th December 2017" (captured from
YouTube on January 4, 2018) (**App. 639**)

cc. "My7Network Overview, Training and QA 19th December 2017" (captured from
YouTube on January 4, 2018) (**App. 640**)

dd. "My7Network Overview Training and QA 26th December 2017" (captured from
YouTube on January 4, 2018) (**App. 641**)

6.      After I captured the videos, true and correct copies of the video files were sent to
For The Record, Inc., for transcription. True and correct copies of selected excerpts of these
transcripts, the accuracy of which was attested to by a certified court reporter, are included in the
Appendix at **App. 145 – 590**.

7.      In addition to capturing the videos identified above, I used Snagit to capture
several screenshots from these videos, as well as from videos identified in Investigator Thacker's
declaration at **App. 1 – 5** and Investigator Nolan's declaration at **App. 55 – 56.** Snagit is a
screen capture software program that allows the user to capture the screen or record video.
Snagit can capture the entire desktop, region, window, or scrolling screen. I have been trained
on Snagit and I have been using the software for several years. True and correct copies of the
screenshots captured from the videos are included in the Appendix as follows:

a. (001) "How to Get Started with Coinbase to Bitcoin Funding Team (Thacker
Declaration Attachment 15)" Screenshot at 32:09. (**App. 113.19**)

b. (002) "Thomas Dluca Bitcoin Funding Team Founder Speaks (Thacker
Declaration Attachment 5)" Screenshot at 0:04. (**App. 113.20**)

c. (004) "Bitcoin Funding Team Call with Founder Thomas Dluca 30th March
(Thacker Declaration Attachment 12)" Screenshot at 0:00. (**App. 113.21**)

5

d.  (007) "Getting Started in The Bitcoin Funding Team (Thacker Declaration Attachment 18)" Screenshot at 9:30. (**App. 113.22**)

e.  (010) "Bitcoin Funding Team - My 1st 30 Days! I Will Show You The Money!" Screenshot at 21:27. (**App. 113.23**)

f.  (027) "Bitcoin Funding Team Overview (Thacker Declaration Attachment 13)" Screenshot at 0:17. (**App. 113.24**)

g.  (027) "Bitcoin Funding Team Overview (Thacker Declaration Attachment 13)" Screenshot at 1:04. (**App. 113.25**)

h.  (027) "Bitcoin Funding Team Overview (Thacker Declaration Attachment 13)" Screenshot at 1:27. (**App. 113.26**)

i.  (027) "Bitcoin Funding Team Overview (Thacker Declaration Attachment 13)" Screenshot at 5:54. (**App. 113.27**)

j.  (037) "My First 60 Days In Bitcoin Funding Team Webinar" Screenshot at 35:45. (**App. 113.28**)

k.  (037) "My First 60 Days In Bitcoin Funding Team Webinar" Screenshot at 38:16. (**App. 113.29**)

l.  (051) "My7Network Overview." Screenshot at 2:12. (**App. 113.30**)

m.  (051) "My7Network Overview." Screenshot at 2:56. (**App. 113.31**)

n.  (051) "My7Network Overview." Screenshot at 11:54. (**App. 113.32**)

o.  (055) "My7 Network See Why My 7 Network" Screenshot at 0:04 (**App. 113.33**)

p.  (060) "Jetcoin Review- Why leaders are diversifying in Jet-coin from Ecoinplus" Screenshot at 8:50 (**App. 113.34**)

6

q. (060) "Jetcoin Review- Why leaders are diversifying in Jet-coin from Ecoinplus" Screenshot at 8:53 (**App. 113.35**)

r. (060) "Jetcoin Review- Why leaders are diversifying in Jet-coin from Ecoinplus" Screenshot at 9:33 (**App. 113.36**)

s. (068) "My7 Network Game Plan To Success" Screenshot at 2:37 (**App. 113.37**)

Websites

8. I captured the "My7Network.com" website on October 5, 2017, January 11, 2018, and February 1, 2018. In order to create and preserve an accurate representation of the website, I used three different software programs to complete the captures. I used MetaProducts Offline Explorer to complete the February 1, 2018, capture. Offline Explorer creates a complete version of a website for preservation or browsing when the computer is not connected to the internet. In addition to the training I received on Offline Explorer, I have been using it to capture websites for several years. After capturing the My7Network.com website, I used Snagit to capture screenshots of a few of the pages. True and correct copies of these screenshots are attached at **App. 113.1-113.5**. I printed the Terms and Conditions page of the website as a PDF and attached it to the Appendix at **App. 113.59-113.65**. The complete electronic version of the website is attached at **App. 642**.

Social Media

9. X1 Social Discovery ("X1") allows users to capture and maintain social media data in a searchable native format. It aggregates social media content and web-based data into a single user interface, collects vital metadata, and preserves the chain of custody. I have trained on X1 and I have been using it for more than two years. On February 6, 2018, I used X1 to capture the Facebook feed of Louis Gatto (**Gatto**) from January 2017 through the beginning of

7

February 2018. I selected certain posts made by Gatto and saved them as PDF files. True and correct copies[1] of these posts are attached in the Appendix as follows:

      a. Gatto Facebook post on March 19, 2017. (**App. 113.6**);

      b. Gatto Facebook post on May 5, 2017. (**App. 113.7**);

      c. Gatto Facebook post on May 9, 2017. (**App. 113.8 – 113.9**);

      d. Gatto Facebook post on June 15, 2017. (**App. 113.10 – 113.11**);

      e. Gatto Facebook post on June 29, 2017. (**App. 113.12 – 113.13**);

      f. Gatto Facebook post on August 9, 2017. (**App. 113.14 – 113.15**);

      g. Gatto Facebook post on September 1, 2017. (**App. 113.16 – 113.18**);

## Income Claims and Representations

10.      Over the course of this investigation, I reviewed several of the captured videos referenced above, as well as their corresponding transcripts, for income claims and representations made by Defendants. In addition to claims identified in Plaintiff's Ex Parte Motion for Temporary Restraining Order With Asset Freeze and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue, and Memorandum In Support, I identified income claims as discussed in the following paragraphs.

11.      Defendants made claims about how much participants could make within certain periods of time in the BFT program:

> Pinkston -    …they're predicting bitcoin to be at $10,000 a coin. So if you just put 10, 15, 20 bitcoins in your pocket over the next few months, think about what that's going to do for you, your family, your friends, your life. (**App. 253:2-6, App. 598**)

---

[1] I redacted personal photographs and the names of individuals who "reacted" to the Facebook posts, but who were not also named in the lawsuit.

8

Chandler - You also can get a Visa credit card or debit card that attaches to it, and as you learn how to take $100 and turn it into $50, $60, $70, $80,000 a month, we'll talk about that here in just a few. (**App. 283:6-10; App. 595**)

Chandler - Let me tell you a little breakdown here of the way our funding program works so everybody can understand it. Because when you understand that you really can pick up 5, 10, 15, 20, 40, 60, 80 bitcoin every single month, it is powerful, especially when you only started one time out of pocket. (**App. 341:10-15; App. 602**)

12. Defendants also claimed more generally that BFT could provide life-changing income or retirement. Defendants Dluca and Chandler told listeners that the system would allow them to leverage $100 to change their lives:

Dluca - Well, $100 of leverage is going to change your life. We've got the team; we've got the people. (**App. 274:15-17; App. 592**)

Chandler - Do you know two people who would like to change their life? Do you know two people that would like to literally, I mean, change the lives of their family for the rest of their lives? That's what can happen with bitcoin....Eric Thomas said, we invite our friends. This is about inviting two people that you know that have $100 that would like to learn something that could change your life forever. (**App. 341:5-9, 16-19; App. 602**)

Gatto - So you're going to grow your network, we're going to do it together, and we're going to receive up to 84 bitcoins in donations

9

per month, month after month, and God willing year after year.
And talk about a retirement plan. Boy, oh, boy, is this some
retirement plan. (**App. 216:10-16; App. 609**)

Guys, be your own bank. This is your retirement. This is your
wake-up call. (**App. 355:11-12; App. 612**)

13.    Defendants also provided examples of supposed actual earnings in the BFT
scheme in order to convince prospects of its earning potential:

Dluca -    We've been open for ten days. There's already people in this team
that have made seven, eight, ten bitcoins, five bitcoins, because
they went to work and they just shared it with their friends, your
trust. (**App. 200:21 – 201:1; App. 597**)

We're two weeks old – two and a half weeks old, and I'm going to
tell you right now, since I can see the whole thing, there's people
that have made seven and eight coins in two weeks. There's all
kinds of people that made five coins, okay? (**App. 261:15-19;
App. 598**)

Gatto -    You know, bottom line, it took 0.10, and at the time it was less
than – it was about $100 basically when I joined. So I turned $100
of U.S. dollars, okay, and added my wife, my spouse, and I put her
on board. She was the first on I brought in. I put $100 in for her.
And basically out of doing that has helped me receive donations of
$5,783 in U.S. dollars. So basically, you know, $200, a little over
$200 investment when I first joined 60 days ago, received up to

10

**App. 108**

$5,383. And, guys, that's an increase, you know, you can get a calculator out. Here's a calculator. You know, calculate it for yourself. In my first 30 days, there's $2,468. The next 30 days the extra $3,315 in donations. That's, you know basically $5,783 in U.S. dollars in donations. (**App. 368:8-23; App. 608**)

14.      Defendants also make claims about the potential earnings in the My7Network programs:

Pinkston -      If you look on this page it says the My7Network, a litecoin and bitcoin technology company, that's what we are. But I'm going to tell you right now that litecoin and bitcoin technology company is going to secure your financial future and your retirement portfolio as of tonight. (**App. 558:10-15; App. 636**)

I will guarantee you if you follow the steps that we're going to outline tonight in this presentation, you will set yourself free, not—maybe not tomorrow, maybe not in the next week. But if you just put your work together between now and Christmas, look where you're going to be. (**App. 559:4-9; App. 636**)

We are going to show you how to put literally hundreds and hundreds of litecoin and bitcoin in your pocket following this program. I guarantee it. (**App. 559:12-15; App. 636**)

You know, the My7Network bitcoin and litecoin, we're calling this the crypto retirement portfolio. I'm calling it the litecoin retirement portfolio, the LRP, guys. That's what you're going to

11

hear me refer to it from now on as, LRP. That's easy to remember, litecoin retirement portfolio. (**App. 560:15-20; App. 636**)

15.    Defendant Chandler hosted calls in which he and other participants made claims and representations about their earnings in the Jetcoin program, as discussed below:

Gail -      …I started out with one coin at .10, .10, then she and I started—we talked about being partners because in everything else we've done, I'd have a struggle as to where to put people…But our very first night of nightly income was $8,000. We were blown away, of course. And every night since, it's been between $4,000 to $10,000 per night. (**App. 455:6-16; App. 625**)

Gloria -    And it's been—it has been a wild ride. Gail and I have made— we've made over $70,000 since we got in here just about two and a half weeks ago. (**App. 456:10-12; App. 625**)

Michael -   We've only been into this about 10 days. But in the last 10 days, we've got two different positions. In one spot we made about $35,000 in 10 days, and in the other spot we've only been in it for about four days—excuse me, five day periods. We made another $10,000. And so all in at $45,000 in about—less than 10 days has been absolutely a game changer for us. (**App. 457:7-15; App. 625**)

Ron -       We are set here for the long term and maxing out daily at 16 bitcoins after just two weeks. The last six days in a row we've maxed out. (**App. 444:17-19; App. 624**)

12

Troy -      I maxed out the comp plan after my first week at 16 bitcoin a day, and for the last week, week and a half, I've been earning 16 bitcoin every day, which is the most you can make for one position. (**App. 453:20-23; App. 625**)

Mark -      I've been doing this stuff three weeks, two and a half weeks, not quite three weeks...I'm a little slower...It took me painstakingly nine days to get to the top of the comp plan. So I, too, am getting 16 bitcoins a night. Nightly income is, I don't know, \$35,000, \$40,000...But I can tell you that I picked up a Mercedes-Benz for my wife tonight. (**App. 454:11-23; App. 625**)

Chandler[2] -      ...you know what, guys, if we can teach you—this is June. If we can teach you and help you to gather 100 bitcoin between now and the end of the year when bitcoin goes to \$10,000, you realize you'll have a million dollars in your own personal account? (**App. 458:19-23; App. 625**)

## Estimation of Consumer Injury

16.     I also estimated the consumer loss for each of the three programs. I calculated the consumer loss for the programs by multiplying the number of participants in each program by the minimum investment and then multiplying that by the bitcoin price at the start date of each of the programs. I created the following chart to summarize the calculation:

---

[2] After listening closely to the video, I determined that Defendant Scott Chandler was misidentified as Scott Taylor in the transcript at **App. 625 at 7:05**.

**App. 111**

| Program | # of Participants[3] | Minimum Investment (btc)[4] | Program Start Date[5] | Bitcoin Price at Start of Program[6] | | Total |
|---|---|---|---|---|---|---|
| BFT | 13,247 | 0.100 | 2/14/2017 | $1,014 | $ | 1,342,848 |
| My7Network | 1,150 | 0.046 | 5/19/2017 | $1,967 | $ | 104,028 |
| Jetcoin | 20,000 | 0.050 | 5/23/2017 | $2,249 | $ | 2,249,300 |
| | | | | **Estimated Consumer Loss =>** | **$** | **3,696,176** |

17. This calculation relies on several assumptions:

   a. I assumed the total # of participants in each program came on board at the program start date, and that they bought in at the price of bitcoin on that date.

   b. Additionally, I obtained the number of participants from statements made by Defendants in their conference calls and YouTube videos, and I assumed that these statements were truthful. It is probable that many more consumers bought into the programs after the date of these videos.

   c. My7Network has had several different matrices or "systems" available to consumers to select. The My7 Mini system provided the smallest investment, 0.046 bitcoin, as of the launch date. Further, it was the cheapest system available on July 10, 2017, the date on which the number of participants in the MyNetwork program was based. The only other program with a smaller initial investment, My7 World, did not exist as of that date.

18. This calculation likely underestimates the actual consumer loss, because:

   a. More consumers likely joined the programs,

---

[3] BFT: *see* **App. 113.28** (Screenshot from **App. 608** at 35:45). My7Network: *see* **App. 410:15-19, App. 618.** JetCoin: *see* **App. 493:17-21, App. 629.**

[4] BFT: *see* **App. 164:11-22, App. 594**; My7Network: *see* **App. 113.30** (Screenshot from **App. 614** at 2:12—My7 Mini, as of 6/8/17). JetCoin: *see* **App. 113.35** (Screenshot from **App. 623** at 8:53)

[5] BFT: *see* **App. 175:8-9, App. 600.** My7Network: *see* **App. 516:15-18, App. 632.** Jetcoin: *see* **App. 471:19-20, App. 626.**

[6] Historical price data retrieved from Investing.com. Closing BTC/USD exchange rate on Bitfinex Exchange.

14

b. Many consumers likely paid more than the minimum investment, and

c. The prices of bitcoin and Litecoin, and therefore the cost of enrollment, increased over the life of the programs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2018 in Dallas, Texas.

ButMdk

Brent D. McPeek
FTC Federal Trade Investigator

15

YOUR SPONSOR IS:

HOME  LITECOIN ˅  ETHEREUM ˅  BITCOIN CASH ˅  BITCOIN ˅  TERMS  PRIVACY POLICY  ≡

# **MY7** Business Made Easy

Your gateway to financial freedom
Earn a substantial income while you build a business from the comfort of your own home

**WATCH OUR 3 MINUTE VIDEO**

My7Network

HOME    LITECOIN ˅    ETHEREUM ˅    BITCOIN CASH ˅    BITCOIN ˅    TERMS    PRIVACY POLICY    ≡

YOUR SPONSOR IS :

**TAKE THE FIRST STEP TO SUCCESS**

## My7 **Member Benefits**



**Multiple Income Streams**

Earn rewards from multiple staged boards



**Daily Payouts**

We process payouts daily*



**Unlimited Earnings**

Grow your crypto portfolio for a **one-time** start-up cost

## Welcome To The **My7Network**

**Millionaire Mindset**

Learn how the pros have made their
millions through the online marketspace
Online-based platforms through the
power of the internet can impact the
lives of millions of people in a positive
and life transforming way



**Financial Freedom**

You can earn substantial income from
the comfort of your own home, in your
spare time! By using our easy-to-follow
business system, you can grow your
wealth by introducing the My7Network
platform to other people. All you need is
the internet access via computer or smart
phone

## LITECOIN SYSTEMS

### My7 Future

**ʟ0.77 LTC**

The World's Fastest Litecoin Cycler

- ✔ One-time Startup Cost L0.77 LTC
- ✔ Earn L4 LTC Each Cycle
- ✔ 2x3 Forced Matrix
- ✔ Unlimited Free Recycles
- ✔ No Monthly Fee
- ✔ Live Training

Learn More

I WANT THIS ONE

### My7 Litecoin

**ʟ3.5 LTC**

The World's First Litecoin Cycler

- ✔ One-time Startup Cost L3.5 LTC
- ✔ Earn L8.5 LTC Each Cycle
- ✔ 2x2 Forced Matrix
- ✔ Unlimited Free Recycles
- ✔ No Monthly Fee
- ✔ Live Training

Learn More

I WANT THIS ONE

### My7 Lightning

**ʟ8.5 LTC**

The World's Largest Paying Cycler

- ✔ One-time Startup Cost L8.5 LTC
- ✔ Earn L48 LTC Each Cycle
- ✔ 2x3 Forced Matrix
- ✔ Unlimited Free Recycles
- ✔ No Monthly Fee
- ✔ Paid out On Reward Line!

Learn More

I WANT THIS ONE

### My7 Freedom

**ʟ16 LTC**

Retire with litecoin!

- ✔ One-time Startup Cost L16 LTC
- ✔ Earn L200 LTC Each Cycle
- ✔ 2x4 Forced Matrix
- ✔ Unlimited Free Recycles
- ✔ No Monthly Fee
- ✔ Paid out On Reward Line!

Learn More

I WANT THIS ONE

## ETHEREUM SYSTEM

## BITCOIN CASH SYSTEM

### My7 Ethereum

ʟ0.6 ETH

### My7 BitcoinCash

ʟ1 BCH



## My7 Ethereum

### ⟐0.5 ETH

The World's Fastest Ethereum Cycler

- ✔ One-time Startup Cost ⟐0.5 ETH
- ✔ Earn ⟐3 ETH Each Cycle
- ✔ 2x3 Forced Matrix
- ✔ Unlimited Free Recycles
- ✔ No Monthly Fee
- ✔ Live Training

Learn More

I WANT THIS ONE

## My7 BitcoinCash

### ฿1.1 BCH

The One and Only!

- ✔ One-time Startup Cost 1.1 BCH
- ✔ Earn 2.7 BCH Each Cycle
- ✔ 2x2 Forced Matrix
- ✔ Unlimited Free Recycles
- ✔ No Monthly Fee
- ✔ Live Training

Learn More

I WANT THIS ONE

## My7 World

### ฿0.011 BTC

## My7 Starter

### ฿0.21 BTC

## My7 One

### ฿1.05 BTC

BITCOIN SYSTEMS

## My7 World

### ฿0.011 BTC
The Blazing Fast Matrix

✔ One-time Startup Cost ฿0.011 BTC
✔ Earn ฿0.025 BTC Each Cycle
✔ 2x2 Forced Matrix
✔ Unlimited Free Recycles
✔ No Monthly Fee
✔ Live Training

Learn More

I WANT THIS ONE

## My7 Starter

### ฿0.21 BTC
A fast paced 2x2 Cycler

✔ One-time Startup Cost ฿0.21 BTC
✔ Earn ฿0.50 BTC Each Cycle
✔ 2x2 Forced Matrix
✔ Unlimited Free Recycles
✔ No Monthly Fee
✔ Live Training

Learn More

I WANT THIS ONE

## My7 One

### ฿1.05 BTC
Our powerful 2x3 Cycler

✔ One-time Startup Cost ฿1.05 BTC
✔ Earn ฿7.00 BTC Each Cycle
✔ 2x3 Forced Matrix
✔ Unlimited Free Recycles
✔ No Monthly Fee
✔ Live Training

Learn More

I WANT THIS ONE

## TAKE THE FIRST STEP TO SUCCESS    JOIN THE MY7 NETWORK NOW

App. 113.5



**Lou Gatto**
Bitcoin Global Team Build Has Launch

BITCOIN MARCH MADNESS IS ON!

Join us on the webinar today!

Bitcoin Blitz going on all day :-)

http://gopro.theconversionpros.com/w/BitcoinGlobalTeamBuild/


Bitcoin Global Team Build Has Launch BITCOIN MARCH MADNESS IS ON! Join us on the webinar today! Bitcoin Blitz going on all day :-) http://gopro.theconversionpros.com/w/BitcoinGlobalTeamBuild/

3/19/2017

2 reacted: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2 comments


**Lou Gatto** https://www.facebook.com/notes/lou-gatto/what-is-bitcoin-funding-team-/1308861585819183
3/24/2017


**Lou Gatto** Bitcoin Global Team Build Has Launch

BITCOIN MARCH MADNESS IS ON!

Join us on the webinar today!

Bitcoin Blitz going on all day :-)

http://gopro.theconversionpros.com/w/BitcoinGlobalTeamBuild/ WE WILL SHOW YOU How to Earn 84.2 Bitcoins Over and Over
Again!"BITCOIN GLOBAL TEAM BUILD" gopro.theconversionpros.com


WE WILL SHOW YOU How to Earn 84.2 Bitcoins Over and Over Again!"BITCOIN GLOBAL TEAM BUILD"
gopro.theconversionpros.com

3/26/2017





**Lou Gatto**
Have you heard of Bitcoin?

If you haven't, you should probably google it right now! I''ll save you the time, it's worth $1,661 USD per bitcoin today.

We have an extraordinary crowd funding platform that can pay you a potential 84 bitcoin a month.
(Yep, that's now a whopping 136K+ residual income every month.)
Would you be willing to listen to an opportunity to leverage a one time out of pocket to potentially earn 84 bitcoin per month?
OLD MONEY (US DOLLAR) -vs- NEW MONEY (BITCOIN)

People Helping People 😊

See The Power of Bitcoin with The Power of Crowdfunding!

Join Us On The Webinar! ☐ http://tcpros.co/9HLfw



Have you heard of Bitcoin? If you haven't, you should probably google it right now! I''ll save you the time, it's worth $1,661 USD per bitcoin today. We have an extraordinary crowd funding platform that can pay you a potential 84 bitcoin a month. (Yep, that's now a whopping 136K+ residual income every month.) Would you be willing to listen to an opportunity to leverage a one time out of pocket to potentially earn 84 bitcoin per month? OLD MONEY (US DOLLAR) -vs- NEW MONEY (BITCOIN) People Helping People 😊 See The Power of Bitcoin with The Power of Crowdfunding! Join Us On The Webinar! ☐ http://tcpros.co/9HLfw

5/5/2017

3 reacted: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1 comments

**Lou Gatto** Here is the value of 84 Bitcoin :-)

84 Bitcoin equals
# 136219.44 US Dollar



5/5/2017

1 Bitcoin equals
# 1621.66 US Dollar





**Lou Gatto**
Have you heard of Bitcoin?
Do you have a Cause?

If you haven't, you should probably google it right now! I'll save you the time, it's worth $1,718 USD per bitcoin today!

OLD MONEY (US DOLLAR) -vs- NEW MONEY (BITCOIN)

People Helping People ☺

See The Power of Bitcoin with The Power of Crowdfunding!

Join Us On The Webinar! ☐ http://tcpros.co/9HLfw



Have you heard of Bitcoin? Do you have a Cause? If you haven't, you should probably google it right now! I'll save you the time, it's worth $1,718 USD per bitcoin today! OLD MONEY (US DOLLAR) -vs- NEW MONEY (BITCOIN) People Helping People ☺ See The Power of Bitcoin with The Power of Crowdfunding! Join Us On The Webinar! ☐ http://tcpros.co/9HLfw

5/9/2017

2 reacted:

1 comments



**Lou Gatto** Bitcoin Funding Team 12 Weeks in the Books! # BFT is 13,000 Strong!!!

The first 12 weeks/84 days wrapped up last night with over 13,000 people and organizations from around the World. We hope that each and everyone of you realize how far we have come in just 12 short weeks.

A 2x5 matrix versus a 2x6 or even a 2x8 which means thousands of more people, 10 bitcoin versus thousands of dollars, crowdfunding versus network marketing, peer to peer donations versus a company taking all the money are just a few examples of why BFT is such a great Platform

We have an addition to this weeks call schedule. Pass the word and promote to everyone this week Tuesday May 9th at 9pm Central time we will be conducting a Platform wide training call. We have a great call planned. As well we have 2 introductory calls. Here are the details and call in numbers for all 3 calls.
Monday/Tonight and Thursday at 10PM Eastern, 9PM Central, 8PM Mountain, 7PM Pacific, Dial Call In Number 641-715-3570 Pin 143466#.



# CROWD FUND YOUR BILLS AWAY

Crowd Funding Meets Community

5/9/2017

1 Bitcoin equals
# 1718.62 US Dollar





**Lou Gatto**
$2,198??? BUY BITCOIN NOW.... THANK ME LATER!

Need to learn what is bitcoin and how you can earn?
Go here: www.iCoinGoPro.com

 **$2,198??? BUY BITCOIN NOW.... THANK ME LATER! Need to learn what is bitcoin and how you can earn? Go here: www.iCoinGoPro.com**

6/15/2017

6 reacted:

4 comments

 **Carlos Hery Aloma** Indeed!
6/15/2017

 **Wayne C Alderman** why is bitcoin dropping so fast is it crashing again
6/15/2017

 **Lou Gatto**
6/16/2017

 **Lou Gatto** # BitcoinFundingTeam Here is some great maths showing the power of the NEW UNILEVEL
YOU sponsor 3 people = 3 on your level 1
They sponsor 3 people each = 9 on your level 2
they sponsor 3 people each = 27 on your level 3
Work with these to have your people on level three ready and upgrade to the 0.4 level 3 upgrade.
Your income
level 1 3 x 0.1 =0.3 btc
level 2 9 x 0.2 = 1.8 btc
leve 3 27 x 0.4 = 10.8 btc
total = 12.9 btc EVERY MONTH for your causes!
that is (as long as your team remain active)
$35,000 USD every month
$50K AUD every month
€28,000 every month
£25,000 every month
Now you can see the power of the UNILEVEL!
THEN GROW SOME MORE!!!

It cost me $233 US to lock in my Stage 1 donation. This is much better than the old way friends! Not a member yet you
can go here and we will help fund your cause : https://bitcoinfundingteam.com/ref/GlobalTeam
# BFT # FundYourCause #BitcoinFundingTeam # Bitcoin # FinancialFreedom BitCoin Funding Team - Home
bitcoinfundingteam.com

  BitCoin Funding Team - Home
  bitcoinfundingteam.com

6/16/2017



App. 113.11



**Lou Gatto**
Who wants to earn bitcoins fast?
Here are 3 options and you can choose any one you like all you can do all 3 like I did :-)
Join us tonight on our Global Team Conference Call:
at 9:30 PM Eastern, 8:30 PM Central, 7:30 PM MTN, 6:30 Pacic Dial 641-715-0862 pin 806782.
Option 1: One-time Fee 0.046 BTC into
Earn 0.26 BTC Fast in a 2x3 Forced Matrix
Unlimited Free Recycles
No Monthly Fee
Option 2: One-time Fee 0.21 BTC
Earn 0.50 BTC Each Cycle
2x2 Forced Matrix
Unlimited Free Recycles
No Monthly Fee
Option 3: One-time Fee 1.05 BTC
Earn 7.00 BTC Each Cycle
2x3 Forced Matrix
Unlimited Free Recycles
No Monthly Fee
EARN BITCOINS OVER & OVER FAST!!! http://tcpros.co/2UeTJ

 Lou Gatto's photo



6/29/2017 6:37 PM (UTC -05:00)

1 comments

Daaang!!
6/29/2017





**Lou Gatto**
For my friends that are into # Bitcoin

# My7Network we are Leveraging Bitcoin and People we know. We are building a program that everyone can succeed in.

How do we do that? We show our friends and family how with just a little piece of a Bitcoin we can leverage it and show others how to earn many times more with Duplication. My7Network is the best and most lucrative plan in the world. With only 6 or 14 People paying you daily and opening another center for profit for you and your team. Every Cycle is another profit center. Think about it. You cycle 5 times you have 5 profit centers working for you and your team. How? Because each time another person cycles they come to you and your team and fill that center again. There are people always coming from your centers and joining you.

Cycle Cost in Bitcoin to Start:
Mini Approx. $150.00 Pays Out Approx. $800.00

Starter Approx. $700.00 Pays Out Approx. 1700.00

My7One Approx. $3400.00 Pays Out Approx. $23,500.00

Rocket Approx. $4250.00 Pays Out Approx. $10,000.00

We are constantly getting a raise. As Bitcoin value goes up so does your income and Bitcoin value. Best of all you get it in cash at any ATM in the world.

Join us at M7Network today!
GET STARTED HERE!!!
EARN BITCOINS OVER & OVER FAST!!! http://tcpros.co/2UeTJ

 For my friends that are into # Bitcoin # My7Network we are Leveraging Bitcoin and People we know. We are building a program that everyone can succeed in. How do we do that? We show our friends and family how with just a little piece of a Bitcoin we can leverage it and show others how to earn many times more with Duplication. My7Network is the best and most lucrative plan in the world. With only 6 or 14 People paying you daily and opening another center for profit for you and your team. Every Cycle is another profit center. Think about it. You cycle 5 times you have 5 profit centers working for you and your team. How? Because each time another person cycles they come to you and your team and fill that center again. There are people always coming from your centers and joining you. Cycle Cost in Bitcoin to Start: Mini Approx. $150.00 Pays Out Approx. $800.00 Starter Approx. $700.00 Pays Out Approx. 1700.00 My7One Approx. $3400.00 Pays Out Approx. $23,500.00 Rocket Approx. $4250.00 Pays Out Approx. $10,000.00 We are constantly getting a raise. As Bitcoin value goes up so does your income and Bitcoin value. Best of all you get it in cash at any ATM in the world. Join us at M7Network today! GET STARTED HERE!!! EARN BITCOINS OVER & OVER FAST!!! http://tcpros.co/2UeTJ

8/9/2017

1 reacted: Like(1): Thomas Dluca

1 comments

 Thomas Dluca It is the team that can make the dream come true.real people that care about each other.
8/9/2017



## Leverage:
### *Gaining Disproportionate*
### *Strength*

**YOUR
OPPORTUNITY**



**YOUR
DEPOSIT**







Lou Gatto
Lou Gatto added 3 new photos — at Fort Lauderdale Marriott Harbor Beach Resort & Spa.
Have a safe Labor Day weekend!
I saved a seat for you!
#Bitcoin is about to break $5,000, we also launched a #Litecoin board a week ago at $44 Litecoin cracked $93 today, 114% in less than 14 days
My 7 Network is the greatest opportunity I've ever been part of. Feel free to call me at any time if you are looking to collect Litecoin and Bitcoin
Watch the one minute video here!!!
http://lcpros.co/2UeTJ




9/1/2017 3:19 PM (UTC -05:00)

2 tags: (Second location: Fort Lauderdale, FL), (Second location: Fort Lauderdale Marriott Harbor Beach Resort & Spa)

Location: Fort Lauderdale, Florida, Fort Lauderdale, FL, United States, 33301, 33304-33306, 33308-33309, 33312-33313, 33315-33316, 33334, 33394

7 reacted: Like(6): David Espaillat, Matt Edwards, Bryan Hare, Paul Leis, Sheila Murriel, Lisa Gilbert, Love(1): Lou Gatto

4 comments

 Thomas Dluca You heard it first thru out the whole world buy Litecoin My 7 called it backed it up and drove the coin we will drive it to 1000 a coin this year
9/1/2017

 Lou Gatto Yes Thomas Dluca this is awesome and so exciting ☺
9/2/2017

 Lou Gatto # My7Network Launches First Litecoin Platform

WATCH THE WEBINAR!
http://lcpros.co/KKnOR



9/2/2017

 Lou Gatto WE JUST ADDED A BITCOIN/CRYPTO CURRENCY GALLERY TO THE CONVERSION PROS FORUM :-)

So confident The Conversion Pros is the BEST Marketing System we let you have it for a week for FREE we don't even want your credit card! https://gcpro.theconversionpros.com/

Complete Access for FREE!!! A Complete Suite of Marketing Tools and Training for ANY Business! Plus Ongoing Live Training added!
NO CREDIT CARD NEEDED!!!
Use Code "FREEWEEK" at checkout
NO CREDIT CARD NEEDED!!!



9/2/2017









# Call with Thomas Dluca
# 30th March 2017

digicointeamfund.com

App. 113.21





App. 113.23

BitcoinFunding
t e a m



## **Crowdfunding** - Wikipedia

**Crowdfunding** is the practice of funding a project or venture by raising monetary contributions from a large number of people. Crowdfunding is a form of **crowdsourcing** and of **alternative finance**.  In 2015, it was estimated that worldwide over US$34 billion was raised this way.

* Disclaimer:  Do not participate in Bitcoin funding team if you cannot afford to lose 0.1 BTC.   Participation is in no way a guarantee of success.

App. 113.24



# Crowdfunding is evolving

Now You can easily Support the things that are important to you!







**family or friends in need**    **organizations or groups**    **global or local causes**

App. 113.26



## BitcoinFunding team

# Pay it forward model

❖ Bitcoin funding team is a platform, not a company

❖ Members are not distributors or sales-persons

❖ 100% of your **Crowdfunding** donation goes to member *or* cause



Your initial donations can become monthly donations!

BitcoinFunding team

Your 5 levels of donations

| | | |
|---|---|---|
| 1 | - | 0.1 |
| Upgrade 2 | - | 0.2 |
| Upgrade 3 | - | 0.4 |
| Upgrade 4 | - | 1.0 |
| Upgrade 5 | - | 2.0 |

**sent**

Bitcoins Donated

3.7

each month

**received**

Bitcoin Funded

84

each month



**BitcoinFunding**

GlobalTeam · My Profile · Log Out

STAGE 4

## Member Dashboard

Home · Back Office · Member Dashboard

🔗 **Your referral link: https://bitcoinfundingteam.com/ref/GlobalTeam**

| DONATIONS SENT | DONATIONS RECEIVED | MY TEAM SIZE | TOTAL MEMBERS |
|---|---|---|---|
| BTC **฿2.10** | BTC **฿2.20** | USERS **55** | USERS **13274** |

### MY SUBSCRIPTIONS

Active Subscriptions

🏠 **Platform Fee**  Expires: Jul 12, 2017 01:44 · 55 Days Remaining   `Active`

🏆 **Stage 1**  Expires: Jun 11, 2017 03:04 · 24 Days Remaining   `Active`

🏆 **Stage 2**  Your Subscription is Overdue Expired: May 15, 2017 02:00   `Overdue Renew Now`

🏆 **Stage 3**  Your Subscription is Overdue Expired: Apr 23, 2017 05:10   `Overdue Renew Now`

🏆 **Stage 4**  Your Subscription is Overdue Expired: Apr 27, 2017 07:40   `Overdue Renew Now`



STAGE 4

# Member Dashboard

Home • Back Office • Member Dashboard

⊕ **Your referral link:** https://bitcoinfundingteam.com/ref/GlobalTeam

| DONATIONS SENT | DONATIONS RECEIVED | MY TEAM SIZE | TOTAL MEMBERS |
|---|---|---|---|
| BTC **Ƀ2.10** | BTC **Ƀ2.20** | USERS **55** | USERS **13274** |

## MY SUBSCRIPTIONS

Active Subscriptions

🏠 **Platform Fee**          Expires: Jun 17, 2017 01:44 · 55 Days Remaining          `Active`

🏆 **Stage 1**          Expires: Jun 11, 2017 23:00 / 24 Days Remaining          `Active`

🏆 **Stage 2**          Your Subscription Is Overdue Expired: May 15, 2017 02:00          `Overdue Renew Now`

🏆 **Stage 3**          Your Subscription Is Overdue Expired: Apr 23, 2017 05:10          `Overdue Renew Now`

🏆 **Stage 4**          Your Subscription Is Overdue Expired: Apr 27, 2017 07:40          `Overdue Renew Now`

👤 **MY ACCOUNT**          `Upgrade`          👤 **YOUR SPONSORS**

My7Network | Earn Bitcoins ✕

⊕ 🔒 https://my7network.com

C  Q Search

YOUR SPONSOR IS :

My7Network

HOME    PROGRAMS ⌄    TERMS    PRIVACY POLICY



## My7 Mini

### ฿0.046 BTC
The MiniMatrix

✓ One time Fee ฿0.046 BTC
✓ Earn ฿0.26 BTC Each Cycle
✓ 2x3 Forced Matrix
✓ Unlimited Free Recycles
✓ No Monthly Fee

Learn More
I WANT THIS ONE

## My7 Starter

### ฿0.21 BTC
A fast paced 2x2 Cycler

✓ One time Fee ฿0.21 BTC
✓ Earn ฿0.50 BTC Each Cycle
✓ 2x2 Forced Matrix
✓ Unlimited Free Recycles
✓ No Monthly Fee

Learn More
I WANT THIS ONE

## My7 One

### ฿1.05 BTC
Our powerful 2x3 Cycler

✓ One time Fee ฿1.05 BTC
✓ Earn ฿7.00 BTC Each Cycle
✓ 2x3 Forced Matrix
✓ Unlimited Free Recycles
✓ No Monthly Fee

Learn More
I WANT THIS ONE



My7Network

HOME    PROGRAMS ⌄    TERMS    PRIVACY POLICY

I WANT THIS ONE



My7 Three

₿3.1 BTC

Coming Soon:

✓ One time Fee ₿3.10 BTC
✓ Earn ₿71.00 BTC Each Cycle
✓ 2x3 Forced Matrix
✓ Unlimited Free Recycles
✓ No Monthly Fee

App. 113.32



App. 113.33



# JetCoin

## Compensation Plan

# Automation + Duplication = Massive Earnings

### 1st - Passive Earnings

JetCoin will pay up to 5% in daily earnings. At the end of 40 - 50 Days you will have double your BTC, and will have the choice to renew your contract for another 40 - 50 days

### 2nd - Binary Earnings

Your binary payout percentage is determined by which package you purchase. The binary pays up to 25% on the weaker leg all the way to infinity! Binary Earnings are paid daily!

**Join Now!**

Download Compensation Plan Now!

App. 113.34





My Business Made Easy

App. 113.37

Watch YouTube videos with Chrome.    Yes, get Chrome now.

Search                                                                    Sign in

Up next                                                 Autoplay

My7 Network Starter
Must See Review Earn
Bitcoin
Andrew Quinn
1,868 views

6:12

LITECOIN $100!!CRYP
TRADE AMAZING
COMPANY EARNED
Lancani M
466 views    NEW

My7Network
presentation 16th
August 2017
My7 Bitcoin - A Technology Cc
581 views

## My7Network Overview.

Nephi Timu

Subscribe                                                276 views

V.I.P Special Leaders
Invite To My 7 Bitcoins
Lou Gatto
409 views

Add to        Share        More                          6        1

My7Network
Presentation
Cindy Howard
32 views

Published on Jun 14, 2017
My7Network also known as My7Bitcoins overview by Eric Pinkston.

Category        People & Blogs
License         Standard YouTube License

Best and Most
Powerful Bitcoin
System 2017
Bitcoin XChange
276 views

SHOW LESS

COMMENTS

My7Network
Perry Tarawa
1,685 views

Add a public comment...

14:24

My7 Network See Why
My 7 Network
James Taylor
101 views

My 7 Network Full
Business Presentation
12 July 2017
My 7 Network Business
688 views

My7Network BitCoins
Explained
theseogeek
82 views

32:18

Website Update
Andrew Quinn
25 views    NEW

3:42

App. 113.38

Watch YouTube videos with Chrome.   Yes, get Chrome now.

Search

THE NEXT BEST
THING IS HERE! VIPTV
Lou Gatto
28 views · NEW        Sign in
1:13

My7Network Promo
My7 Network
622 views

0:44

My 7 Bitcoins Mini
Review My 7 Network
Lorina Noble
606 views

11:16

Signing Up With My7
Network Using
Coinbase
Andrew Quinn
395 views
4:12

My7MiniSignUp
Perry Tarawa
152 views

7:55

My7 Network | Earn
Bitcoin With Huge Daily
Payouts
Andrew Quinn
321 views
0:38

My7 Network Custom
Website Video
YouTube
Andrew Quinn
5,465 views
5:26

Network security
Powerpoint Organization
585 views

2:56

AdStage Overview
Randy Bowen Consulting
429 views

7:47

SHOW MORE

Language: English ▼      Content location: United States ▼      Restricted Mode: Off ▼      History      Help

About   Press   Copyright   Creators   Advertise   Developers   +YouTube

Terms   Privacy   Policy & Safety   Send feedback   Test new features

App. 113.39

Search                                                                    Sign in

Up next                                        Autoplay

JetCoin
INTRODUCTION
JoinJetCoinNow
Join2MakeMoney
164 views

Jet-Coin Master
Distributor Call (2017-
06-11)
Join2MakeMoney
219 views

JET COIN - JET CRASH
- SCAM WATCH!!!!
DAILY BONUSES
Caxy111
2,081 views

Jet-Coin Master
Distributor Call (2017-
06-21)
Join2MakeMoney
609 views

### Jet-Coin Master Distributor Call (2017-06-07)

Join2MakeMoney
Subscribe                                     288 views

Add to        Share        More                              1       0

Published on Jun 8, 2017
Please enjoy Wednesday June 7th Jet-Coin Master Distributor call and if it sounds interesting, then...

PLEASE ASK THE PERSON WHO SHARED THIS RECORDING WITH TO GIVE YOU THEIR LINK TO ENROLL.

FEATURING:
1) interesting new marketing details (in the works)
2) testimonials of success stories (ONLY 7 days into program)

Enjoy!

NOTE: please DO NOT post comments with your own links below. They will be deleted/removed. Instead just LIKE and SHARE to help everyone learn about this opportunity.

Thank you

Category        People & Blogs
License          Standard YouTube License

SHOW LESS

COMMENTS

Add a public comment...

Jet Coin Review - HYIP
Scam or Great Bitcoin
Investment
IM Insight
746 views

MAKE REAL MONEY
WITH JET-COIN AND
BITCOINS VIDEO-
Cherry Voss
73 views

Jet Coin Day 3 Update
Stuart Grunert
1,683 views
24:08


Jet Coin - What is Jet
Coin?
Join2MakeMoney
301 views


EmpowerCoin in 5
minutes
Bitcoin Success
3,416 views

Jet-coin Review Does
JetCoin really pay
Bitcoin? (Income
Lorina Noble
2,320 views
5:30

Jetcoin Review- Why
leaders are diversifying
in Jet-coin from
Bitcoin Success
286 views
16:05

Jet Coin Dont Join The
Boats is Sinking
Alonso Alonso

**App. 113.40**

Search

7,235 views    Sign in

4:10

**Jet-Coin Master Distributor Call (2017-06-14)**
Join2MakeMoney
141 views
25:54

**Jet-Coin Master Distributor Intro Call (2017-05-31)**
Join2MakeMoney
1,236 views
32:26

**SuperSplitting with Stephen Bourke - June 21 Webinar**
Supersplitting
30 views
0:47

**Jet-coin support ?**
**WHAT ?!**
WHITE_EAGLE_GIRL
327 views
3:59

**What is Bitcoin Mining?**
BitcoinMiningCom
3,594,560 views
1:56

**"XEcoin and Power On Network Review"**
Moira Malveaux
520 views
11:19

**Jet Coin Intro Call May 2017**
Bit Coin
571 views
25:06

**This Is Why Rothschild Banks Fear Bitcoin**
What They Don't Want You To
247,181 views
16:07

SHOW MORE

Language: English ▼    Content location: United States ▼    Restricted Mode: Off ▼    History    Help

About   Press   Copyright   Creators   Advertise   Developers   +YouTube
Terms   Privacy   Policy & Safety   Send feedback   Test new features

App. 113.41

Search        [ Sign in ]



 Up next     **Autoplay**


Jet Coin - What is Jet Coin?
Join2MakeMoney
301 views


Jet-Coin Master Distributor Call (2017-06-07)
Join2MakeMoney
288 views


Jetcoin update to compensation plan update - what are the
Greg Douglas
1,122 views

### Jet-Coin Master Distributor Call (2017-06-11)

 Join2MakeMoney
Subscribe

222 views

Add to    Share    More        3    1

Published on Jun 13, 2017
Please enjoy Sunday June 11th Jet-Coin Master Distributor call and if it sounds interesting, then...

PLEASE ASK THE PERSON WHO SHARED THIS RECORDING WITH TO GIVE YOU THEIR LINK TO ENROLL.

FEATURING
REAL PEOPLE EARNING REAL MONEY --- LIVE Testimonials of success stories (ONLY 13 days into program)

Enjoy!

NOTE: please do NOT post comments with your own links below. They will be deleted/removed. Instead just LIKE and SHARE to help everyone learn about this opportunity.

Thank you

Category      People & Blogs
License       Standard YouTube License

SHOW LESS

COMMENTS

 Add a public comment...


They Drained This Canal For The First Time In Decades, And
WatchZozo
13,517,046 views


JetCoin INTRODUCTION JoinJetCoinNow
Join2MakeMoney
164 views


World Global Network Helo Customer Referral Program
Tres O'Curigan
7 views


[MUST WATCH NDO] New Distributors Orientation in AIM
Robinson Ortega
12,414 views


Jet-Coin Master Distributor Call (2017-06-21)
Join2MakeMoney
609 views


Oil change scams: Hidden camera investigation on what
CBC News
13,549,878 views


Jet Coin Intro Call May 2017
Bit Coin
571 views


JetCoin New Launch Webinar
Ian vanderhyde
2,195 views

World Best 12 Free Email Service Provider
SmallChin?A?

**App. 113.42**

Search

3,424 views      Sign in

Coin Master, 15 minute
time killer - 2017-05-26
Jay cadnap Gee
768 views

JET-COIN

DAY 7

JetCoin Day 7 Review
Bitcoin Leader
183 views

John Milelli's
Independent
Distributor Program
MilelliAssociates
800 views

Coin Master Play like a
PRO 3 TIPS HAW TO
GET 370.000.000 !
Coin Master
3,129 views
30:14

THE NUMBER 1 GAME
ON THE TOP CHARTS!
NOTGOOD GAMERS
116,840 views
13:09

Who Is The Distributor?
Simple2Understand
1,532 views

7:35

COIN MASTER HACK
2017 | GET UNLIMITED
FREE COINS
Karro
121,490 views
3:04

Coin Master's Cards by
Moon Active - 30sec
ad
Igloo Creative House
441 views
0:28

SHOW MORE

Language: English ▼     Content location: United States ▼     Restricted Mode: Off ▼     History     Help

About   Press   Copyright   Creators   Advertise   Developers   +YouTube
Terms   Privacy   Policy & Safety   Send feedback   Test new features



Search      Sign in

**Up next**      **Autoplay**

JetCoin Introduction
Stuart Grunert
3,118 views
10:26

Jet-coin Review Does
JetCoin really pay
Bitcoin? (Income
Lorina Noble
2,320 views
5:30

Jetcoin Review Double
your money in 60
days? (Now 50 days or
Lorina Noble
1,935 views

What is Bitcoin Mining?
BitcoinMiningCom
3,594,560 views
1:56

Gladiacoin versus
Jetcoin review (New
Update Now pays 4-5%
Lorina Noble
1,840 views

JetCoin
INTRODUCTION
JoinJetCoinNow
Join2MakeMoney
164 views

Jet-Coin Master
Distributor Call (2017-
06-07)
Join2MakeMoney
288 views

Jet-coin support ?
WHAT ?!
WHITE_EAGLE_GIRL
327 views

Jet-coin payment proof
paid to bitpay card
Lorina Noble
542 views

### Jet-Coin Master Distributor Intro Call (2017-05-31)

Join2MakeMoney

Subscribe

1,236 views

Add to    Share    More          9    3

Published on May 31, 2017
Please enjoy the first Jet-Coin Master Distributor introduction call and if it sounds interesting, then
PLEASE ASK THE PERSON WHO SHARED THIS RECORDING WITH YOU TO GIVE YOU THEIR LINK TO ENROLL.

Category      People & Blogs
License       Standard YouTube License

SHOW LESS

COMMENTS · 4

Add a public comment...

Top comments ▾

Join2MakeMoney   2 months ago
Please DO NOT put your private URL in the comments as it will be deleted :) Thank you
Reply · 1

Elta Rahim   2 months ago
Proud to be a member!!!
Reply · 1

Trent Steele   2 months ago
Here is mega scammer Scott Chandler's motorcycle shop's address and phone number.
GP Powersports - 1313 E Jefferson St, Ste C, Grand Prairie, TX 75050 - (469) 767-2132
Also, Scott's partner in crime at Jetcoin, Troy Rejda's home address and phone number.
2302 W RICHWOOD RD,  OZARK, MO
Read more
Reply ·

Internet Marketer   2 months ago
good jetcoin
Reply ·

Jet-Coin Master
Distributor Call (2017-
06-21)
Join2MakeMoney
609 views
17:00

Earn 1 BTC From
MatrixAutoPool (MAP)
auto referrals hindi or
Amar Singh
84 views
1:19

Bitcoin For Beginners -
Learn How To Mine
Bitcoin I - Part 1

**App. 113.44**

Search

MrJayBusch
3,646,887 views    Sign in

16:29

How Does BitCoin
Work?
BrainStuff - HowStuffWorks
570,590 views

4:10

What is a BitCoin?
Explained - Tech Tips
NCIX Tech Tips
614,445 views

6:25

Ecoinplus *
Presentacion Ecoin
plus *
Jessy Caballero
593 views

4:34

(WEBSITE TESTING)
How to Make $10-$15
in TEN MINUTES
Yes4Motivation
115,568 views

14:47

Jet-coin compensation
plan
JOHN Q
745 views

2:59

What is Bitcoin? (v2)
WeUseCoins
3,335,738 views

1:37

Jet Coin Intro Call May
2017
Bit Coin
571 views

25:06

Jet Coin Day 3 Update
Stuart Grunert
1,683 views

24:08

SHOW MORE

Language: English ▼     Content location: United States ▼     Restricted Mode: Off ▼     History     Help

About   Press   Copyright   Creators   Advertise   Developers   +YouTube
Terms   Privacy   Policy & Safety   Send feedback   Test new features

 ≡ ▶ YouTube  🔍 ⬆ ⚏ 🔔¹ 👤



## Jet-Coin Master Distributor Call (2017-06-14)

143 views 👍 1 👎 0 ➤ SHARE ≡+ •••

 **Join2MakeMoney**
Published on Jun 22, 2017

SUBSCRIBE 60

Master Distributors ANNOUNCEMENT:
Jet-Coin changes Compensation Plan to 60 days
doubling....

Up next AUTOPLAY 

**JET COIN - JET CRASH - SCAM
WATCH!!!! DAILY BONUSES UNPAID**
Caxy111
2K views
 15:00

**Jet-Coin Master Distributor Call
(2017-06-21)**
Join2MakeMoney
614 views
 17:00

**Jet Coin Review - HYIP Scam or
Great Bitcoin Investment**
IM Insight
752 views
 10:19

**Jetcoin Review- Why leaders are**

App. 113.46



 16:05



**Jet Coin - What is Jet Coin?**

Join2MakeMoney

321 views



**JetCoin Review | Jet Coin Legit or Scam?**

Matt Sherriff

1.7K views



**Jet-Coin Master Distributor Intro Call (2017-05-31)**

Join2MakeMoney

1.2K views



**Jet-Coin Master Distributor Call (2017-06-07)**

Join2MakeMoney

290 views



**JETCOIN How Works The Register - Back Office Pays Bitcoins - jetcoin**

NEGOCIOS MUNDIALES

127 views



**JetCoin Update - Don't Join**

Bitcoin Leader

1K views



**Jet Coin Intro Call May 2017**

Bit Coin

573 views



**Special iCoinPro Launch Message from Lou Gatto- Micro Profit**

Lou Gatto

Recommended for you



**V.I.P Special Leaders Invite To My 7 Bitcoins**

Lou Gatto

Recommended for you

App. 113.47





7.1K views



**My7 bitcoin opportunity**
Fred medrano
Recommended for you



**Jetcoin update to compensation plan update - what are the changes**
Greg Douglas
1.1K views



**The Jetcoin Fiasco**
Ari Maccabi
1.3K views



**USI Tech - Over 400 Packs! 27 Today ($1,505)... Sunday Webinar @**
Global Turbo Team Presents: YourDaily.
269 views



**JetCoin Introduction**
Stuart Grunert
3.1K views





**The Hillbillies of Beverly Hills Umaired Pilot Episode' for 'The**
c William
430K views

SHOW MORE

0 Comments ≡ SORT BY

Add a public comment...

**App. 113.48**

App. 113.49

           



## Jet-Coin Master Distributor Call (2017-06-21)

617 views      2    6    SHARE      •••

 **Join2MakeMoney**        SUBSCRIBE  60
Published on Jun 22, 2017

ANNOUNCEMENT: by Master Distributors on Wednesday
June 21 with yet another change in the compensation
plan....

PLEASE LISTEN to the whole recording to get the full
picture

| Category | **People & Blogs** |
| --- | --- |
| License | **Standard YouTube License** |

SHOW LESS

Up next               AUTOPLAY  

 **JetCoin Update - Don't Join**
Bitcoin Leader
1K views

 **Jet Coin Review - HYIP Scam or
Great Bitcoin Investment**
IM Insight

**App. 113.50**





WATCH.... DAILY BONUSES UNPAID

Caxy111
2K views



**BtcClock/JetCoin Update. Guess which one Still Paying?**

Bitcoin Casanova
284 views



**Jet-Coin Master Distributor Call (2017-06-07)**

Join2MakeMoney
290 views

**Jetcoin Review- Why leaders are diversifying in Jet-coin from**

Bitcoin Success
291 views

16:05

**JetCoin Update Jet Coin System DO NOT JOIN**

Jet Coin System
144 views

20:36

**JetCoin Review | Jet Coin Legit or Scam?**

Matt Sherriff
1.7K views

14:22

**JetCoin Introduction**

Stuart Grunert
3.1K views

10:26

**Jet-Coin Master Distributor Intro Call (2017-05-31)**

Join2MakeMoney
1.2K views

32:26

**Special iCoinPro Launch Message from Lou Gatto- Micro Profit**

Lou Gatto
Recommended for you

27:42

**My7 bitcoin opportunity**

**App. 113.51**



**V.I.P Special Leaders Invite To My 7 Bitcoins**

Lou Gatto

Recommended for you

23:32

**Jet Coin - What is Jet Coin?**

Join2MakeMoney

321 views

6:32

**Jet-Coin Master Distributor Call (2017-06-11)**

Join2MakeMoney

222 views

41:08

**TIPS and TRICKS: Spotting Bitcoin Scams**

Takeover Team UK

59 views

17:33

**My7Network**

Perry Tarawa

Recommended for you

14:24

**Jet-Coin Master Distributor Call (2017-06-14)**

Join2MakeMoney

141 views

25:54

**What Happened to Gladiacoin? JetCoin Ryan University Launches**

Greg Douglas

2.5K views

10:11

**My 7 Bitcoins Mini Review My 7 Network**

Lorina Noble

Recommended for you

11:16

**SHOW MORE**

App. 113.53

Search

Sign in



Up next

Autoplay



My7Bitcoins Zoom
esp1239
2,860 views



My 7 Bitcoin
Ovan Ray Main
1,787 views



Bitcoin For Beginners -
Learn How To Mine
Bitcoin ! - Part 1
MsJayBusch
3,728,983 views



My7Bitcoin 12 Day
Challenge to 7 Bitcoins
Lou Gatto
127 views

## V.I.P Special Leaders Invite To My 7 Bitcoins

 Lou Gatto

Subscribe

419 views

7    0

Add to      Share      More

Published on May 22, 2017
See How we can help you turn 1 Bitcoin into 7 Bitcoins FAST!
This is a 2x3 cycle that pays out 700% Profit on each cycle.
2 - 4 - 8 = 14 people in your matrix then you cycle.
Just 14 members needed for completed cycle
you get paid 7 bitcoins, again and again, each
time this happens.
Can you imagine the power of this?
Get started with the person that refer you!

Category       Entertainment
License        Standard YouTube License

SHOW LESS

COMMENTS · 4

 Add a public comment...

Top comments ▼

APACHE COLLINS  3 months ago
I like this
Reply · 2

 San Warren Nix  3 months ago
Awesome Video Lou!  1 bitcoin into 7 bitcoins with a free re-entry over and over again.
I hope everyone watches this video and understands how powerful this really is.
Get 700% return on your bitcoins.  This is a great vehicle to get a lot of bitcoins FAST!
#my7bitcoins
Reply · 2

 Yuveri Delosangeles  3 months ago
I am sooo much in need for this I want to join in
Reply · 1

Better Life Marketing  2 months ago



My7Network
presentation 16th
August 2017
My7 Bitcoin - A Technology Co
715 views



My7Network
Presentation
Cindy Howard
64 views



My 7 Network Full
Business Presentation
12 July 2017
My 7 Network Business
730 views



My7Network BitCoins
Explained
theseogeek
99 views



My7 Network Game
Plan To Success
Lou Gatto
592 views



The MOST
DANGEROUS and
EXTREME RAILWAYS
Facts Factory
15,169,023 views



My7 Network See Why
My 7 Network
James Taylor
135 views

My 7 Bitcoins Mini
Review My 7 Network
Lorina Noble

App. 113.54

Is there a link that we can sign up with? Thanks.

Reply ·

B

659 views

Sign in

Lee Nguyen – New
England Midfielder
AdvoCare
Recommended for you

My7 bitcoin
opportunity
Fred medrano
209 views

14:56

My7 Network Litecoin
Accumulation Worlds
First Litecoin Platform
Lou Gatto
286 views

My7Network
Perry Tarawa
1,775 views

14:24

BITCOIN PUSHING
TOWARDS $10K
Bits to Freedom
4,001 views

17:29

Juanita Velasquez - TX
AdvoCare
Recommended for you

Anthony & Amanda
Bacala - LA (Snapshot
Story)
AdvoCare
Recommended for you.

New D9 Clube Changes
Last 24 Hours | Share
With Your Team
D9 Clube Tampa
9,238 views

3:14

SHOW MORE

Language: English ▼       Content location: United States ▼       Restricted Mode: Off ▼       History       Help

About   Press   Copyright   Creators   Advertise   Developers   +YouTube

Terms   Privacy   Policy & Safety   Send feedback   Test new features

 



## My7Network Opportunity Presentation 11/16/2017

207 views     2    0    SHARE      •••



**MegaTrendOpportunity**
Published on Nov 16, 2017      SUBSCRIBE 3

11/16/2017
My7Network Opportunity Presentation
Guest Speakers Mandy Elliot and Thomas Dluca

Category      **People & Blogs**

License      **Standard YouTube License**

SHOW LESS

Up next          AUTOPLAY


**Illegal Pyramids vs. Legal Multilevel Marketing MLM Companies**
Lou Abbott
868K views


**My7 Network Litecoin Presentation 21st September**
Cindy Howard
73 views

**My First My 7 Network CYCLE I just Earned 8.5 Litecoin!!!**



**App. 113.56**





**My7 Network Game Plan To Success**

Lou Gatto

740 views



**My7 Network See Why My 7 Network**

James Taylor

281 views



**My7 Network - How to activate an account with Coinbase**

My 7 Network Business

142 views



**My7 Network Presentation**

bongomamasita

919 views



**My7 Network Presentation**

Debbie Saba

63 views



**My7Network presentation 16th August 2017**

My7 Bitcoin - A Technology Company

909 views



**Coinbase Set Up & Fund Your Account**

Andrew Quinn

1.5K views



**My7Network ~ Overview 12/5/2017**

MegaTrendOpportunity

34 views



**My7 Network Scam...Is it???**

Cindy Howard

296 views





Video Marketing 4 ROI
109 views



**Fastest and Cheapest Way to Buy Ripple XRP with Visa or MC**
Brendan Skousen
117K views



**Bitcoin MLM Script - Create Your own MLM Business on Autopilot**
Heward's Studio
13 views



**My7Network Overview, Training and Q&A December 19, 2017**
MegaTrendOpportunity
3 views



**Top 5 coins that can make you RICH in 2018!**
The Crypto Chick
261K views
　New



**My7Network My7Litecoin & Bitcoin Presentation BTC LTC BTCwells**
Lloyd Wells
12 views



**Tutorial: How to crimp connectors, strip wire and use heat shrink.**
mjlorton ✅
841K views



**John Maxwell The 5 Levels of Leadership**
JohnMaxwellCo
2.8M views

0 Comments　　　 ⇉ SORT BY



Commenting publicly as **collin manning**

**App. 113.58**

# Terms & Agreements

## TERMS AND CONDITIONS
by using our website you agree the following terms and conditions
Updated: January 11, 2018

## BECOMING A MEMBER OF My7Network

An applicant becomes a Member of My7Network when the applicant's completed Registration Application has been received and accepted via the My7Network Online Registration System. My7Network reserves the right to decline any Application for any reason, at its sole discretion. A Member agrees to always use best practices to uphold the standards and conditions set forth in this Agreement. In doing so, the Member will maintain the high standards of integrity and business ethics when dealing with members of the public, the people of My7Network Corporation, or other My7Network Members. It is not allowed to change the sponsor. Only one account per household allowed. Self-sponsoring (if a member refers another account in his/her own commission-structure) will lead to closing BOTH accounts.

## ACCEPTANCE OF TERMS THROUGH USE

By using this website or by clicking "I agree" to this Agreement, you ("Member") signify your agreement to these terms and conditions. If you do not agree to this Agreement, do not use this website and do not click "I agree". Check this Agreement periodically for changes as the owner of this website ("My7Network") reserves the right to revise this Agreement. In the event of a change to this Agreement, your continued use of this website following the posting of any changes constitutes acceptance of such changes. My7Network reserves the right to terminate a Member's use of this website at any time without notice and may do so for any breach of this Agreement.

## YOU MUST BE 18 OR OLDER TO AGREE TO THIS AGREEMENT AND USE THIS WEBSITE

This Agreement must be completed, understood and agreed to by a person over 18. If a parent or guardian wishes to permit a person under 18 to access this website, he or she should email My7Network with his or her explicit permission and acceptance of full legal responsibility. If you are not yet 18 or are accessing this website from any country where this material is prohibited, exit now as you do not have proper authorization.

## LICENSE TO USE THIS WEBSITE

Upon your agreement, My7Network hereby grants you a non-exclusive, non-transferable limited license to use this website in strict accordance with the terms and conditions in this Agreement. You agree not to make any false or fraudulent statements as you use this website. You acknowledge and agree that all content and services available on this website are property of My7Network and are protected by copyrights, trademarks, service marks, patents, trade secrets, and other proprietary rights and laws, in the USA and internationally. All rights not expressly granted herein are fully reserved by My7Network, its advertisers and licensors. You agree to pay for any and all purchases and services using your name and payment information through this website, not to challenge any such charges and to pay for all collections and/or attorney's fees resulting from any non-payment.

## LICENSE RESTRICTIONS

Except as may be explicitly permitted, you agree not to save, download, cut and paste, sell, license, rent, lease, modify, distribute, copy, reproduce, transmit, publicly display, publicly perform, publish, adapt, edit, or create derivative works from materials from this website. Systematic retrieval of data or other content from this website to create or compile, directly or indirectly, a collection, database or directory without written permission from My7Network is prohibited. In addition, use of the content or materials for any purpose not expressly permitted in this Agreement is prohibited.

## SECURITY

You agree that if you are issued a Username and Password by My7Network, you shall use your best efforts to prevent access to this website through your Username and Password by anyone other than yourself, including but not limited to, keeping such information strictly confidential, notifying My7Network immediately if you discover loss or access to such information by an unauthorized party and by using a secure Username and Password not easily guessed by a third party. You agree that you shall not try to reverse assemble, reverse compile, decompile, disassemble, translate or otherwise alter any executable code, contents or materials on or received via this website. You understand that such actions are likely to subject you to serious civil and criminal legal penalties and that My7Network shall pursue such penalties to the full extent of the law to protect its rights and the rights of its other licensors.

## INDEPENDENT PERSON STATUS

Members are independent people responsible for determining their own activities without direction or control by My7Network. They are not franchisees, owners, joint venture partners, employees or agents of My7Network and are prohibited from stating or implying, whether orally or in writing, otherwise. Members have no authority to bind My7Network to any obligation. My7Network is not responsible for payment or co-payment of any employee benefits. Members are responsible for liability, health disability and worker's compensation insurance. Members set their own hours and determine how to conduct business, subject to this Agreement and all Corporate Policies and Procedures.

## INTERNAL REVENUE CODE

As independent people, Members will not be treated as franchisees, owners, joint venture partners, employees or agents of My7Network for federal or state tax purposes including, with respect to the Internal Revenue Code, Social Security Act, Federal Unemployment Act, State Unemployment Acts or any other federal, state, or local statute, ordinance, rules or regulations.

## TAXATION

Members are responsible for any and all taxes payable in their particular resident domicile or jurisdiction for any income received either from My7Network or any programs promoted via My7Network.

## LEGAL COMPLIANCE

Members must comply with all federal, state and local statutes, regulations and ordinances concerning the operation of their My7Network membership. Members are responsible for their own managerial decisions and expenditures including all estimated income and self-employment taxes.

## NO EXCLUSIVE TERRITORIES

There are no exclusive territories for sales or promotional or advertising purposes. No geographical limitations exist on advertising or selling above and beyond the around 200 countries and territories within which the payment processors of My7Network allow payment transactions.

## ERRORS AND CORRECTIONS

While My7Network uses reasonable efforts to include accurate and current information on our website, we do not warrant or represent that the website will be free of errors. Data entry errors or other technical problems may sometimes result in inaccurate information being shown. We reserve the right to correct any inaccuracies or typographical errors on our website, including pricing and availability of products and services, and shall have no liability for such errors. We may also make improvements and/or changes to the website's features, functionality, or content at any time. If you see any information or description you believe to be incorrect, contact us and we'll verify it for you.

## LINKS TO OTHER WEBSITES

Our website contains links to other websites for your information and convenience, or to provide additional shopping for various other goods and services through our Merchant and Services Partners. These third-party websites are responsible for, and undertake to maintain, their own website terms of use. We suggest that you carefully review the terms of use of each website you choose to access from our website.

## USER CONDUCT

By using features of this website that allow you to post or otherwise transmit information to or through this website, or which may be seen by other users, you agree that you shall not upload, post, or otherwise distribute or facilitate distribution of any content - including text, communications, video, software, images, sounds, data, or other information - that:
- A. is unlawful, threatening, abusive, harassing, defamatory, libelous, deceptive, fraudulent, invasive of another's privacy, tortuous, obscene, sexually explicit or graphic, or otherwise in violation of this website's rules or policies;
- B. infringes any patent, trade mark, service mark, trade secret, copyright, moral right, right of publicity, privacy or other proprietary right of any party;
- C. constitutes unauthorized or unsolicited advertising, junk or bulk e-mail (also known as "spamming"), chain letters, any other form of unauthorized solicitation, or any form of lottery or gambling;
- D. contains software viruses or any other computer code, files, or programs that are designed or intended to disrupt, damage, or limit the functioning of any software, hardware, or telecommunications equipment or to damage or obtain unauthorized access to any data or other information of any third party; or
- E. impersonates any person or entity, including any employee or representative of this website, its licensors or advertisers.

You also agree that you shall not harvest or collect information about the users of this website or use such information for the purpose of transmitting or facilitating transmission of unsolicited bulk electronic email or communications for any other commercial purpose of your own or a third party. You further agree that you shall not solicit or collect information, or attempt to induce any physical contact with, anyone 18 years old or younger without appropriate parental consent.
My7Network generally does not monitor or edit the content posted by users of this website. However, My7Network and its agents have the right, at their sole discretion, to remove any content that, in the sole judgment of My7Network, does not comply with the website Submission Rules or is otherwise

harmful, objectionable, or inaccurate. This website is not liable for any failure, delay, damages or results, in removing such content. You agree that your use of this website may be suspended or terminated without notice if found that you have used this website in violation of any of the rules in this agreement and/or for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations, etc. of its agents, officers, directors, contractors or employees. In such event, you agree that the owner of this website may disclose your identity and contact information, if requested by a government or law enforcement body or as a result of a subpoena or other legal action, and the owner of this website shall not be liable for damages or result of a subpoena or other legal action, and the owner of this website shall not be liable for damages or results thereof, and you agree not to bring any action or claim against the owner of this website for such disclosure.

## INTELLECTUAL PROPERTY COPYRIGHT

The My7Network website design, text, content, selection and arrangement of elements, organization, graphics, compilation, magnetic translation, digital conversion, and other matters related to the website are protected under applicable copyright laws, ALL RIGHTS RESERVED. The posting of any such elements on the website does not constitute a waiver of any right in such elements. You do not acquire ownership rights to any such elements viewed through the website. Except as otherwise provided herein, none of these elements may be used, copied, reproduced, downloaded, posted, displayed, transmitted, mechanical, photocopying, recording, or otherwise, without prior written permission of My7Network.

You may record your dashboard or make screenshots and publish them for testimonials, advertising or instructions in a way that don't harm this Agreement. Any wrong, incorrect or untrue statement about the platform, earnings, products or its owners is prohibited.

## INTELLECTUAL PROPERTY TRADEMARK

The My7Network name, logo, and all product names, and other logos, unless otherwise noted, are trademarks and/or trade dress of My7Network. The use or misuse of any Marks or any other materials contained on the website, without the prior written permission of their owner, is expressly prohibited.

## REFUNDS

My7Network offers no refunds. Products or services payments are automated, irrevocable and nonrefundable as the systems of the products or services are activated immediately and automatically upon payment. Do not join My7Network if this no refunds policy is not agreeable to you or if paying for any products or services will place you under any form of financial distress or is beyond your fiscal means at any time. Therefore, if you decide to avail of any product or service at any time offered by My7Network, understand that each payment is always a final and irrevocable transaction. If you are in any way unsure about joining My7Network or paying for any products or services, please walk away at this time. The owners of My7Network are aiming for this platform and all of its associated products and services to be here for the long haul. You may always come back and check out My7Network and all of its associated products and services at a later date.

## DISCLAIMER OF WARRANTIES

My7Network, its advertisers and licensors make no representation or warranties about this website, the suitability of the information contained on or received through use of this website, or any service or products received through this website. All information and use of this website are provided "as is" without warranty of any kind. My7Network, advertisers and/or its licensors hereby disclaim all warranties without regards to this website, the information contained or received through use of this website, and any services or products received through this website, including all express, statutory, and implied warranties of merchantability, fitness for a particular purpose, title and non-infringement. My7Network, advertisers and/or its licensors do not warrant that the contents or any information received through this website are accurate, reliable or correct; that this website will be available at any

particular time or location; that any defects or errors will be corrected; or that the contents of any information received through this website is free of viruses or other harmful components. Your use of this website is solely at your risk. Member agrees that it has relied on no warranties, representations or statements other than in this agreement. Because some jurisdictions do not permit the exclusion of certain warranties, these exclusions may not apply to you but shall apply to the maximum extent permitted by law of your jurisdiction.

## LIMITATION OF LIABILITY

Under no circumstances shall My7Network, advertisers and/or its licensors be liable for any direct, indirect, punitive, incidental, special, or consequential damages that result from the use or inability to use, this website. This limitation applies whether the alleged liability is based on contract, tort, negligence, strictly liability, or any other basis, even if the My7Network, advertisers and/or its licensors have been advised of the possibility of such damage. Because some jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, My7Network, advertisers and/or its respective licensors' liability in such jurisdictions shall be limited to the maximum extent permitted by law of your jurisdiction.

## INDEMNIFICATION

You agree to defend, indemnify, and hold harmless My7Network, its advertisers, licensors, subsidiaries and other affiliated companies, and their employees, contractors, officers, agents and directors from all liabilities, claim, and expenses, including attorney's fees, that arise from your use of this website, or any services, information or products from this website, or any violation of this Agreement. My7Network reserves the right, at it own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you shall cooperate with My7Network in asserting any available defenses.

## THIRD PARTY WEBSITES

You may be transferred to online merchants or other third party websites through links or frames from this website. You are cautioned to read their Terms and Conditions and/or Privacy Policies before using such websites. These websites may contain information or material that is illegal, unreasonable or that some people may find inappropriate or offensive. These other websites are not under the control of My7Network and are not monitored or reviewed by My7Network. The inclusion of such a link or frame does not imply endorsement of this website by My7Network, its advertisers or licensors, any association with its operators and is provided solely for your convenience. You agree that My7Network and its licensors have no liability whatsoever from such third party websites and your usage of them.

## LEGAL COMPLIANCE

My7Network may suspend or terminate this Agreement or Member's use immediately upon receipt of any notice which alleges that Member has used this website for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations of its agent, officers, directors, contractors or employees. In such event, My7Network may disclose the Member's identity and a subpoena or other legal action, and My7Network shall not be liable for damages or results thereof and Member agrees not to bring any action or claim against My7Network for such disclosure.

## LEGAL USE OF WEBSITE

This website is controlled by My7Network. It can be accessed from many countries around the world to the extent permitted by the Internet. As each of these places has laws that differ, by assessing this website, you agree to make no future actions or claims arising out of your use of this website or the products or services of My7Network. You enter into this Agreement at your own financial and personal risk. My7Network makes no representation that materials on this website are appropriate or legal for use in any countries, and accessing them from territories where their contents are illegal is done at your

own risk.

## FORCE MAJEURE
My7Network shall not be responsible for delays or failure in performance caused by circumstances beyond its control, such as but not limited to: fire, flood, tsunami, earthquake, storm, power outages, labor difficulties, strikes, war, government decrees or orders and/or curtailment of any party's usual source of supply.

## VIOLATIONS
It is the obligation of every Member to abide by and maintain the integrity of this Agreement and its Policies and Procedures. If a Member observes another Member committing a violation, and if the Member wishes to report such violation to My7Network, he or she must detail violations in writing only and mark the correspondence "Attention: My7Network Legal Department".

## AMENDMENTS
My7Network reserves the right to amend this Agreement, and its Policies and Procedures, and its Products and Services, at any time without prior notice as it deems appropriate. Amendments will be communicated to Members through the official My7Network website or the official My7Network notification systems. Because My7Network reserves the right to revise this Agreement at its discretion, it is recommended that Members check back from time to time to be sure compliance with the current version.

## INACTIVITY
Accounts from members who were not active since 60 days (no login into the account) will be closed. All money, commissions and referrals are lost in this case.

## MULTIPLE ACCOUNTS
You are limited to one business center / account per household. Members found to have control of or ownership of mutilple accounts will be terminated. All money, commissions and referrals are lost in this case.

# My7Network Earnings Disclaimer

My7Network is committed to meeting the legal requirements of our industry's best business practices to protect the legal standing of My7Network and protect our Members from making unsubstantiated financial claims, which might result in a violation of pertinent international laws and regulations.

While every effort has been made to accurately represent the My7Network program and its potential, there is no guarantee that you will earn any money when you join My7Network.

Any income projections within this website are not to be interpreted as a promise or guarantee of earnings. Earning potential is entirely dependent on the person utilizing the strategies, tools and resources of My7Network. We do not purport this as a "get rich scheme" and we never claim that people can earn even without doing anything.

Your level of success in attaining the results claimed in this website depends on the time you devote to the program, your implementation of the strategies, tools and resources of My7Network, your finances, your computer knowledge and expertise, and various skills. As these factors differ according to each individual we cannot guarantee your success or income level. Nor are we responsible for any of your actions.

Our website may contain information that includes or is based upon forward-looking statements within the meaning of the Securities Litigation Reform Act of 1995. Forward-looking statements give our expectations or forecasts of future events. You can identify these statements by the fact that they do not relate strictly to historical or current facts. They use words such as "anticipate," "estimate," "expect," "project," "intend," "plan," "believe," and other words and terms of similar meaning in connection with a description of potential earnings or financial performance.

Any and all forward-looking statements here or on any of our promotional materials are intended to express our opinion of earnings potential. Many factors will be important in determining your actual results and no guarantees are made that you will achieve results similar to ours or anybody else's.

No past or recent earnings of any of our Members is to be used as example of your potential earnings. We have no way of knowing the strength of your desire nor your willingness to commit to building your My7Network business, neither your ability to market nor your willingness to do what it takes to reach your personal financial goal.

Also realize that as with any business, certain advertising and marketing costs may be incurred by you and they are your responsibility with no re-imbursement to be expected from My7Network. You will advertise solely at your own risk realizing that either small or significant losses may occur. Further, we do not guarantee the performance of any advertising method. You utilize them at your own risk.

Our My7Network opportunity should be carefully reviewed and evaluated by you and qualified professionals of your choosing. We ask that you do your due diligence in order to make an informed decision before joining. Internet businesses and earnings derived therein have unknown risks involved and are not suitable for everyone and financial losses can occur. Only risk-capital should be used.

By joining My7Network, you agree that My7Network is not responsible for the success or failure of your business decisions relating to any information presented by our company.

**If you cannot or will not agree to our Earnings Disclaimer, please do not join My7Network.**

**Declaration of William W. Keep, Ph.D., Pursuant to 28 U.S.C. § 1746**

## I.  Introduction

1.    My name is William W. Keep, and I have a doctoral degree in Marketing, with minors in Business Ethics and Psychometrics, from Michigan State University. In my career as a marketing professor, I have published research in retailing; business ethics; multilevel marketing, direct selling, and pyramid schemes; long-term business relationships; and marketing history. My research has appeared in the JOURNAL OF MARKETING, the JOURNAL OF PUBLIC POLICY AND MARKETING, the JOURNAL OF BUSINESS ETHICS, the JOURNAL OF HISTORICAL RESEARCH IN MARKETING, INDUSTRIAL MARKETING MANAGEMENT, AND MARKETING THEORY AND PRACTICE, and others. In 2002, I published with Dr. Peter Vander Nat, then a senior economist with the Federal Trade Commission ("FTC"), the first academic paper offering a methodology for identifying an illegal product-based pyramid scheme. In 2014, Dr. Vander Nat and I published the first academic paper to trace important historical trends in direct selling, multilevel marketing, and illegal pyramid schemes. For over twenty-five years, I have taught university courses in retailing, channels of distributions, strategic marketing, marketing planning, and business ethics, among others. A copy of my Curriculum Vitae is attached as **Appendix A.**

2.    I have also served as an expert witness for and/or consultant to federal and state prosecutors and in private cases. These matters are listed in **Appendix A**. The U.S. Court of Appeals for the Ninth Circuit recently referenced my work on *United States v. Gold Unlimited* 177 F.3d 472 (6th Cir. 1999) in the matter of *FTC v. BurnLounge, Inc.*, 753 F. 3d 878, 883 (9th Cir. 2014).

## II.  Purpose and Materials

3.    In June 2017, I was retained as an expert consultant by the FTC to review and analyze a program called Bitcoin Funding Team ("BFT"). The program, which was promoted on the Internet, involved the purchase and transfer of Bitcoin and was ostensibly labeled as a platform where "Bitcoin & Crowdfunding Collide."[1] Subsequently, in November 2017, I was asked to review "My7 Network" (M7N), another Internet-based funding scheme that utilized Bitcoin and

---

[1] *See The Call Where Bitcoin & Crowdfunding Collide!* All citations in footnotes are to promotional videos unless otherwise noted.

Litecoin. I was asked by the FTC to opine whether BFT and M7N operated as chain referral schemes. For purposes of my analysis, a chain referral scheme (historically called a "chain letter") is characterized by: (a) the payment of money by a new recruit to other participants in the scheme; (b) in return for which the recruit obtains the right to receive compensation for recruiting others into the program. The related term "pyramid scheme" has been used to describe schemes in which the enrollment payment takes the form of a product purchase and the recruitment fee takes the form of commissions for product purchases by recruits. Previous FTC decisions, including *In the Matter of Holiday Magic, Inc.*, 84 FTC 748, 1974 WL 175319 (October 15, 1974) and *Matter of Koscot Interplanetary, Inc.*, 86 FTC 1106, 1975 Lexis 24 (November 18, 1975) have held that promotion of a pyramid scheme is a deceptive practice under the FTC Act.

4.      In connection with my review of the BFT and M7N programs to determine whether they were chain referral schemes, I also examined the likely economic effects of their recruitment and compensation model, in light of the programs' claims concerning participants' abilities to realize income.

5.      My conclusions are based on materials provided by the FTC, which included materials from the schemes' websites, promotional audio and video content, screen shots, and PowerPoint presentations. I also reviewed a small number of independently identified websites and documents related to the programs and the block-chain process.[2]

<u>**Bitcoin Funding Team**</u>

**III.      Analysis of BFT's Recruitment and Compensation Model**

6.      BFT purported to offer participants an opportunity to accumulate Bitcoin through "crowdfunding," using a system of mutual "donations." As explained in more detail below, a new participant made an initial Bitcoin "donation" (i.e., payment) to an existing participant, in exchange for which the new participant obtained the right to recruit other participants and to obtain Bitcoin payments from recruits. The platform offered no goods or services. Fixed reward amounts were passed upward from an expanding pyramid-shaped network of recruits. The scheme operated as a pure money transfer/endless chain that required 842 participants to provide

---

[2] **Appendix B** to this Declaration lists the materials I considered in forming my opinions.

the funds necessary for a single participant to reach her/his maximum retained reward of 80.5 Bitcoin.

### A.  Structure of BFT's Program

7.  Participants in the BFT scheme paid .1 Bitcoin (hereafter "btc")[3] for the right to recruit others into the network and receive rewards from recruitment. The pyramid-shaped network consisted of a 2x5 matrix, whereby each participant recruited two others who, in turn, each recruited two more. Thus the matrix grew geometrically, creating a pattern comprised of 2, 4, 8, 16, and 32 participants in Levels 1, 2, 3, 4, and 5, respectively. The initial .1 btc payment entitled the participant to receive a .1 btc payment from each of the two recruits at Level 1, a total of .2 btc. In order to obtain payments from recruits beyond Level 1, the participant was required to "upgrade" by moving upline some or all payments received from downline participants. For example, to access payments from the recruits in Level 2, the participant passed upline the 0.2 btc received from recruits in Level 1. Access to Level 3 required an upgrade of 0.4 btc, Level 4 required an upgrade of 1.0 btc, and Level 5 required an upgrade of 2.0 btc. The upgrade payment created the potential to receive larger rewards. The participants received payments from recruits at a given level only after upgrading to that level. For example, a participant who made the 1.0 btc payment to upgrade from Level 3 to Level 4 unlocked access to the 16 potential 1.0 btc payments at Level 4. However, the participant would only receive donations from a given level if the participants at that level themselves upgraded to the same level. So, for example, the participant would only receive Level 2 (.2 btc) donations from participants at Level 2. This is because participants' donations were routed to upline levels in the pyramid according to the amount of the donation, as described below.

8.  Participants were required to renew their initial .1 btc donation and all upgrade-donations every month in order to retain their position in the pyramid.

9.  A participant who obtained optimal results would have been rewarded with 0.2 btc from Level 1 (.1 btc times 2), 0.8 btc from Level 2 (.2 btc times 4), 3.2 btc from Level 3 (.4 btc times 8), 16.0 btc from Level 4 (1.0 btc times 16), and 64.0 btc from Level 5 (2.0 btc times 32). The disproportionate weighting of rewards toward the later levels (i.e., the largest rewards coming

---

[3] At the time the scheme started in early 2017, the value of 1.0 Bitcoin was approximately $1,000 USD and BFT promotional material equated .1 btc to $100 USD. The value on February 9, 2018 was $8,445.00, as quoted by one of the largest cryptocurrency exchanges, Coinbase.

3

from Level 4 and Level 5) motivated participants to persist in the scheme and assist in the recruitment of others in order to fill downline levels. The lure of the scheme was the potential for an 80,500% return on a .1 btc investment. The donation and upgrade structure is shown in Table 1 below:

## Table 1: BFT Donation and Reward Scheme

| Donation to Join | | .1 btc | |
|---|---|---|---|
| **Source** | **Donation Received** | **Donation to Upgrade to Next Level** | **Donation Retained** |
| Level 1 (2 x .1 btc) | .2 | .2 (2 levels up) | 0 |
| Level 2 (4 x .2 btc) | .8 | .4 (3 levels up) | .4 |
| Level 3 (8 x .4 btc) | 3.2 | 1.0 (4 levels up) | 2.2 |
| Level 4 (16 x 1.0 btc) | 16.0 | 2.0 (5 levels up) | 14.0 |
| Level 5 (32 x 2.0 btc) | 64.0 | 0.0 | 64.0 |
| Totals | 84.2 | 3.6 | 80.6 |
| Initial Investment | | | .1 |
| Net Gain (Donations Retained – Initial Investment) | | | 80.5 |
| Percent Gain on Investment | | | 80,500% |

10.   According to some instructional materials, each participant was directed to upgrade to the next level by moving upline the first two donations received from the current level.[4]  For example, a participant at Level 1 was supposed to upgrade to Level 2 by moving upline the two .1 btc donations received from participants immediately below. Similarly, a participant at Level 2

---

[4] Some participants may not have followed this model for the timing of upgrades. Depending on the speaker, BFT promotional materials varied in their level of specificity in describing the donation and upgrade process. Accordingly, it is difficult to determine how the scheme would have developed in practice because participants may have used a variety of upgrade strategies. However, the amount of potential rewards per level was consistently presented as: .2 btc, .8 btc, 3.2 btc, 16.0 btc, and 64.0 btc and the required level upgrades were also consistently presented as: .2 btc, .4 btc, 1.0 btc, and 2.0 btc. The analysis in this Declaration is based on this consistency.

4

was supposed to upgrade to Level 3 by moving upline the first two of four .2 btc Level 2 donations. The exception to this pattern was the upgrade from Level 3 to Level 4. As the upgrade to Level 4 required 1.0 btc and Level 3 donations came in eight individual .4 btc donations (i.e., a total of 3.2 btc), upgrading required half of the third .4 btc donation received. From Level 4 to Level 5 the earlier pattern returned with Level 4 participants moving the first two of sixteen 1.0 btc donations upline, ultimately retaining 14.0 btc. The recipient of the upgrade was dictated by the upgrade amount. The initial .1 donation went to someone one level up; each .2 btc upgrade went two levels up; each .4 upgrade went three levels up, each 1.0 btc upgrade went four levels up, and each 2.0 btc upgrade went five levels up. Thus, larger, later payments incentivized continued participation.

11.     Even without a detailed analysis of the rewards participants are likely to receive, it is clear that **BFT was a classic chain referral scheme. BFT required a participant to make an initial investment, in exchange for which the participant acquired the right to recruit others and obtain payments from recruits.** Since the operation offered no goods or services, the only way a participant could recoup his/her initial investment was to recruit new participants into the multi-level structure.

      **B.     Likelihood of Receiving a Maximum Return Through BFT's Program.**

12.     BFT's materials commonly claimed that participants would "learn how to take $100 dollars and turn it into $50, $60, $70, $80 thousand dollars a month."[5] I have analyzed the number of participants and levels of recruitment that would be necessary for a single participant to obtain the maximum retained reward of 80.5 Bitcoins. The analysis calculates the total donations needed at lower levels to provide sufficient funds to support donations at higher levels.

13.     Table 2, below, shows the minimum initial donations and upgrades that would have been necessary for participant "P" to reach the maximum total payment. The final 64.0 btc Level 5 payment "P" receives originates with donations made by participants in Level 15. The arrow direction shows the flow of payments received, with "#" indicating the number of participants needed per level. The model assumes: a) that intervening levels of participants not shown in the model (e.g., Levels 8, 11, and 13) are occupied to the extent needed to facilitate the movement of payments via upgrades; and b) that participants who move payments directly to "P" have

---

[5] *Bitcoin Funding Team Call with Brent Scott Troy Tuesday Ni[ght] (1:17).*

5

themselves upgraded (e.g., the 32 participants at Level 5 received full Level 3 donations, upgraded to Level 4 and received at least two Level 4 payments before upgrading to Level 5 by passing two 1.0 btc to "P").

**Table 2: Path to Maximum Return for BFT Program**

Donation Received by P = .2 btc

P (1) upgrades by donating .2 btc two levels up, retains 0

↑

L-1 (2) each make initial donation of .1 btc (2 x .1 btc = .2 btc) one level up to P


Donation Received by P = .8 btc

P (1) upgrades by donating .4 btc three levels up, retains .4 btc

↑

L-2 (4) upgrades by each donating .2 btc (4 x .2 btc = .8 btc) two levels up to P, retains 0

↑

L-3 (8) each make initial donation of .1 btc (8 x .1 btc = .8 btc) one level up to L-2


Donation Received by P = 3.2 btc

P (1) upgrades by donating 1.0 btc four levels up, retains 2.2 btc

↑

L-3 (8) upgrades by each donating .4 btc (8 x .4 btc = 3.2 btc) three levels up to P, retains .4 btc

↑

L-5 (32) upgrades by each donating .2 btc (32 x .2 btc = 6.4 btc) two levels up to L-3, retains 0

↑

L-6 (64) each make initial donation of .1 btc (64 x .1 btc = 6.4 btc) one level up to L-5

6

Donation Received by P = 16.0 btc

P (1) upgrades by donating 2.0 btc five levels up, retains 14.0 btc



L-4 (16) upgrades by each donating 1.0 btc (16 x 1.0 btc = 16.0 btc) four levels up to P, retains 2.2btc



L-7 (128) upgrades by each donating .4 btc (128 x .4 btc = 51.2 btc) three levels up to L-4, retains 0



L-9 (256) upgrades by each donating .2 btc (256 x .2 btc = 51.2 btc) two levels up to L-7, retains 0



L-10 (512) each make initial donation of .1 btc (512 x .1 btc = 51.2 btc) one level up to L-9


Donation to P = 64.0 btc

P (1) retains 64.0 btc, maximum reward



L-5 (32) upgrades by each donating 2.0 btc (32 x 2.0 btc = 64 btc) five levels up to P, retains 0



L-9 (64) upgrades by each donating 1.0 btc (64 x 1.0 btc = 6.4 btc) four levels up to L-5, retains .2 btc



L-12 (192) upgrades by each donating .4 btc (192 x .4 btc = 76.8 btc) three levels up to L-9, retains 0



L-14 (384) upgrades by each donating .2 btc (384 x .2 btc = 76.8 btc) two levels up to L-12, retains 0



L-15 (768) each make initial donation of .1 btc (768 x .1 btc = 76.8 btc) one level up to L-14

7

14.     A fully articulated 15 level binary pyramid structure built by each participant recruiting two others would eventually involve 65,534 total participants in Levels 1 thru 15 (excludes "P" at top of pyramid). However, "P" can receive the maximum total payment from only a fraction of the total. The model above shows 2,366 participants at various levels directly linked to payments to "P". Intervening participants not directly inline[6] with a given donation to "P" bring the total to 4,158 participants, or 6.34% of a fully articulated, 15-level pyramid structure.

15.     As each participant donates just .1 btc, it takes 842 participants to generate the 84.2 btc in total payments received by "P". Of those payments, "P" moves upline 3.6 btc in total upgrades and retains 80.6 btc. In the model described, above 20.45% of all 4,158 donations go to "P" (i.e., .00024 of all participants collect .2045 of all payments). Other payments flow to participants above "P," (i.e., 24.4 btc) and below "P" (310.8 btc). However, 81.6% of all participants, those in Levels 10, 11, 12, 13, 14, and 15, remain in a loss position.

16.     Statements in BFT promotional videos claimed the same earnings potential for all recruits, along with unlimited growth (e.g., "Nobody can get hurt here...There's no bottom"[7]), misrepresenting the risk to recruits. For example, assuming the 842 recruits needed to fund P's maximum reward also wanted to receive the maximum reward, they would need to recruit an additional 708,964 recruits (i.e., 842 x 842). Assuming each of these recruits would also want the maximum reward, an additional 596,947,688 participants would be needed (i.e., 708,964 x 842).

17.     The simplicity of a binary multilevel structure, used in BFT and similar schemes, belies the unknowable and increasing risk of geometric expansion. With the size of the scheme either opaque or unverifiable, the challenge of finding new recruits as the scheme grows remains unknowable. The probability of remaining in a loss position increases, but recruits cannot know at what rate. The mathematical probability of success for later participants cannot be the same as for earlier participants, yet success stories—implicitly or explicitly—suggest otherwise. That a

---

[6] Levels 8, 11, and 13 do not appear in the model, yet participants in these levels facilitate the upline flow of donations (e.g., Level 8 participants facilitate the flow of Level 9 donations). In some cases the number of participants needed at a given level varies depending on which donation stream the level is facilitating. For example, Level 12 needs only 192 participants to facilitate a donation to "P," but 512 participants to facilitate .8 btc donations to 64 participants at Level 9, who will play a key role in donations to "P".

[7] *Kevin Young on Team ALL Bitcoin (6:17).*

binary scheme continues without collapsing may be erroneously viewed as a positive (i.e., that the potential for the scheme remains high). However, mid-level participants can sustain a scheme and avoid collapse by actively recruiting new participants to replace participants who have dropped out. Whether near collapse or not, as BFT and similar binary schemes grow, benefiting from an initial investment remains statistically unlikely.

18. Also, it is likely that many participants will leave the scheme early, a behavior that is acknowledged by BFT videos that discuss the need for compression (i.e., moving people up levels to fill vacant spots).

19. A Bitcoin-based scheme adds the further constraint of a limited supply of currency. According to public documents and BFT videos, the global supply of the cyber currency is limited to 21 million Bitcoins. If, as BFT materials suggested, a single participant could accumulate 967 Bitcoins in one year, then 21,761 successful participants, approximately 12% of the population of Ft. Lauderdale, Florida, could have acquired the entire global stock of Bitcoin. Any increasing value that came from increased acquisition would also increase the recruitment challenge.

### C. Percentage of Participants in Loss Position

20. I have analyzed the likely net earnings position for participants at the bottom levels of the BFT scheme, which, because of the geometrically expanding nature of the pyramid, will always comprise the majority of participants.[8] For the sake of illustration, I assume a completely full matrix down to 10 Levels. Beginning at the bottom of the pyramid (Level 10), the scheme will produce the following results:

**Level 10:** An initial investment of .1 btc places each participant in Level 10 in a loss position of **negative .1 btc** (initial donation of .1 btc, no revenue).

**Level 9:** A Level 9 participant has recruited two Level 10 participants and has received two .1 btc donations. A Level 9 participant could choose to retain the two .1 btc received from the first two recruited (i.e., Level 1), thereby doubling the initial .1 investment. Doing so, however, is a failure to "upgrade," making the participant ineligible for additional rewards and removing the participant from the scheme.

---

[8] In a scheme that relies on strict binary progression (each participant recruits two more participants), the last three levels of recruitment will always constitute the majority of participants. *See* **Appendix C** to this Declaration.

9

Instead, the participant is instructed to upgrade to Level 2 by passing the .2 btc he or she has just received up two levels, leaving him or her in a **negative .1btc** position (cumulative .3 btc donation, .2 btc in revenue).

**Level 8:** A Level 8 participant has upgraded to access Level 2 donations, but has not received additional payment because his or her Level 2 (Level 10) has not yet upgraded. Level 10's .1 btc donations go to Level 9, not to Level 8. As a result, Level 8 remains in a **negative .1 btc** position (cumulative .3 btc donation, .2 btc in revenue).

**Level 7:** A Level 7 participant has upgraded to access Level 2 donations. Since Level 7's Level 2 recruits (Level 9) have now recruited Level 10, Level 9 will upgrade and pass Level 2 donations to Level 7. Level 7 will be net positive at certain points in time within this level (*see* paragraph 22).

21.     Levels 8, 9, and 10 comprise 87.58% of the ten-level pyramid, and all are in a loss position [Calculation: A 10-level pyramid structure created by each participant recruiting two: 2 + 4 + 8 + 16 + 32 + 64 + 128 + 256 + 512 + 1024 = 2046. Levels 8 + 9 + 10 = 1792/2046 = 87.58%]. At any point in time during the existence of the pyramid, participants at the bottom three levels of the scheme are in a loss position, a failure rate that stabilizes at 87.5% once the scheme reaches 10 levels and beyond. While the individual loss may be viewed as modest, at approximately $100 USD in January 2017 and $420 USD in August 2017, the total amount increases exponentially. Thus, a structure with 15 full levels will involve a total of 65,534 participants with 57,344 in a loss position.

22.     The actual percentage of participants in a loss position at any one point in time may exceed 87.5% depending on the participants' upgrade strategies. For example, when a given participant at Level 7 has received two .2 btc donations from Level 9, the system prompts the recipient to pass all of this revenue (.4 btc) upline to upgrade. If the Level 7 participant complies, this will put the participant back into a loss position until additional Level 2 donations are received.

**IV.     Observations Regarding BFT's Marketing Messages**

23.     In light of BFT's structure, which guaranteed that at any point during the development of the scheme the vast majority of participants will be in a loss position, BFT claims that

10

participants can make significant income were deceptive. Marketing messages that mislead and misrepresent an opportunity create market victims rather than informed market participants. Numerous BFT examples raise serious concerns. Thomas Dluca, identified as the BFT founder, described not a possible outcome but, rather, an outcome achievable by everyone listening to his call: "One year of this alone will make a millionaire of everybody on this phone if you go up and ask two people who trust you, and they ask two people to trust them."[9] Similar messages misrepresented the risk and potential for reward: "We found a system that's pure integrity . . . . [Bitcoin] it has to go to an infinite amount of money . . . . Our system says it can't be scammed . . . . We found a way for you to help every friend you ever cared about."[10]

24.    BFT statements presented the scheme as a platform and not a company, underrepresenting the self-interest of individuals promoting the scheme. In some instances their interests were implied to be benign: "This is teams of people helping you; they're not getting paid for this."[11] Yet as topline participants, early entrants were in a position to achieve maximum rewards first.

25.    The use of the terms "crowdfunding," "donations," and "causes" greatly misrepresented the nature of the BFT scheme, first presenting the motivation as "a truly people helping people, pay it forward program,"[12] yet ultimately offering the self-serving appeal of "and you'll set your families for life and leave a legacy."[13] At times BFT promoters abandoned the pretense of charitable giving and acknowledged that BFT was simply an investment scheme (e.g., "talk about return on investment guys,"[14] "to set yourself up for a life of freedom,"[15] "The key, it has to go to an infinite amount of money").[16] The BFT scheme relied on investments and the pursuit of an extraordinarily high return on investment, not "donations."

---

[9] *The Call Where Bitcoin & Crowdfunding Collide! (22:10)*.

[10] *Bitcoin Funding Team Explained (30:15)*.

[11] *Thomas Dluca Bitcoin Funding Team Founder Speaks (3:83)*.

[12] *Bitcoin Funding Team - My 1st 30 Days! I Will Show You The M-1 (:55)*.

[13] *Thursday Night Call 9 PM Central Time - WHY BITCOIN WHY BITCOIN FUNDING (12:09)*.

[14] *Bitcoin Funding Team Compensation Plan Made Simple! (18:15)*.

## V.  Conclusions—Bitcoin Funding Team

26.  In my opinion, Bitcoin Funding Team was not a legitimate business opportunity. Instead, it was a pyramidal, multilevel investment scheme of the type described as deceptive in FTC decisions. The scheme assured losses for the vast majority of participants regardless of the ultimate size of the scheme. BFT messages of "people helping people," and "friends helping friends,"[17] resembled past schemes such as a "gifting club," "investment pyramid schemes," and "endless chains."[18] The BFT scheme leveraged the investments of downline recruits to deliver large rewards—potentially an 800 times return on investment—to a small number of upline participants.  In effect, it was a wealth transfer scheme to enrich a few participants at the expense of many others. Promoters recruited others into the scheme using deceptive income claims and a variety of other misleading messages.


## My 7 Network

## VI.  Analysis of M7N's Recruitment and Compensation Model

27.  M7N, like BFT, is an Internet-based scheme that portrays itself as an opportunity to turn an initial cryptocurrency investment into a stream of significant income by recruiting others into a downline matrix. Like BFT, M7N depends entirely on continued recruitment in order to fund payouts for upline participants, and funds for payouts pass upward from multiple, expanding pyramid-shaped networks of recruits. However, unlike BTF, in which payments by downline participants are purportedly routed directly and immediately to upline participants, for most plans within M7N, the primary participant receives a fixed reward from the system itself once the primary participant fills the matrix. Also unlike BFT, which used a single matrix, M7N uses

---

[15] *Bitcoin Funding Team Explained (2:12).*

[16] *Bitcoin Funding Team Explained (33:32).*

[17] *How to Receive 84 Bitcoins Donations Over and Over Monthly (13:46)*; *Getting Started in The Bitcoin Funding Team (22:50)*; and *Bitcoin Funding Team, How It Works (3:30).*

[18] https://www.newsreview.com/sacramento/inside-the-pyramid/content?oid=13830; http://www.deseretnews.com/article/773852/Gifting-clubs-yield-2-arrests-near-Dallas.html?pg=all

12

a staged process involving multiple matrices. The staged process operates like schemes nested within schemes, whereby the recruit entering with a buy-in of 3.5 Litecoin (ltc) can eventually pass through seven related schemes—three ltc based and four btc based[19]—each with a separate buy-in and related fixed payout. The staged process incentivizes participants to pursue larger payouts. Promotional materials claim the program can generate as much as "2,000% Growth."[20] M7N, like BFT, is a chain referral scheme that requires ongoing recruitment to deliver rewards and results in the vast majority of participants experiencing a financial loss at any given time.

### A. Structure of M7N's Program

28.     Though there is some inconsistency across the promotional material, in early videos M7N promoters recommend that a new recruit enter the "My7Litecoin" scheme, a 2x2 matrix with a buy-in of 3.5 ltc that offers an 8.5 ltc payout once completed (known as a "cycle").[21] The 2x2 designation refers to the binary structure and two-level downline. That is, the primary recruit brings in two participants (i.e., Level 1), each of whom recruit two participants (i.e., Level 2). Thus, the 2x2 matrix contains a total of seven participants—the primary recruit plus the two participants at Level 1 plus the four participants at Level 2. Each of the six participants in the downline has paid 3.5 ltc to buy in to the scheme, for a total of 21.0 ltc. The primary recruit then receives 8.5 ltc. The remaining 12.5 ltc paid into the scheme by the downline is presumably retained by the My7Network system to fund rewards to upline participants in subsequent schemes. With the cycle complete, the primary recruit is net positive 5.0 ltc, while the six recruits comprising the balance of the matrix are in a net negative position.

29.     The primary recruit is encouraged to use the 8.5 ltc proceeds from the "My7Litecoin" matrix to buy in to the "Lite Lightning" matrix and gain access to a larger payout. This returns the primary recruit to a net negative 3.5 ltc position. The Lite Lightning matrix is a 2x3 matrix that requires a total of fourteen downline recruits for completion. The first six downline positions in the Lite Lightning matrix are filled as the original recruits for the Lite matrix each complete their cycle (i.e., six recruits each recruiting six more). The four participants in Level 2 then each

---

[19] Later videos show changes that result in nine total schemes.

[20] *My7 Network Earn Bitcoin With Huge Daily Payouts.*

[21] *My 7 Litecoin Zoom 13th Sept 2017.*

13

recruit two more, filling the eight positions in Level 3. The primary participant at the head of the matrix then receives 6.0 ltc from each Level 3 participant, for a total payout of 48.0 ltc.[22]

30.     Upon completing the Lite Lightning matrix and receiving 48.0 ltc in payouts, the primary recruit is encouraged to use 16.0 ltc to buy into the "LiteFreedom" scheme, a 2x4 matrix that offers a total payout of 200 ltc upon completion. Through these three Litecoin schemes—My7 Litecoin, My7Lightning, and My7Freedom—the primary recruit will have invested an initial 3.5 ltc, received a gross return of 8.5+48+200 = 256.5, reinvested 8.5+16 = 24.5 to move from one scheme to the next, and accrued a net of 232 ltc, a 6,529 percent return.

31.     A later promotional video introduces "My7Future," an entry-level scheme with a buy-in of .77 ltc.[23] The addition of a more affordable level reduces the entry buy-in to increase the likelihood of successfully recruiting more participants.

32.     Participants are encouraged to use payouts from the Litecoin schemes to move to the Bitcoin schemes. The most recent promotional videos describe five btc-based schemes: "My7World, "My7 Mini," "My7 Starter," "My7Rocket" and "My7One."[24] Earlier videos sometimes included another scheme, "My7Three." [25] "My7World," which was not introduced until later videos, is the scheme with the lowest required btc buy-in.[26] This analysis is based on the most recent version of the My7N schemes. As with the Litecoin schemes, the Bitcoin schemes encourage participants to re-invest payouts to upgrade to higher-payout schemes. The btc-based schemes provide additional motivation to upgrade by varying between a 2x3 and 2x2 matrix from one stage to the next. For example, My7Starter and My7Rocket appear more attractive and worth pursuing because each requires few participants than those required for My7Mini. Table Three lists nine different Litecoin and Bitcoin based schemes within the My7 Network, as described in the most recent videos (i.e. excluding My7Three).

---

[22] Early promotional videos report a total payout of 53.0 ltc for Level 3. Later videos correct this to 48.0 ltc, or 6.0 ltc per recruit.

[23] *My7Network Overview Training and QA 19th December 2017.*

[24] *My7Network Overview Training and QA 19th December 2017.*

[25] *See, e.g., My7 Network Game Plan To Success.*

[26] *My7Network Overview, Training and QA 19th December 2017.*

14

## Table 3: M7N Offerings and Return on Investment

| Scheme | Buy-in / Upgrade | Matrix Size | # in Downline | Gross Return | Net Return (- upgrade) | % Return On Buy-in/Upgrade |
|--------|------------------|-------------|---------------|--------------|------------------------|----------------------------|
| My7Future | .77 ltc | 2x3 | 14 | 4.0 ltc | 0.5 ltc | -35% |
| My7Litecoin | 3.5 ltc | 2x2 | 6 | 8.5 ltc | 0.0 ltc | 0% |
| My7Lightning | 8.5 ltc | 2x3 | 14 | 48.0 ltc | 32.0 ltc | 267% |
| My7Freedom | 16.0 ltc | 2x4 | 30 | 200.0 ltc | 200.0 ltc | 1,150% |
| | | | Total | 260.5 ltc | 232.5 ltc | 30,095% |
| | | | | | | |
| My7World | .011 btc | 2x2 | 6 | .025 btc | -.021 btc | Cycle or increase investment* |
| My7Mini | .046 btc | 2x3 | 14 | .26 btc | .05 btc | 8.7% |
| My7Starter | .21 btc | 2x2 | 6 | .5 btc | -.55 btc | Cycle or increase investment* |
| My7Rocket | 1.05 btc | 2x2 | 6 | 2.7 btc | 1.65 btc | 57% |
| My7One | 1.05 btc | 2x3 | 14 | 7.0 btc | 7.0 btc | 567% |
| | | | Total | 10.485 btc | 8.7 btc | 78,999%** |

*Buy-in to subsequent scheme requires either additional investment or additional payout via "cycling" the current scheme one or more times because payout from current scheme is not sufficient to fund buy-in to subsequent scheme.

** Assumes no increased investment from the initial .011 btc. Additional investments of .571 btc (.021 + .55) brings the total investment to .582 btc and a potential total Return of 1,395%.

33.     Participants join My7 Network in pursuit of rewards in the form of accumulated Litecoin and Bitcoin based solely on funds provided by other participants. Success requires ongoing recruitment and retention. Common characteristics across plans within the program include: a) "follow me," whereby each direct recruit "follows" from one stage to the next the person who recruited them; b) "cycling," whereby rewards at each stage can be repeated with subsequent cycles at that stage (i.e., independent of movement to the next stage); and c) a "matrix" structure of downline participants comprised of both those recruited during an earlier stage as well as participants not included at an earlier stage. **M7N requires participants to make an initial**

15

**investment in exchange for the right to recruit others and obtain payments from recruits. This program, like Bitcoin Funding Team, is a chain referral scheme.**

### B. Likelihood of Receiving a Maximum Return.

34.    Unlike BFT, which promotes a strategy that will supposedly provide monthly income of 80.5 btc through a single matrix, M7N purports to offer a variety of programs and strategies, including moving between schemes or cycling schemes repeatedly. Accordingly, M7N promoters typically use phrases like "multiple income streams," "daily payouts," and "unlimited earning potential"[27] rather than claiming to offer specific maximum returns for involvement in the program as a whole. Because of the variety of potential strategies, I have not attempted to calculate the likelihood of achieving a maximum return through M7N's programs.

### C. Percentage of Participants in Loss Position

35.    As shown in Table Three, the gross earnings of each stage depend on contributions from a downline of participants who have yet to realize that level of earnings. As downline participants pursue rewards they recruit more participants into the scheme who will be necessarily in a loss position. The high potential for individual returns requires an expanding base of recruits as funds provided by recruits, in the form of ltc or btc, are the sole source of funds distributed as earnings. **At any given time, the sum of initial investments provided by recruited participants comprises the sum total of funds available for rewards.**

36.    Because of the multiple strategies M7N participants may pursue, an estimation of the percentage of recruits who will be financially net positive at any given point in time will require actual data about choices made. However, regardless of the strategies chosen, the overwhelming majority of participants must remain in a financially negative position at any given point in time, up to and including when the scheme ceases operating. This inevitable result can be seen by the ratios of investment to payouts for each scheme. Using My7Litecoin as an example, the buy-in is 3.5 ltc and the payout is 8.5 ltc after successfully filling the 2x2 matrix containing six recruits in the downline. Each downline recruit similarly invests 3.5 ltc, for a total of 21.0 ltc. The investment of all six new recruits is required in order for the lead recruiter at the top of the matrix to receive 8.5 ltc. All six remain in a financially net negative position until they each also create and fill a 2x2 matrix also containing six recruits. As recruits are the only source of funds

---

[27] *My 7 Network Full Business Presentation 12 July 2017.*

in each respective scheme, payouts that are multiples larger than initial investments guarantee that investments from multiple recruits are needed to support the payout to a single, earlier recruit. For example, should a participant successfully move though all ltc-based schemes, from My7Future to My7Freedom, the participant will have invested .77 ltc and received 232.5 ltc in net total payouts, all of which came from the investments by subsequent recruits. In this example, 302 recruits each investing .77 ltc are needed to provide the 232.5 ltc payout. Thus, each of the M7N endless recruitment schemes guarantee the need for ongoing recruitment to sustain each scheme and losses for the vast majority of participants.

## VII. Observations Regarding M7N's Marketing Messages

37. The M7N promotional videos are replete with messages of the potential for wealth, "If you want to be a millionaire within the three to six months, get in to here. This is so fast, there is nothing out there like it. Where can you become a multi-millionaire with just having a downline of a total of thirty people working as a team? ...You can become a Litecoin millionaire within months."[28] "What we want to do is really get you seeing how you can become crypto-millionaires next year, within 2018. And, if not one cypto-millionaire a multi crypto-millionaire."[29]As with BFT, M7N promoters use the theme of "friends helping friends" to encourage participants to build downlines based on trust (i.e., recruiting trusted friends and family members). This theme is common with "gifting club" schemes.

38. A supporting message that this is "a crypto-business in a box"[30] obscures the actual chain referral nature of the schemes. Potential recruits are repeatedly told that they are building their own business, when in fact this is a wealth transfer scheme based solely on recruiting participants who join for the purpose of benefitting from recruiting others.

39. M7N promotional videos place heavy emphasis on appreciation in value of Bitcoin and Litecoin. The scheme uses this increasing value of these cryptocurrencies to justify and motivate participation. However, the currency accumulation process remains a pure wealth transfer scheme, fundamentally independent of the current or future value of the cryptocurrency.

---

[28] *My7Training and Announcement call 12th December 2017 (09:58).*

[29] *My7Network Overview, Training and QA 19th December 2017 (3:27).*

[30] *My7Network Opportunity Presentation 11_16_2017 (5:00).*

17

# William W Keep                    Curriculum Vitae

**Work Address**:
The College of New Jersey
School of Business
PO Box 7718
Ewing, NJ 08628-0718
609-771-3345
Email: keep@tcnj.edu

**Education**

PhD 1991       Eli Broad College of Business, Michigan State University
               Major: Marketing      Minors: Philosophy, Psychometrics

BA 1981        James Madison College, Michigan State University
               Dual Major: Social Science and Economics

**Appointments**

| | |
|---|---|
| 2009 – Present | Dean, School of Business, The College of New Jersey |
| 2007 – 2009 | Professor of Marketing, Quinnipiac University |
| 2007 (January – June) | Dean, Sprott School of Business, Carleton University |
| 2002 – 2005 | Associate Vice-President for Academic Affairs, Quinnipiac University |
| 2001 – 2007 | Professor of Marketing, Quinnipiac University |
| 1999 – 2002 | Director of Assessment, School of Business, Quinnipiac University |
| 1998 – 2001 | Associate Professor of Marketing, Quinnipiac University |
| 1991 – 1998 | Assistant Professor of Marketing, University of Kentucky |

## Faculty Record:

**Research**:
• Competitive Channel Strategies
• Long-Term Business Relationships
• Marketing: Ethical & Legal Issues

• Marketing History

**Consulting**:
• Analysis of Marketing Channels (Expert Witness)
• Marketing from the Inside Out
• Marketing Equity and Integrity

• Assessment of Strategy Implementation Problems

**Teaching**:
• Marketing Management – MBA
• Marketing Planning – MBA
• Top Management Leadership & Ethics – MBA
• Marketing Communications – MBA
• Channels of Distribution
• Retailing

• Marketing Strategies: Case Analysis
• Business Ethics
• Marketing Principles
• Services Marketing
• Business-to-Business Marketing
• Database Marketing

**"Quality of Teaching" – Based on Student Evaluations**
Measure: "Rate the instructor's teaching ability in this class" on 50 point scale with 50 = Excellent
Spring 2012: 433 (Mean score across all questions)

| | | | |
|---|---|---|---|
| Fall 2008: 44 | Spring 2008: 43 | Fall 2007: 45 | Spring 2007: off |
| Fall 2006: 44 | Spring 2006: 42 | Fall 2005: off | Spring 2005: 40 |
| Fall 2004: 41 | Spring 2004: 40 | Fall 2003: 44 | Spring 2003: 35 |
| Fall 2002: 44 | Spring 2002: 44 | Fall 2001: 45 | Spring 2001: 44 |
| Fall 2000: 43 | Spring 2000: 44 | Fall 1999: 43 | Spring 1999: 46 |

**Current Projects**
"Five Decades of Change: The History of Avon's Challenges 1964-2014," targeted for the *Journal of Historical Research in Marketing*

*Business Basics for the Non-Business Major* (concept paper)

**Peer-Reviewed Journal Publications (2002 to Present)**
William W Keep and Peter J Vander Nat (2014), "Multilevel Marketing and Pyramid Schemes in the United States: An Historical Analysis," *Journal of Historical Research in Marketing*, 6 (2), 188-210

Tarique Hossain, William W Keep, and Susan Peters (2012), "Does Corruption Impede and Bilateral Tax Treaties Help Foreign Direct Investment?" *International Journal of Business Insights and Transformation*, 4 (3), 40-47

David Burns, Chris Manolis, and William W Keep (2010), ''Fear of Crime on Shopping Intentions: An Examination," *International Journal of Retail & Distribution Management*, 38 (1), 45-56

William W Keep and Gary P Schneider (2010), "Deception and defection from ethical norms in market relationships: a general analytic framework," *Business Ethics: A European Review*, 19 (1), 64-80

D G Brian Jones and William W Keep (2009), "Hollander's doctoral seminar in the history of marketing thought," *Journal of Historical Research in Marketing*, 1 (1), 151-164

William W Keep (2009), "Furthering Organizational Priorities with Less Than Truthful Behavior: A Call for Additional Tools," *Journal of Business Ethics*, 86 (April), 81-90

William W Keep (2003), "Adam Smith's Imperfect Invisible Hand: Motivations to Mislead," *Business Ethics: A European Review*, 12 (October), 343-353

Peter J Vander Nat and William W Keep (2002), "Marketing Fraud: An Approach for Differentiating Multi-Level Marketing From Pyramid Schemes," *Journal of Public Policy and Marketing*, 21 (Spring), 139-151

**Book Chapters, Books, Cases and Abstracts (2002 to Present)**
William Keep (2005), "Rewriting Business as Usual," in *Direct from the Disciplines*, Mary T Segall and Robert A Smart eds, Portsmouth, NH: Heinemann Press, 9-17

Kelly Tian and Bill Keep (2002), *Customer Fraud and Business Responses*, Westport, CT: Greenwood Publishing, Quorum Books

Chinese Translation published in 2005

**Peer-Reviewed Conference Presentations/Publications (2002 to Present)**
William W Keep (2015), "Five Decades of Change: The History of Avon's Challenges 1964-2014," presented at the 17th Conference on Historical Analysis and Research in Marketing (published abstract)

William W Keep and Peter Vander Nat (2013), "Multilevel Marketing: A Historical Perspective" presented at the 16th Conference on Historical Analysis and Research in Marketing (published abstract)

William W Keep (2009), "The Underpinnings of Retail Conglomerates: An Historical Analysis" presented at the 14th Conference on Historical Analysis and Research in Marketing (published abstract)

William W Keep (2008), "Meso-Market-Ethics (MME): The Confluence of Market Segments, Ethics, and Time," accepted at 33rd Annual Meeting of the Macromarketing Society, Clemson, SC

William W Keep (2005), "Business *in* Society: A look at obituaries of business leaders in the mid-1800s" presented at the 12th Conference on Historical Analysis and Research in Marketing (published abstract)

William W Keep (2003), "Adam Smith's Imperfect Invisible Hand," full paper presented and included as addendum to proceedings at The Challenge of Business Ethics, a joint meeting of the 7th European Business Ethics Network-UK (EBEN-UK) Annual Conference & The 5th Ethics and Human Resource Management Conference (published paper)

Robert Smart, Mary Segall, Signian McGeary, Bill Keep, Andrew Delohery, and Sean Duffy (2003), "Lobster Tails! and Bean(s): Making WAC Palatable" presented at the 54th Annual Convention of the Conference on College Composition and Communication (published abstract)

William W Keep and David Aron (2002), "Powered by SRAM," case based on actual company presented at the Direct Marketing Education Foundation Educator's Conference, October 20-23, case won third prize (published paper)

**Professional Service**
Accreditation Evaluation Team: Association for the Advancement of Collegiate Schools of Business (2011- present)

Reviewer and Editorial Review Board: *Journal of Historical Research in Marketing* (2008 – present)
Board Member: Middle Atlantic Association of Colleges of Business Administration (2011-13)
Editorial Review Board: *Journal of Macromarketing* (2004 – 2009)
Editorial Review Board: *Journal of Managerial Issues* (1995 – 2000)
Treasurer: CHARM (Marketing History Association) – (2003 – 2005)

Reviewer (ad hoc):
*Journal of Public Policy and Marketing*
*Journal of Business Ethics*
*Journal of Marketing*
*Business History*
*Journal of Retailing and Consumer Services*
*Macromarketing Conference*
*Academy of Marketing Science Conference*

Program Chair: CHARM (Marketing History Association) Conference (2009)
Special Session Co-Chair: *Journal of Public Policy and Marketing* Conference (2001)
Presenter/Reviewer: Direct Marketing Education Foundation Educator's Conference
Track Co-Chair/Discussant:   Retail Conference, sponsored by American Collegiate Retail Association and Academy of Marketing Science (1997)
Discussant:         Annual Conferences, Academy of Marketing Science
                    CHARM (Marketing History Association) Conferences

**Memberships**
American Marketing Association

## Media Mentions, Expert Witness, Consulting & Training:
### Media Mentions
Numerous radio, television, newspaper, and popular press interviews on contemporary marketing topics: *Bloomberg TV, Business Talk Radio* (James Campbell show), *Fox Television (national and regional), Businessweek, The New York Times, The Wall Street Journal, CNBC, Financial Times, Washington Post, among others*

Published dozens of opinion pieces in outlets including: *The Chronicle of Higher Education, CNBC online, Seeking Alpha, The Hill, Trenton Times, New Haven Register, The Providence Journal,* and *The Hartford Currant,* among others

### Testifying Expert Witness - Marketing, Distribution Strategies and Pyramid Schemes (2013 to present)

NXIVM Corp. v. Ross Institute, No. 2:06-cv-1051 (D. N.J. 2017)

Raup v Wells Fargo Bank, NA., No. 2:13-cv-00137 (D. Ariz. 2013)

Schneider v Wells Fargo Bank, N.A., No. 3:13-cv-0565 (S.D. Cal. 2013)

3

**Sources Provides by the Federal Trade Commission:**

Videos:

1. BCFT Fast Start
2. Bitcoin Funding Team - Crowdfunding Meets Bitcoin
3. Bitcoin Funding Team - My 1st 30 Days! I Will Show You The M-[1]
4. Bitcoin Funding Team – Overview
5. Bitcoin Funding Team Automated 100% Paid to You Residual Bitcoin Monthly with Alecia McMath
6. Bitcoin Funding Team Back Office Training
7. Bitcoin Funding Team call 3 7 17
8. Bitcoin Funding Team Call with Brent Scott Troy Tuesday Ni
9. Bitcoin Funding Team Call with Founder Thomas Dluca 30th March
10. Bitcoin Funding Team Compensation Plan Made Simple!
11. Bitcoin Funding Team Complete Presentation
12. Bitcoin Funding Team Explained
13. Bitcoin Funding Team Overview
14. Bitcoin Funding Team Presentation by Lou Gatto
15. Bitcoin Funding Team Program Overview
16. Bitcoin Funding Team Simple 2 Step Duplication
17. Bitcoin Funding Team Sunday Night Call
18. Bitcoin Funding Team, How It Works
19. Bitcoin Funding Team30k Training Webinar 3- 21-17
20. Bitcoin is Gold 2.0 BCFT Team Version
21. DON'T MISS THIS All About Bitcoin !! TONIGHT IS LADIES NIGHT with Bitcoin Funding Team
22. Getting Started in The Bitcoin Funding Team
23. How to Receive 84 Bitcoins Donations Over and Over Monthly!
24. Kevin Young on Team ALL Bitcoin
25. Mike Maasbach   Lou Gatto Talk about The Bitcoin Funding Team
26. My First 60 Days In Bitcoin Funding Team Webinar
27. The Call Where Bitcoin Crowdfunding Collide!
28. The Main Event - Why Bitcoin Why Join The Bitcoin Funding Team
29. Thomas Dluca Bitcoin Funding Team Founder Speaks - YouTube-04-10-2017
30. Thursday Night Call 9 PM Central Time - WHY BITCOIN WHY BITCOIN FUNDING TEAM
31. My7Network Overview Training and QA 26th December 2017
32. My7Network Overview, Training and QA 19th December 2017
33. My7Training and Announcement call 12th December 2017
34. My7Network Opportunity Presentation 11_16_2017
35. 8th October Announcement My7Presentation
36. My7Network 20th September 2017
37. 19 September My7 Litecoin Bitcoin Presentation.
38. My7Litecoin Zoom 13th Sept 2017

1

39. V.I.P Special Leaders Invite To My 7 Bitcoins
40. My7 Network Game Plan To Success
41. My7 bitcoin opportunity
42. My7 Network See Why My7Network
43. My7Network Overview.
44. My 7 Network Full Business Presentation 12 July 2017
45. My7 Network Earn Bitcoin With Huge Daily Payouts
46. My 7 Network -Your Road To Receiving Bitcoins Over And Over Seamlessly
47. My7 Network Litecoin Accumulation Worlds First Litecoin Platform
48. My7Bitcoins Mini Review My7Network.

PDF files:
1. ABOUT_WHAT IS BITCOIN FUNDING TEAM _ 2017-07-07_9-26-27
2. B_2017-08-01_11-37-42
3. BCFT Global_ 2017-07-06_14-28-29
4. BCFT Global_The Quickest Way To Success_ 2017-07-06_15-23-42
5. BCFT Global_You Are Only Minutes Away_ 2017-07-06_14-29-47
6. BITCOIN GLOBAL TEAM BUILD_2017-08-01_11-38-5
7. FUNDING FOR THE THINGS YOU NEED IN_2017-08-01_11-34-42
8. Getting Started With Yoli - bitcoin-playbook-05-19-2017-MJT
9. How does bitcoin work?_2017-07-07_9-41-01
10. How many confirmations do you require_2017-07-07_9-31-28
11. How the system pays you_2017-07-07_9-32-45
12. How to upgrade_2017-07-07_9-37-55
13. I did not receive my confirmation email_2017-07-07_9-43-20
14. Lou Gatto is on Facebook_2017-08-01_11-31-08
15. Lou Gatto's Youtube page
16. Team All Bitcoin.com_ 2017-07-06_14-25-56
17. Terms and Conditions_ 2017-07-06_14-28-56
18. Web Capture-2020travel.blogspot.com-05-03-2017-MJT
19. What is the blockchain_2017-07-07_9-42-03

### Additional Sources:

1. https://www.newsreview.com/sacramento/inside-the-pyramid/content?oid=13830
2. https://www.deseretnews.com/article/773852/Gifting-clubs-yield-2-arrests-near-Dallas.html?pg=all
3. https://www.marketingxtreme.net/bitcoin-funding-team-review/
4. http://behindmlm.com/mlm-reviews/bitcoin-funding-team-review/
5. http://www.imf.org/en/Publications/Staff-Discussion-Notes/Issues/2017/06/16/Fintech-and-Financial-Services-Initial-Considerations-44985
6. https://www.youtube.com/watch?v=gJL_n_DFtRg
7. For value of Bitcoin: https://www.coindesk.com/price/

2

## Appendix C to Declaration of William W. Keep, PhD

In a scheme that relies on strict binary progression (each participant recruits two more participants), the scheme grows by doubling the number of participants in the level above. As the number of participants per level increases, those in the bottom three levels of recruitment occupy a permanently large position as a percentage of the whole, and participants in the upper levels become a less significant portion of the whole. The following table illustrates the development of a strict binary progression down to 25 levels and shows the percentage of total participants that will occupy the bottom three levels:

| Level | Participants Per Level | Cumulative # of Participants | Bottom Level as % of Whole | Bottom Two Levels as % of Whole | Bottom Three Levels as % of Whole |
|-------|-----------------------|------------------------------|----------------------------|----------------------------------|-----------------------------------|
| 1     | 2                     | 2                            |                            |                                  |                                   |
| 2     | 4                     | 6                            | .667                       | 1.00                             |                                   |
| 3     | 8                     | 14                           | .571                       | .857                             | 1.00                              |
| 4     | 16                    | 30                           | .533                       | .800                             | .933                              |
| 5     | 32                    | 62                           | .516                       | .774                             | .903                              |
| 6     | 64                    | 126                          | .508                       | .762                             | .889                              |
| 7     | 128                   | 254                          | .504                       | .756                             | .882                              |
| 8     | 256                   | 510                          | .502                       | .753                             | .878                              |
| 9     | 512                   | 1022                         | .501                       | .751                             | .877                              |
| 10    | 1024                  | 2046                         | .500                       | .751                             | .876                              |
| .     | .                     | .                            | .                          | .                                | .                                 |
| .     | .                     | .                            | .                          | .                                | .                                 |
| 25    | 33554432              | 67108862                     | .500                       | .750                             | .875                              |

## DECLARATION OF KAI SHEN PHAN
## PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Kai Shen Phan declares that:

1.     I am over 21 years of age and competent to give this Declaration. I reside in Newnan, Georgia. I have personal knowledge of the facts stated herein, and, if called, would testify to the same.

2.     In June 2017, an individual who claimed to be a financial planner introduced me to a web-based bitcoin investment opportunity called Jetcoin. Jetcoin offered a variety of packages an investor could buy into with an investment of bitcoin. On its website, www.jet-coin.com, the company claimed that it would double the amount of bitcoin invested within a certain number of days, depending on the level of investment. The company also claimed that it would pay a commission to investors who recruited others into the program. The commission was based on a percentage of new investments brought in by the investor. The commission percentage depended upon the amount of the initial investment.

3.     The company claimed it had a team of experienced cryptocurrency traders in Japan and Singapore who were actively trading, which allowed the company to pay out these guaranteed high returns.

4.     Based on the company's promises, I invested in Jetcoin on June 12, 2017. I bought a two bitcoin package. At that level of investment, I was entitled to have my investment doubled in 50 days. Also, at that level of investment I would be getting daily payouts from the company. I also purchased a .5 bitcoin package on behalf of my sister, which was credited to me as a referral. My total investment in the company was 2.5 bitcoins. At the time I invested, one bitcoin was worth approximately $2900.

5.     Jetcoin made payouts to me for about a week. These payouts included investment returns and recruiting commissions. I received back a total of .5 bitcoins. However, around June 22, 2017 the company stopped making payments. The website stated that the company was having software glitches. In a recorded conference call I listened to, an individual named Scott Chandler claimed that the problem was going to be fixed. However, the company never resumed payouts. Within a week or so, I listened to a conference call in which Mr. Chandler stated that the company had not been doing any trading after all and he was resigning from the program.

6.     I contacted Mr. Chandler by Facebook Messenger to try to get my money back, but he told me he had nothing to do with the scam and that I needed to talk to a person named Greg Aggesen to get my money back.

7.     On August 29, 2017, whoever was running Jetcoin's member dashboard (members-only web portal) announced that new owners had taken over and were running a new operation named "My Digital BTC." However, in September 2017, a message was placed on the member dashboard stating that My Digital BTC had also stopped operating. I took a screenshot of the member dashboard on September 22, 2017. A true and correct copy of that screenshot is attached as Attachment A to this Declaration.

8.     Despite contacting Mr. Chandler and others, I was never able to get the rest of my 2.5 bitcoin investment back.

9.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _NOV   3rd_, 2017 in Newnan, Georgia

Kai Shen Phan

2

**ATTACHMENT A**



Hello My Digital Members,

It comes with great disappointment that My Digital will be closing down for business effective immediately.

Due to unforeseen system breaches, and the state of the company when the new ownership took over, we cannot make this work for our members long-term.

All BTC will be returned to those members who have purchased a package since the time of new ownership minus any earnings. This date is August 29, 2017.

All refunds will be handled through our support desk. Please note we will only return BTC minus earnings you have accumulated since the new plan was implemented, which is August 29, 2017.

who have purchased a package since the time of new ownership minus any earnings. This date is August 29, 2017.

All refunds will be handled through our support desk. Please note we will only return BTC minus earnings you have accumulated since the new plan was implemented, which is August 29, 2017.

We understand this will be very disappointing to many of you, just as it is to us. However, with the security breach combined with circumstances out of our control we cannot continue.

If you have purchased a package since the change of ownership please submit a support ticket. Your wallet will be refunded with that amount minus earnings.

Thank you,

My Digital Management

2

### DECLARATION OF RAYMOS GONZALES
### PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Raymos Gonzales declares that:

1.     I am over 21 years of age and competent to give this declaration. I reside in Atlanta, Georgia. I have personal knowledge of the facts stated herein, and, if called, would testify to the same.

2.     In June 2017, an acquaintance of mine introduced me to a web-based bitcoin investment opportunity called Jetcoin. According to information on its website, www.jet-coin.com, Jetcoin offered a variety of packages an investor could buy into with an investment of bitcoin. The website claimed that the company would double the amount of bitcoin invested within a certain period of time, depending on the level of investment. The company claimed it was able to generate these returns because it had a team trading in cryptocurrency. The company also claimed that it would pay a commission to investors who recruited others into the program. The commission was based on a percentage of new investments brought in by the investor. The percentage depended upon the amount of the initial investment.

3.     Based on the company's promises, I decided to invest in Jetcoin. I used a referral hyperlink sent by my acquaintance to enroll. I invested in a variety of different packages totaling 3.4 bitcoin, which was equal to around $9000 at the time. As of October 17, 2017, 3.4 bitcoin was worth nearly $19,000. The packages ranged from the .05 bitcoin package to the 2 bitcoin package. Based on my investments, I should have received daily payouts and should have doubled my bitcoin investments in 50 to 60 days. This was referred to as the trading bonus. I was also entitled to receive a percentage-based commission for recruiting new investors.

4.     Jetcoin made payouts to me for about a week. These payouts included the trading bonus and recruiting commissions. I received back a total of approximately $200 to $300 worth of

bitcoin. However, after June 20, 2017 the company stopped making payments. Around this time I listened to a conference call in which an individual named Greg Aggesen claimed that the company had been hacked but that the problem would be fixed. However, the company never resumed payments.

5.     I attempted to contact the company several times to get a refund, but got no response. I also emailed an individual named Scott Chandler, who was one of the lead distributors for Jetcoin, but he never responded. I emailed another individual named Brent Robinson, and Mr. Robinson claimed that he was working with the FBI to get everyone's money back. However, I never got back the remainder of my original investment. Jetcoin is no longer operating.

6.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on ＿Ｏｃｔｏｂｅｒ 2 8TH, 2017 in Atlanta, Georgia

＿＿＿＿＿＿＿＿＿＿＿＿＿
**Raymon Gonzales**

2