IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

No. 18-cv-60379-MOORE/SNOW

Sealed



FILED by KS D.C.

MAR 14 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

---

FEDERAL TRADE COMMISSION,

　　Plaintiff,

　　v.

THOMAS DLUCA, individually and also d/b/a
Bitcoin Funding Team and My7Network,

LOUIS GATTO, individually and also d/b/a
Bitcoin Funding Team and My7Network,

ERIC PINKSTON, individually and also d/b/a
Bitcoin Funding Team and My7Network, and

SCOTT CHANDLER, individually and also
d/b/a Bitcoin Funding Team and Jetcoin,

　　Defendants.

---

(FILED UNDER SEAL)

## PLAINTIFF FEDERAL TRADE COMMISSION'S *EX PARTE* MOTION FOR RULE 60(a) CORRECTION OF TEMPORARY RESTRAINING ORDER

Plaintiff Federal Trade Commission moves this Court for an *ex parte* order pursuant to

Federal Rule of Procedure 60(a) correcting the Order Adopting Report and Recommendation

(Dkt. 23) entered on March 12, 2018, and in support thereof would show the Court as follows:

　　1.　　On February 20, 2018, Plaintiff filed its Complaint For Permanent Injunction And

Other Equitable Relief (Dkt. 1) initiating this action.  On the same date, Plaintiff filed an *Ex*

*Parte* Motion For Temporary Restraining Order with Asset Freeze and Other Equitable Relief,

and Order to Show Cause Why a Preliminary Injunction Should Not Issue, and Memorandum in Support (Dkt. 4) (Motion For TRO) and a proposed Temporary Restraining Order. The proposed TRO included and referred to five Attachments. The five Attachments consisted of a Federal Trade Commission Statement of Electronically Stored Information (ISI)-Servers and Network Storage (Attachment A), Financial Statement of Individual Defendant (Attachment B), Cryptocurrency Financial Statement (Attachment C), Consent to Release Financial Records (Attachment D), and IRS Form 4506 Request for Copy of Tax Return (Attachment E). The proposed TRO required Defendants or third parties to execute these documents to provide the FTC with information about Defendants' assets or electronically stored information. Copies of these documents are attached to this Motion.

2.      On February 28, 2018, Magistrate Judge Lurana Snow issued the Report and Recommendation On First Amended *Ex Parte* Temporary Restraining Order With Asset Freeze, Other Equitable Relief, and Order To Show Cause Why A Preliminary Injunction Should Not Issue (ECF No. 15) (Dkt. 17) ("Report and Recommendation"). The Report and Recommendation approved the text of the FTC's proposed TRO, but did not include the actual attachments. On information and belief, this was a clerical error. On March 12, 2018, the Court issued the Order Adopting Report and Recommendation (Dkt. 23), which adopted the Report and Recommendation but did not reference or incorporate the Attachments.

3.      Attachments A through E are an essential part of the *ex parte* relief requested by the FTC, as confirmed by Magistrate Snow's recommendation that the proposed provisions requiring execution of the Attachments be included in the TRO. *See, e.g.,* Dkt. 17 at 16-18.

4.      Accordingly, the FTC requests that the Court enter an order correcting the Order Adopting Report and Recommendation (Dkt. 23) to clarify that Attachments A through E are

part of the Court's order as if they had been originally attached to the Report and

Recommendation (Dkt. 17).

DATED this 13th day of March, 2018.

Respectfully submitted,

DAVID C. SHONKA
Acting General Counsel

JASON C. MOON, Special Bar No. A5502384
SUSAN E. ARTHUR, Special Bar No. A5500887
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9378; jmoon@ftc.gov (Moon)
(214) 979-9370; sarthur@ftc.gov (Arthur)
(214) 953-3079 (Fax)
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION