IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

No.: 0:18-cv-60379-ALTMAN/HUNT

**FEDERAL TRADE COMMISSION,**

    Plaintiff,

  v.

**THOMAS DLUCA, individually and also d/b/a**
Bitcoin Funding Team and My7Network,

**LOUIS GATTO, individually and also d/b/a**
Bitcoin Funding Team and My7Network,

**ERIC PINKSTON, individually and also d/b/a**
Bitcoin Funding Team and My7Network, and

**SCOTT CHANDLER, individually and also**
d/b/a Bitcoin Funding Team and Jetcoin

    Defendants.
_____/

## DEFENDANT ERIC PINKSTON'S NOTICE OF SETTLEMENT

Eric Pinkston, ("Mr. Pinkston"), by and through his undersigned counsel, hereby files this his Notice of Settlement with the Federal Trade Commission in accordance with this Honorable Court's Order Scheduling Settlement Conference dated May 24, 2019.

**DATED:** May 29, 2019.

                          Respectfully Submitted,

                          **DI PIETRO PARTNERS, LLP**
                          901 East Las Olas Blvd., Suite 202
                          Fort Lauderdale, FL 33301
                          *Primary Email Address:*
                          service@ddpalaw.com
                          *Secondary Email Address:*
                          paralegal2@ddpalaw.com

Telephone: (954) 712-3070
Facsimile:  (954) 337-3824

/s/   David Di Pietro
**DAVID DI PIETRO, ESQ.**
Florida Bar No.: 10370
*david@ddpalaw.com*
**RODOLFO MAYOR, ESQ.**
Florida Bar No.: 111647
*rudy@ddpalaw.com*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on **May 29, 2018**, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system and served on the Parties listed on the attached service list in the manner indicated thereon.

*/s/ David Di Pietro*
_____
David Di Pietro, Esq.

## SERVICE LIST

| | |
|---|---|
| Jacon C. Moon, Esq. <br> jmoon@ftc.gov <br> Susan E. Arthur, Esq. <br> sarthur@ftc.gov <br> M. Hasan Aijaz, Esq. <br> maijaz@ftc.gov <br> **FEDERAL TRADE COMMISSION** <br> Southwest Region <br> 1999 Bryan Street, Suite 2150 <br> Dallas, TX 75077 <br> Telephone: 214.979.9378 <br> *Counsel for FTC* | David Joseph Braun, Esq. <br> davidbraud@braunlawgroup.net <br> **BRAUN LAW GROUP, PLLC** <br> 1601 N. Palm Ave., Suite 301 <br> Pembroke Pines, FL 33026 <br> Telephone: 954.681.3000 <br> *Counsel for Defendants Louis Gatto and Scott Chandler* |
| Michael D. Padula, Esq. <br> MPadula@carltonfields.com <br> **CARLTON FIELDS** | David Di Pietro, Esq. <br> david@ddpalaw.com <br> Rodolfo Mayor, Esq. |

| | |
|---|---|
| Miami Tower<br>100 S.E. Second Street<br>Suite 4200<br>Miami, FL 33131<br>Telephone: 305.539.7386<br>Facsimile: 305.530.0055<br>*Counsel for Thomas Dluca* | rudy@ddpalaw.com<br>service@ddpalaw.com<br>**DI PIETRO PARTNERS, LLP**<br>901 East Las Olas Blvd., Suite 202<br>Fort Lauderdale, FL 33301<br>Telephone: 954.712.3070<br>Facsimile: 954.337.3824<br>*Counsel for Eric Pinkston* |